# Exhibit 1



Andrew Tate <atate@ndhlawyers.com>

## Riggleman - Second subpoena to VDOC
5 messages

**Andrew Tate** <atate@ndhlawyers.com>      Tue, Apr 24, 2018 at 12:49 PM
To: "McNelis III, Edward J." <EMcNelis@sandsanderson.com>, "Muldowney, Elizabeth M." <EMuldowney@sandsanderson.com>
Cc: mwilliams <mwilliams@ndhlawyers.com>
Bcc: 9sbbdf50@mg.casefleet.com

Ed and Liz, quick question: Will you accept service of a second VDOC subpoena on VDOC's behalf?

**Andrew R. Tate, Esq.**
ASSOCIATE ATTORNEY
**NEXUS DERECHOS HUMANOS**
Attorneys for Civil and Human Rights
The Historic Grant Building, Suite 200
44 Broad Street Northwest
Atlanta, Georgia 30303
o/ 404.254.0442 | f/ 703.997.6427
c/ 540.255.9412 | atate@ndhlawyers.com
web: www.ndhlawyers.com
blog: www.humanrightslawyerblog.com

PRIVILEGED & CONFIDENTIAL: If you have received this email or its attachments, that after reading it you believe that you are not the intended recipient, then you should immediately destroy this email, its contents, and communicate the inadvertent or mistaken communication to its sender. Please do not print, copy, retransmit, disseminate, or otherwise use this information. See 18 U.S.C. Sections 2510-2521. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately delete and destroy all copies of the email and its attachments, in whatever form, and immediately notify the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its attachments. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. Most legal rights have time limits, and this email does not constitute advice on the application of limitation periods unless expressly stated above. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of confidentiality and privileges applicable to this email and any attachments are expressly reserved. Thank you.

**Andrew Tate** <atate@ndhlawyers.com>      Tue, Apr 24, 2018 at 5:46 PM
To: "McNelis III, Edward J." <EMcNelis@sandsanderson.com>, "Muldowney, Elizabeth M." <EMuldowney@sandsanderson.com>
Cc: mwilliams <mwilliams@ndhlawyers.com>, Tina Sheridan <tsheridan@ndhlawyers.com>, Michele Dobbs <mdobbs@ndhlawyers.com>
Bcc: 9sbbdf50@mg.casefleet.com

Ed and Liz, I've attached the second subpoena to VDOC. Please let me know if you will accept service of this subpoena on VDOC's behalf.

Best,
Andrew

Andrew R. Tate, Esq.
ASSOCIATE ATTORNEY
**NEXUS DERECHOS HUMANOS**
Attorneys for Civil and Human Rights
The Historic Grant Building, Suite 200
44 Broad Street Northwest
Atlanta, Georgia 30303
o/ 404.254.0442 | f/ 703.997.6427
c/ 540.255.9412 | atate@ndhlawyers.com
web: www.ndhlawyers.com
blog: **www.humanrightslawyerblog.com**

PRIVILEGED & CONFIDENTIAL: If you have received this email or its attachments, that after reading it you believe that you are not the intended recipient, then you should immediately destroy this email, its contents, and communicate the inadvertent or mistaken communication to its sender. Please do not print, copy, retransmit, disseminate, or otherwise use this information. See 18 U.S.C. Sections 2510-2521. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately delete and destroy all copies of the email and its attachments, in whatever form, and immediately notify the sender of your receipt of this email. DO NOT review, copy , or rely on in any way the contents of this email and its attachments. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. Most legal rights have time limits, and this email does not constitute advice on the application of limitation periods unless expressly stated above. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of confidentiality and privileges applicable to this email and any attachments are expressly reserved. Thank you.

[Quoted text hidden]

 **2018.04.24 Second Subpoena to VDOC.pdf**
19091K

---

**McNelis III, Edward J.** <EMcNelis@sandsanderson.com>  Tue, Apr 24, 2018 at 5:52 PM
To: Andrew Tate <atate@ndhlawyers.com>, "Muldowney, Elizabeth M." <EMuldowney@sandsanderson.com>
Cc: mwilliams <mwilliams@ndhlawyers.com>, Tina Sheridan <tsheridan@ndhlawyers.com>, Michele Dobbs <mdobbs@ndhlawyers.com>

We have both been out of the office all day tied up and unable to check email. I have about 300 emails to read when I get to my hotel in Chesapeake Virginia this evening. We have to check with our folks before excepting any subpoenas. I'm driving and dictating this so excuse grammar and typos

Edward J. McNelis, III
Attorney
Sands Anderson PC
1111 East Main Street, Suite 2400 | P.O. Box 1998 | Richmond, VA 23218-1998
(804) 783-7223 Direct | (804) 648-1636 Main | 804-783-7291 Fax
www.SandsAnderson.com | EMcNelis@sandsanderson.com | Bio | vCard

NOTICE from Sands Anderson PC: This message and its attachments are confidential and may be protected by the attorney/client privilege. If you are not the named addressee or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Please notify the sender immediately by e-mail and delete and destroy this message and its attachments.

**From:** Andrew Tate <atate@ndhlawyers.com>

**Date:** Tuesday, Apr 24, 2018, 5:47 PM
**To:** McNelis III, Edward J. <EMcNelis@sandsanderson.com>, Muldowney, Elizabeth M. <EMuldowney@sandsanderson.com>
**Cc:** mwilliams <mwilliams@ndhlawyers.com>, Tina Sheridan <tsheridan@ndhlawyers.com>, Michele Dobbs <mdobbs@ndhlawyers.com>
**Subject:** Re: Riggleman - Second subpoena to VDOC

[Quoted text hidden]

---

**Andrew Tate** <atate@ndhlawyers.com>                                         Tue, Apr 24, 2018 at 6:05 PM
To: "McNelis III, Edward J." <EMcNelis@sandsanderson.com>
Cc: "Muldowney, Elizabeth M." <EMuldowney@sandsanderson.com>, mwilliams <mwilliams@ndhlawyers.com>, Tina Sheridan <tsheridan@ndhlawyers.com>, Michele Dobbs <mdobbs@ndhlawyers.com>

No problem, Ed. Please drive safely and just let me know as soon as you can. I look forward to our call tomorrow with Diane and everyone.

**Andrew R. Tate, Esq.**
ASSOCIATE ATTORNEY
**NEXUS DERECHOS HUMANOS**
Attorneys for Civil and Human Rights
The Historic Grant Building, Suite 200
44 Broad Street Northwest
Atlanta, Georgia 30303
o/ 404.254.0442 | f/ 703.997.6427
c/ 540.255.9412 | atate@ndhlawyers.com
web: www.ndhlawyers.com
blog: www.humanrightslawyerblog.com

PRIVILEGED & CONFIDENTIAL:  If you have received this email or its attachments, that after reading it you believe that you are not the intended recipient, then you should immediately destroy this email, its contents, and communicate the inadvertent or mistaken communication to its sender. Please do not print, copy, retransmit, disseminate, or otherwise use this information. See 18 U.S.C. Sections 2510-2521. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately delete and destroy all copies of the email and its attachments, in whatever form, and immediately notify the sender of your receipt of this email. DO NOT review, copy , or rely on in any way the contents of this email and its attachments. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. Most legal rights have time limits, and this email does not constitute advice on the application of limitation periods unless expressly stated above. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of confidentiality and privileges applicable to this email and any attachments are expressly reserved. Thank you.

[Quoted text hidden]

---

**Andrew Tate** <atate@ndhlawyers.com>                                         Wed, May 2, 2018 at 10:18 AM
To: "McNelis III, Edward J." <EMcNelis@sandsanderson.com>
Cc: "Muldowney, Elizabeth M." <EMuldowney@sandsanderson.com>, mwilliams <mwilliams@ndhlawyers.com>, Tina Sheridan <tsheridan@ndhlawyers.com>, Michele Dobbs <mdobbs@ndhlawyers.com>

Ed and Liz, please let me know if you will accept service of the third party subpoena to VDOC I sent you on April 24.

We can continue to address emails in another conversation.

**Andrew R. Tate, Esq.**
ASSOCIATE ATTORNEY
**NEXUS DERECHOS HUMANOS**

Attorneys for Civil and Human Rights
The Historic Grant Building, Suite 200
44 Broad Street Northwest
Atlanta, Georgia 30303
o/ 404.254.0442 | f/ 703.997.6427
c/ 540.255.9412 | atate@ndhlawyers.com
web: www.ndhlawyers.com
blog: www.humanrightslawyerblog.com

PRIVILEGED & CONFIDENTIAL: If you have received this email or its attachments, that after reading it you believe that you are not the intended recipient, then you should immediately destroy this email, its contents, and communicate the inadvertent or mistaken communication to its sender. Please do not print, copy, retransmit, disseminate, or otherwise use this information. See 18 U.S.C. Sections 2510-2521. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately delete and destroy all copies of the email and its attachments, in whatever form, and immediately notify the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its attachments. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. Most legal rights have time limits, and this email does not constitute advice on the application of limitation periods unless expressly stated above. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of confidentiality and privileges applicable to this email and any attachments are expressly reserved. Thank you.

[Quoted text hidden]