# Exhibit 5



**CARIDADES ATTORNEYS INC.**

WWW.NEXUSCARIDADES.COM

44 Broad Street, NW, Suite 200
Atlanta, GA 30303
(p) 404-654-0288
(f) 703.935.2453

December 15, 2017

Sent via email to emuldowney@sandsanderson.com
Elizabeth Martin Muldowney, Esq.
Sands Anderson, PC
1111 East Main Street, Suite 2400
Richmond, VA 23218-1998

Re: **Riggleman v. Clarke, et al.**
 **U.S. District Court, Western District of Virginia**
 **Case No:** **5:17-cv-63**

Dear Ms. Muldowney:

We are writing you again regarding our intention to reach stipulation to conduct expedited discovery leading up to the preliminary injunction hearing of January 18, 2018.

We are now seeking the items below, as modified, *and note that the items we are no longer requesting at this preliminary stage have a strikethrough.* Also, if it wasn't clear before, as for the third-party requests we intend to make to non-party VDOC by subpoena, we are only seeking your stipulation to us conducting this discovery; based on our conversation, we expect those requests to be handled by the Attorney General.

I. Subpoena third-party discovery requests to VDOC, including:

 A. Requests to VDOC for Production of Documents, *where the time frame for each is January 20, 2012 through the date the request is received*:

 1. all policies, procedures, protocols, regulations, and guidelines regarding the treatment of Hepatitis C

 2. all policies, procedures, protocols, regulations, and guidelines regarding the treatment of Hepatitis C signed by Mark Amonette

 3. all acknowledgement forms which demonstrate that Amonette read policy and procedure manuals regarding the treatment of inmates in his care and custody from

1

January 20, 2012 through the date of this request, including specific policies and procedure with respect to the treatment of Hepatitis C

4. all clinical guidelines (state or federal) regarding the treatment/management of Hepatitis C within prisons.

5. all drafts of policies, procedures, guidelines, regulations, and protocols regarding the treatment of Hepatitis C in VDOC prisons.

6. all policies, procedures, guidelines, regulations, and protocols regarding the treatment of Hepatitis C specific to Augusta Correctional Center. (Just in case they have local policies, procedures, etc.)

7. all emails regarding the treatment of Hepatitis C. Proposed search terms (Hepatitis C, Hep C, Harvoni, Ledipasvir, Sofosbuvir, direct-acting antiviral, DAAD, fibrosis, cirrhosis, FibroSure, FibroTest, FIB-4, FIB4). **Regarding electronic discovery of emails, we have our own IT vendor and we want that person to be present when these searches occur and to coordinate with VDOC's designated IT person conducting the search. Our request will specifically request a date and time for our representative to conduct the search as permitted under Rule 34(a). Please do not cause any electronic searches to be performed prior to our IT person being present.**

8. all emails regarding Terry Riggleman. Proposed search terms (Terry Riggleman, Riggleman, 1000538). **Regarding electronic discovery of emails, we have our own IT vendor and we want that person to be present when these searches occur and to coordinate with VDOC's designated IT person conducting the search. Our request will specifically request a date and time for our representative to conduct the search as permitted under Rule 34(a). Please do not cause any electronic searches to be performed prior to our IT person being present.**

9. all medical certifications from any agency, authority, commission, and national or state organizations with respect to medical care in the VDOC.

10. all training records for Mark Amonette related to the management/treatment of Hepatitis C.

11. ~~all emails to and from Harold Clarke with respect to the management/treatment of Hep C~~

12. ~~all emails to and from Harold Clarke regarding Terry Riggleman. Proposed search terms (Terry Riggleman, Riggleman, 1000538).~~

13. ~~all text messages to and from Harold Clarke regarding Terry Riggleman. Proposed search terms (Terry Riggleman, Riggleman, 1000538).~~

14. ~~all emails to and from Mark Amonette regarding Terry Riggleman. Proposed search terms (Terry Riggleman, Riggleman, 1000538).~~

15. ~~all text messages to and from Mark Amonette regarding Terry Riggleman~~

16. five invoices that demonstrate the cost(s) per inmate of providing a full course of the drug Harvoni to VDOC inmates in 2017

17. five invoices that demonstrate the cost(s) per inmate of providing a full course of the drug Ledipasvir to VDOC inmates in 2017

18. five invoices that demonstrate the cost(s) per inmate of providing a full course of the drug Sofosbuvir to VDOC inmates in 2017

19. all contracts with all entities who provide medication(s) that are given to VDOC inmates who are diagnosed with Hepatitis C

20. ~~all documents and things that identify the full names and last known address of every inmate that is either incarcerated or was incarcerated in the VDOC with Hepatitis C. We will work with you to quickly draft a protective order pursuant to 45 CFR 164.512(e).~~

II. Interrogatories to Defendant Clarke *where the time frame for each is January 20, 2012 through the date the interrogatory is received*:

1. identify the number of persons diagnosed with Hepatitis C within VDOC custody.

2. Identify all provider(s) of medication(s) for treating VDOC inmates who are diagnosed with Hepatitis C

III. Interrogatories to Defendant Amonette, *where the time frame for each is January 20, 2012 through the date the interrogatory is received*:

1. identify the number of persons diagnosed with Hepatitis C within VDOC custody.

2. Identify all provider(s) of medication(s) for treating VDOC inmates who are diagnosed with Hepatitis C

IV. ~~Deposition of Defendant Clarke~~

V. ~~Deposition of Defendant Amonette~~

VI. Deposition of 30(b)(6) VDOC representatives. Topic areas, with the time frame for each being January 20 2012 through the date the subpoena is received – these topics could be expanded once other documentation has been reviewed:

A. Diagnosis, treatment, monitoring, and management of inmates diagnosed with Hepatitis C

B. Purchase of Hepatitis C medication, including Harvoni, Ledipasvir, and Sofosbuvir

C. Monitoring of the medical condition of inmates diagnosed with Hepatitis C

    D. Development and content of all policies, procedures, protocols, guidelines, and regulations for treating inmates diagnosed with Hepatitis C

~~VII. Depositions of any third parties having knowledge of facts relevant to the Plaintiff's motion for a preliminary injunction~~

\* **Regarding electronic discovery of emails, we have our own IT vendor and we want that person to be present when these searches occur and to coordinate with VDOC's designated IT person conducting the search. Our request will specifically request a date and time for our representative to conduct the search as permitted under Rule 34(a). Please do not cause any electronic searches to be performed prior to our IT person being present.**

We appreciate you getting back to us as soon as possible as time is of the essence.

                Sincerely,

                s/Mario B. Williams, Esq.

                Sincerely,

                s/Andrew R. Tate, Esq.

cc:    Edward J. McNelis, III, Esq.