AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**Western** DISTRICT OF **Virginia**

Terry A. Riggleman

V.

Harold Clarke, et al

## EXHIBIT AND WITNESS LIST

Case Number: 5:17CV63

| PRESIDING JUDGE<br>Norman K. Moon | PLAINTIFF'S ATTORNEY<br>Tate/Williams | DEFENDANT'S ATTORNEY<br>McNelis/Muldowney |
|---|---|---|
| TRIAL DATE (S)<br>5/21/2018 | COURT REPORTER<br>Sonia Ferris | COURTROOM DEPUTY<br>Heidi N. Wheeler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 5/21/2018 | X | X | Curriculum Vitae Paul Gaglio | Gaglio |
| 2 | | 5/21/2018 | X | X | VDOC Guidelines -current | Gaglio |
| 3 | | 5/21/2018 | X | X | Riggleman Lab Tests | Gaglio |
| 4 | | 5/21/2018 | X | X | 11/2016 Memo from Amonette | Gaglio |
| 5 | | 5/21/2018 | X | X | Grievance forms from Riggleman | Gaglio |
| 6 | | 5/21/2018 | X | X | Medical record from VDOC-shoulder pain | Gaglio |
| 7 | | 5/21/2018 | X | ID | Gaglio's expert review or Riggleman case | Gaglio |
| | 1 | 5/21/2018 | X | X | AASLD Guideline 3/19/18 | Gaglio |
| | 2 | 5/21/2018 | X | X | Progress notes from Rigglemans record | Gaglio |
| 8 | | 5/21/2018 | X | X | Formal Complaint/Grievance forms | Riggleman |
| 9 | | 5/21/2018 | X | X | Fuller to Amonette 5/10/17 | Amonette |
| | 3 | 5/21/2018 | X | X | Curriculum Vitae for Newton Kendig | Kendig |
| | 4 | 5/21/2018 | X | X | Florida Injunction | Kendig |
| | 5 | 5/21/2018 | X | X | Curriculum Vitae for Chad Zawitz | Zawitz |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages