PLAINTIFF'S EXHIBIT 1

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT                    1

**Date of Preparation:** Feburary 20, 2018

# CURRICULUM VITAE
**Paul J. Gaglio, MD, FACP, AGAF, FAASLD**
Professor of Medicine (in Surgery) at Columbia University Irving Medical Center
Director: Hepatology Outreach
Columbia University College of Physicians and Surgeons
Center for Liver Disease and Transplantation
NY Presbyterian Hospital- Columbia University Irving Medical Center
622 West 168th Street, PH 14 Room 202F
New York, NY 10032
Phone: 212-305-8941
Fax: 212-342-4061
Email: pg2011@cumc.columbia.edu
https://www.linkedin.com/in/pauljgagliomd

**Personal Data:**

| | |
|---|---|
| Place of Birth: | Bronx, NY |
| Citizenship: | USA |

**Academic and Hospital Appointments:**

| | | |
|---|---|---|
| 11/2015-present | ***Columbia University College of Physicians and Surgeons*** <br> Professor of Medicine (in Surgery) at Columbia University Medical Center <br> Center for Liver Disease and Transplantation <br> NY-Presbyterian Hospital –Columbia University Irving Medical Center <br> Director of Hepatology Outreach <br> Adjunct Professor, Weil-Cornell School of Medicine | NY, NY |
| 12/2007-11/2015 | ***Albert Einstein College of Medicine*** <br> Montefiore-Einstein Liver Center <br> Professor of Clinical Medicine <br> Medical Director: Adult Liver Transplantation-Montefiore Medical Ctr <br> Primary Liver Transplantation Physician-Montefiore Medical Ctr | Bronx, NY |
| 7/2001-12/2007 | ***Columbia University College of Physicians and Surgeons*** <br> Associate Clinical Professor of Medicine (in Surgery) <br> Associate Medical Director: Center for Liver Disease and Transplantation <br> Medical Director: Adult Liver Transplantation | NY, NY |
| 7/1996-6/2001 | ***Tulane University Medical School*** <br> Associate Professor of Clinical Medicine and Digestive Diseases: <br> Director-Academic Hepatology <br> Medical Co-Director, Liver Transplantation <br> Faculty: Molecular and Cellular Biology Program | New Orleans, LA |
| 7/1993-6/1996 | ***UMDNJ-New Jersey Medical School*** <br> Assistant Professor of Medicine and Digestive Diseases: | Newark, NJ |

**Education:**

| | | |
|---|---|---|
| 7/1984-6/1988 | UMDNJ-New Jersey Medical School <br> MD June, 1988 | Newark, NJ |
| 8/1980-6/1984 | Rutgers College <br> BA June 1984 | New Brunswick, NJ |

PLAINTIFF'S EXHIBIT 1

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT                                    2

Major: Biology    Minor: Italian, Sociology

**Training:**

| | | |
|---|---|---|
| 7/1991-6/1993 | UMDNJ-New Jersey Medical School<br>Digestive Diseases Fellowship<br>Gastroenterology, Hepatology, Liver Transplantation | Newark, NJ |
| 7/1989-6/1991 | The Mount Sinai Medical Center<br>Residency: Internal Medicine | NY, NY |
| 7/1988-6/1989 | The Mount Sinai Medical Center<br>Internship: Internal Medicine | NY, NY |

**Licensure**

| | | | |
|---|---|---|---|
| Medical License: | New York and New Jersey | | 1988-present |
| | Connecticut | | 2016-present |
| | Louisiana (inactive) | | 1996-2001 |

**Board Certification**

| | | Initial | Recertification |
|---|---|---|---|
| Specialty Board- | Internal Medicine | 9/91 | 5/2001, 11/2011 |
| Subspecialty Board- | Gastroenterology | 11/93 | 5/2003, 11/2013 |
| Subspecialty Board- | Transplant Hepatology | 11/06 | 11/2016 |

**Awards and Honors**

Phi Beta Kappa 1984
Henry Rutgers Honor Society 1984
Alpha Omega Alpha 1988
Sigma XI 1988
Chief Digestive Disease Fellow UMDNJ NJ Medical School 1992-1993
Surgical Houstaff Teaching Award Tulane University 2001
Fellow American College of Physicians 2001
Fellow American Gastroenterological Association 2008
Fellow American Association for the Study of Liver Disease 2014
"Best Doctors® in America" 2009-2018
Castle Connolly Top Doctors; New York Metro Area 2012-2018
Physician of the Year, New York Chapter, American Liver Foundation 2011
Marquis Who's Who In America 2013-2017

**Academic Service**

| | |
|---|---|
| Course Director: AASLD-ILTS Transplant Course | AASLD 2014 |
| Hep C Link to Care Initiative NYC: Medical Advisory Board | 2007-present |
| Empire Liver Foundation: Medical Advisory Board | 2010-present |
| UNOS Region 9 Liver Transplantation Regional Review Board | 2001-2010 |
| Chairman Region 9 Liver Transplantation Regional Review Board | 2007-2010 |
| NYCLT (New York Consortium for Liver Transplantation) | 2001-present |
| NYCLT: Clinical Policies Committee, Board of Directors | 2002-2005, 2007-present |
| NYCLT: Clinical Policies Committee Chair | 2010-2012 |
| NYCLT: Board of Directors: President | 2013-2015 |
| Region 9 Representative UNOS/OPTN Living Donor Committee | 2009-2011 |
| Steering Committee NYC Health Dept Viral Hepatitis Program | 2015-present |
| Liver Transplantation Selection Committee: Columbia University P&S | 7/01-12/07, 11/15-present |
| Director: Transplant Hepatology Training Program Columbia U P&S | 2004-12/07 |
| Organ Donor Council Columbia Presbyterian Medical Center | 2006-12/07 |
| Liver Transplantation Selection Committee, Montefiore | 2007-2015 |
| Organ Donor Council Montefiore Medical Center | 2007-2015 |

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT                          3

|  |  |
|---|---|
| Department of Medicine Executive Committee: Columbia U P&S | 2017-present |
| American Liver Foundation: NY Chapter Medical Advisory Committee | 2017-present |

**Professional Organizations and Society Memberships:**

American Association for the Study of Liver Disease
European Association for the Study of the Liver
American Society of Transplantation
American Liver Foundation
American Gastroenterology Association
International Liver Transplantation Society
International Hepatitis Society
United Network for Organ and Tissue Sharing; Liver Transplantation
American Federation For Medical Research
American College of Physicians

**Consultative**

|  |  |
|---|---|
| State of Louisiana; Medicaid Subcommittee on Liver Transplantation | 1996-2001 |
| U.S. Civilian Research and Development Foundation, Grant Review | 1996-2002 |
| CPCRA (Community projects for clinical research on AIDS Hepatitis Working Group | |
|  | 1996- 2003 |

**Journal Reviewer**

Hepatology
Gastroenterology
Liver Transplantation
Journal of Hepatology
American Journal of Transplantation
American Journal of Gastroenterology
Journal of Clinical Gastroenterology: Associate Editor
Digestive Diseases and Sciences
Annals of Hepatology
Annals of Internal Medicine
Clinical Infectious Diseases
Journal of Medical Virology
Alimentary Pharmacology and Therapeutics
Journal of Infection and Public Health
Einstein Journal of Biology and Medicine
Journal of Clinical Medicine
Future Virology
Cleveland Clinic Journal of Medicine
Clinical Transplantation

**Editorial Board**

Editor: Liver Health Today
Editoral Board: Journal of Clinical and Translational Hepatology

**Grant Support**
*Industry Sponsored Protocols:*

A Phase 3b, Multicenter, Open-Label Study to Investigate the Efficacy and Safety of Ledipasvir/Sofosbuvir, With or Without Ribavirin, in HCV Infected Subjects Who Have Failed Prior Treatment With Sofosbuvir-based Therapies: RESCUE Study -GS-US-337-1746
Sponsor: Gilead Sciences
Role: Co-PI

-----------------------------------------------------------------------------------------------------------------------------------

A Multicenter, Randomized, Double-blind, Placebo-Controlled Trial of Emricasan (IDN- 6556), an Oral

PLAINTIFF'S EXHIBIT 1

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT                                          4

Caspase Inhibitor, in Subjects with Non-alcoholic Steatohepatitis (NASH) Fibrosis: Conatus IDN-6556-12
Sponsor: Conatus
Role: Investigator

---

A Phase 3, Global, Multicenter, Randomized, Open-Label Study to Investigate the Safety and Efficacy of Sofosbuvir/Velpatasvir/GS-9857 Fixed-Dose Combination for 12 Weeks and Sofosbuvir/Velpatasvir for 12 Weeks in Direct-Acting Antiviral-Experienced Subjects with Chronic HCV Infection who Have Not Received an NS5A Inhibitor: POLARIS 4: GS-US-367-1170
Sponsor: Gilead
Role: Co-PI

---

A Phase 3, Global, Multicenter, Randomized, Open-Label Study to Investigate the Safety and Efficacy of Sofosbuvir/Velpatasvir/GS-9857 Fixed-Dose Combination for 8 Weeks and Sofosbuvir/Velpatasvir for 12 Weeks in Subjects with Chronic Genotype 3 HCV Infection and Cirrhosis (POLARIS 3: GS-US-367-1173) NS5A Inhibitor
Sponsor: Gilead
Role: Co-PI

---

A Phase 3, Global, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Investigate the Safety and Efficacy of Sofosbuvir/Velpatasvir/GS-9857 Fixed-Dose Combination for 12 Weeks in Direct-Acting Antiviral-Experienced Subjects with Chronic HCV Infection (POLARIS 1: GS-US-367-1171)
Sponsor: Gilead
Role: Co-PI

---

A Phase 3, Global, Multicenter, Randomized, Open-Label Study to Investigate the Safety and Efficacy of Sofosbuvir/Velpatasvir/GS-9857 Fixed-Dose Combination for 8 Weeks Compared to Sofosbuvir/Velpatasvir for 12 Weeks in Direct-Acting Antiviral- Naïve Subjects with Chronic HCV Infection (POLARIS 2: GS-US-367-1172)
Sponsor: Gilead
Role: Co-PI

---

A Phase IIb, double blind randomized, controlled clinical trial, to evaluate the efficacy and safety of two Aramchol doses versus placebo in patients with Non-Alcoholic Steatohepatitis (NASH)
Sponsor: Galmed
Role: Investigator

---

Evaluation of Donor Specific Immune Senescence and Exhaustion as Biomarkers of Operational Tolerance Following Liver Transplantation in Adults
Sponsor: NIH/HIAID
Role: Co-investigator

---

## Educational Contributions
### Specific Courses:
#### Albert Einstein College of Medicine

| | | |
|---|---|---|
| Introduction to Clinical Sciences and Physical Diagnosis | 2007-2015 | 5-10 students |
| Digestive Disease Pathophysiology | 2007-2015 | 10-20 students |

#### Columbia University College of Physicians and Surgeons

| | | |
|---|---|---|
| The Body in Health and Disease | 2016-2018 | 100 students |
| Paracentesis Simulator | 2017-2018 | 35 incoming interns |

### Direct Teaching/Precepting/Supervising:

PLAINTIFF'S EXHIBIT 1

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT                                    5

- Supervision and education of junior and senior medical students, medical/surgical interns, residents, and subspecialty fellows caring for patients on the Liver Transplantation and Hepatology service regarding all aspects of Hepatology and Liver Transplantation.
  - ☐ Monthly Ward Service 4-5 hours per day 1994-present 5-10 attendees
- Supervision and education of subspecialty fellows in the performance of; liver biopsy, diagnostic and therapeutic endoscopy
  - ☐ Monthly ward service 2-3 hours per day 1994-present 2-3 attendees
- Preceptor: Liver Clinic 2015-present
  - ☐ Monthly, preceptor for Digestive Disease Fellows 4 hours per session, 6 attendees
- As the Medical Director of Liver Transplantation and Primary Liver Transplant Physician, responsibilities included the overall administration of the liver transplantation program, including all aspects of compliance, maintaining adherance to UNOS, CMS, NYCLT regulations, as well as implementing clinical and administrative protocols for the liver transplantation program.
  - ☐ Continuously 1996-2015
- Enduring Materials:
  - ☐ Slide Decks
    - ▪ Assessment of Fibrosis in Liver Disease: Empire Liver Foundation 2016
    - ▪ Coagulopathy in Liver Diseaes: Empire Liver Foundation 2017

***Mentorship and Trainees***

| | |
|---|---|
| Jay Cowan, MD, Advanced Hepatology Fellow | 1996 |
| Debbie Sullivan, PhD | 1998-2000 |
| Karim Nemak, MD, Advanced Hepatology Fellow | 2001,2002 |
| Kristel Hunt, MD, Advanced Hepatology and Liver Transplantation Fellow | 2001-2003 |
| Alex Novogrudsky , MD, Advanced Hepatology Fellow | 2003,2004 |
| Scott Fink, MD, Advanced Hepatology and Liver Transplantation Fellow | 2005 |
| Ilan Weisburg, MD, Advanced Hepatology and Liver Transplantation Fellow | 2006 |
| Phillipe Zamor, MD, Advanced Hepatology and Liver Transplantation Fellow | 2006 |
| Brock McDonald, MD, Advanced Hepatology and Liver Transplantation Fellow | 2007 |
| Michael Einstein, MD, Advanced Hepatology and Liver Transplantation Fellow | 2007 |
| Ari Bunim, MD, Advanced Hepatology and Liver Transplantation Fellow, | 2008 |
| Amar Thosani, MD, Advanced Hepatology and Liver Transplantation Fellow | 2009 |
| Konica Paul-Bose, MD Advanced Hepatology and Liver Transplantation Fellow | 2010 |
| Hina Zaidi, MD Advanced Hepatology and Liver Transplantation Fellow | 2011 |
| Adrienna Jirick, MD Advanced Hepatology and Liver Transplantation Fellow | 2012 |
| EiEi Soe, MD   Advanced Hepatology and Liver Transplantation Fellow | 2013 |
| Nihal Patel, MD Advanded Hepatology and Liver Transplantation Fellow | 2014 |
| Huda Khaleel, MD Advanced Hepatology and Liver Transplantation Fellow | 2015 |
| Whitney Jackson, MD Advanced Hepatology and Liver Transplantation Fellow | 2016 |
| Uchenna Agbim, MD Advanced Hepatology and Liver Transplantation Fellow | 2016 |
| Jennifer Batisti, MD Advanced Hepatology and Liver Transplantation Fellow | 2016-2017 |
| Emily Schonfeld, MD Advanced Hepatology and Liver Transplantation Fellow | 2016-2017 |
| Zaid Tafesh, MD Advanced Hepatology and Liver Transplantation Fellow | 2016-2017 |
| Saurabh Mukewar, MD Advanced Hepatology and Liver Transplantation Fellow | 2017-2018 |
| Clara Tow, MD Advanced Hepatology and Liver Transplantation Fellow | 2017-2018 |

## Publications

### *Peer Reviwed Research Publications*

1. Thompson J, Jones N, Al-Khafaji A, **Gaglio P**, et al VTI-208 Study Group.Extracorporeal Cellular Therapy (ELAD) in Severe Alcoholic Hepatitis - A Multinational, Prospective, Controlled, Randomized Trial. Liver Transplantation 2018;24:380-393

PLAINTIFF'S EXHIBIT 1

2. Lubetzky, M, Soowan C, Joelson A, Coco M, Kamal L, Ajaimy M, **Gaglio PJ,** Akalin E and Deboccardo G Safety and Efficacy of Treatment of Hepatitis C in Kidney Transplant Recipients with Directly Acting Antiviral Agents Transplantation. 2017;101(7):1704-1710

3. Izzy M, Jibara G, Aljanabi A, Alani M, Giannattasio E, Zaidi H, Said Z, **Gaglio P,** Wolkoff A, Reinus JF. Limited Fibrosis Progression but Significant Mortality in Patients Ineligible for Interferon-Based Hepatitis C Therapy. J Clin Exp Hepatol. 2016;6(2):100-8

4. Zahiruddin A, Farahmand A, **Gaglio P,** Massoumi H.Clinical characteristics and response to therapy of autoimmune hepatitis in an urban Latino population. Gastroenterol Hepatol Bed Bench. 2016;9(3):225-30.

5. Jermyn R, Soe E, D'Alessandro D, Shin J, Jakobleff W, Schwartz D, Kinkhabwala M, **Gaglio PJ.** Cardiac failure after liver transplantation requiring a biventricular assist device. Case Rep Transplant. 2014;2014:946961

6. Tandan S, Sun K, **Gaglio PJ** A Rare Finding on Liver Explant. Clin Gastroenterol Hepatol. 2014 Sep;12(9):e85

7. Bichoupan K, Schwartz JM, Martert V, Giannattasio ER, Marfo K, Odin J, Liu L, Schiano T, Perumalswami P, Bansal M, **Gaglio PJ,** Kalia H, Dieterich D, Branch A, Reinus JP. Effect of Fibrosis on Adverse Events in Hepatitis C Patients treated with Telaprevir Aliment Pharmacol Ther. 2014;39:209-216.

8. Kinkhabwala M, Lindower J, Principe AL, Reinus J, **Gaglio PJ.** Expedited Liver Allocation in the US: A Critical Analysis. Liver Transplantation 2013;19(10):1159-65

9. **Gaglio PJ,** Marfo K, Chiodo J. Hyponatremia in Cirrhosis and End Stage Liver Disease: Treatment with the Vasopressin V2 Receptor Antagonist Tolvaptan: Dig Dis Sci. 2012 Nov;57(11):2774-8

10. Flattau, A, **Gaglio PJ, et al.** Social Bariers to Adult Liver Transplantation Listing: Prevalence and Association with Program Characteristics: Liver Transpl. 2011;17:1167-1175

11. Degertekin B, Han SH, Keeffe EB, **Gaglio PJ.** Impact of virologic breakthrough and HBIG regimen on hepatitis B recurrence after liver transplantation.; NIH HBV-OLT Study Group. Am J Transplant. 2011;10:1823-33

12. **Gaglio PJ,** Moss N, McGaw C, Reinus J Direct Acting Antiviral Therapy for Hepatitis C: Attitudes Regarding Future Use: Dig Dis Sci. 2011;56:1509-15.

13. Chapochnick Friedmann J, Olaywi M, Kinkhabwala M, Lu A, Bellemare S, **Gaglio PJ,** Reinus J, H. Massoumi H, Kalia H. Microwave Ablation for Hepatocellular Carcinoma in Patients with Cirrhosis and Portal Hypertension Hepato Pancreatico Biliary Dis, 2011;13,10-11

14. Feuerstadt P, Bunim AL, Garcia H, Karlitz JJ, Massoumi H, Thosani AJ, Pellecchia A, Wolkoff AW, **Gaglio PJ,** Reinus JF .Effectiveness of hepatitis C treatment with pegylated interferon and ribavirin in urban minority patients. Hepatology. 2010;51:1137-1143.

15. Bzowej N, Han S, Degertekin B, Keeffe EB, Emre S, Brown R, **Gaglio PJ,** Reddy R, Lok AS; National Institutes of Health Hepatitis B Virus Orthotopic Liver Transplantation Study Group Liver transplantation outcomes among Caucasians, Asian Americans, and African Americans with hepatitis B. Liver Transpl. 2009;15:1010-20

16. Verna EC, De Martin E, Burra P, Neri D, **Gaglio PJ**, Emond JC, Brown Jr R <u>The Impact of Hepatitis C and Biliary Complications on Patient and Graft Survival Following Liver Transplantation.</u>Am J Transplant. 2009;6:1398-1405

17. Goldberg D, Weisberg I, Diuguid D, **Gaglio PJ**, Alobeid B, Fink S, Radhakrishnan J. <u>Worth a Second Look</u> Am J Med. 2009;122:24-6.

18. **Gaglio PJ**, Singh S, Degertekin B, Ishitani M, Hussain M, Perrillo R, Lok AS, and the NIH HBV OLT Study Group <u>Impact of the HBV Genotype on Pre- and Post- Liver Transplantation Outcomes</u> Liver Transpl. 2008;14:1420-7.

19. Schecter JM, Alobeid B, Mears JG, **Gaglio PJ** <u>Anti-Erythropoietin Antibody-Mediated Pure Red Cell Aplasia In A Living Donor Liver Transplant Recipient Treated for HCV</u> Liver Transpl. 2007;13:1589-1592.

20. **Gaglio, PJ** Richard Sterling, Eric Daniels, Ellen Tedaldi <u>Hepatitis B-HIV Co-infection: Results of a Survey on Treatment Practices and Recommendations for Therapy</u> Clin Infect Dis. 2007;45:618-23

21. Wong SN, Reddy KR, Keeffe EB, Han SH, **Gaglio PJ**, Perrillo RP, Tran TT, Pruett TL, Lok AS.and the NIH HBV-OLT Study Group. <u>Comparison of clinical outcomes in chronic hepatitis B liver transplant candidates with and without hepatocellular carcinoma</u> Liver Transpl. 2007;13:334-42

22. **Gaglio PJ**, Brown RS. <u>Who should treat the liver transplant patients? The transplant physician, the hepatologist, or the gastroenterologist? Viewpoint: A specialized Transplant Hepatologist provides optimal management of Liver Transplant Patients.</u> J of Hepatology 2006;44:655-657

23. Moss J, Lapointe-Rudow D, Renz JF, Kinkhabwala M, Dove LM, **Gaglio PJ**, Emond JC, Brown RS Jr. <u>Select utilization of obese donors in living donor liver transplantation: implications for the donor pool.</u> Am J Transplant. 2005;5:2974-81

24. Russo MW, LaPointe-Rudow D, Teixeira A, Guarrera J, Dove LM, **Gaglio P**, Emond JC, Kinkhabwala M, Brown RS Jr. <u>Interpretation of liver chemistries in adult donors after living donor liver transplantation.</u> J Clin Gastroenterol. 2004;38:810-814.

25. **Gaglio PJ**, Rodriguez-Torres M, Herring R, Anand B, Box T, Rabinovitz M, Brown RS; Infergen Study Group. <u>Racial differences in response rates to consensus interferon in HCV infected patients naive to previous therapy.</u>J Clin Gastroenterol. 2004;38:599-604.

26. **Gaglio PJ**, Brown RS, <u>A comparison of Fibrosis Progression in Chronic Liver Disease, A Randomized Control Trial of Urso in Alcoholic Hepatitis.</u> Reviewed in Hepatitis Index and Reviews 2003;1:1-15

27. J Vyas, RS Brown, **PJ Gaglio** <u>Hepatitis C–HIV coinfection: current and future therapy</u> Expert Review of Anti-infective Therapy 2003;:433–439

28. **Gaglio PJ**, Brown RS, <u>Scope of Worldwide Hepatitis C Problem</u> Liver Transpl 2003;9:S10-13

29. **Gaglio PJ**, Malireddy S, Levitt BS, Russo MW, Lapointe-Rudow D, Kinkhabwala M, Lefkowitch J, Emond JC, and Brown RS., Jr. <u>Increased Risk of Cholestatic Hepatitis C in Recipients of Grafts from Living versus Cadaveric Donors</u> Liver Transpl. 2003;9:1028-35.

30. Ellen M. Tedaldi, Kathy Huppler Hullsiek, Carlos D. Malvestutto, Roberto C. Arduino, Evelyn J. Fisher, **Paul J. Gaglio**, Elizabeth R. Jenny-Avital, Joseph McGowan, George Perez <u>Prevalence and Characteristics of HCV Coinfection in an HIV Clinical Trials Group. The Terry Beirn Community Programs for Clinical Research on AIDS (CPCRA).</u> Clin Infect Dis. 2003;36:1313-7.

PLAINTIFF'S EXHIBIT 1

31. **Gaglio PJ**, Brown RS. Prediciting the presence of varices in cirrhotic patients without a history of variceal hemorrhage. Evidence-Based Gastroenterology 2002;3:61-62

32. Michael W. Fried, Joy Peter, Keith Hoots, **Paul Gaglio**, Donald Talbut, Prasad Mathew, P. Charleton Davis, Nigel Key, Gilbert C. White, Lauren Lindblad, Frederick Rickles, Thomas Abshire, and the Hemophilia Hepatitis Therapy Group Hepatitis C in Adults and Adolescents with Hemophilia and Inherited Coagulation Disorders: A Randomized, Controlled, Multicenter Trial of Combination Therapy with Interferon alfa-2b and Ribavirin   Hepatology. 2002;36:967-972

33. **Gaglio PJ**, Baskin G, Raterree M, Blanchard J, Cheng S, Dunne B, Liu H, Dash S, Theise N, LaBrecque D. Liver Regeneration Investigated in a non-human primate model J Hepatol. 2002;37:625-32.

34. Sullivan D, Dehaard H, Traboni C, Krasnykh V, Curiel D, **Gaglio PJ**, Mondelli M, Dash S, Gerber MA Construction and characterization of an intracellular single-chain human antibody to hepatitis Cvirus non-structural 3 protein. J Hepatol. 2002;37:660-8

35. Karavattathayyil SJ, Kalkeri G, Liu HJ, **Gaglio P**, Garry RF, Krause JR, Dash S Detection of hepatitis C virus RNA sequences in B-cell non-Hodgkin lymphoma. Am J Clin Pathol. 2000;113:391-8.

36. **Gaglio PJ**, Dash S, Liu HJ, Cheng S, Dunne B, Baskin G, Bohm R, Blanchard J. Partial hepatectomy and laparoscopic-guided liver biopsy in rhesus macaques (Macaca mulatta): novel approach for study of liver regeneration. Comparative Medicine 2000;50:363-368

37. **Gaglio PJ**, Regenstein F, Slakey D, Cheng S, Takiff H, Thung S, Rinker R, Dick D Alpha 1 antitrypsin deficiency and splenic artery aneurysm; an association? American J Gastroenterol 2000;95:1531-1534

38. Krane NK, **Gaglio PJ** Viral Hepatitis as a cause of Renal Disease S Med Journal 1999;92:353-360

39. Simmons B, **Gaglio PJ**, Daroca P, Gerber M A 67 year old woman with gastrointestinal hemorrhage and chronic hepatitis. J La State Med Soc 1997;149:485-489

40. **Gaglio PJ**, Leevy CB, Koneru B  Perioperative Chylous Ascites Journal of Medicine 1996;27:369-376

41. **Gaglio PJ**, Buniak B, and Leevy CB.  Primary endoscopic retrograde cholecystoendoprosthesis, a non-surgical modality for symptomatic cholelithiasis in cirrhotic patients.  Gastrointestinal Endoscopy 1996;44:339-342

### *Reviews, Chapters, Monograms, Editorials*

42. **Gaglio PJ**, Extra and intrahepatic malignancies in patients with HCV who achieve an SVR with directly acting antiviral agents; should we be concerned that DAA therapy contributed to this phenomenon? Accepted; Journal of Clinical Gastroenterology 2017;51:657-658

43. Kalia H, **Gaglio PJ**: The Prevalence and Pathobiology of NAFLD in Patients of Different Races/Ethnicities: Clin Liver Dis. 2016 May;20:215-24.

44. **Gaglio PJ**, Guest Editor: Nonalcoholic Fatty Liver Disease. Clin Liver Dis. 2016 May

45. Chacko KR, **Gaglio PJ**.Meet the Classes of Directly Acting Antiviral Agents: Strengths and Weaknesses.Clin Liver Dis. 2015 Nov;19(4):605-17

46. **Gaglio, PJ**, Brown RS, Scott Cotler. Medical Care of the Liver Transplant Recipient. Up to Date 2010-2016

PLAINTIFF'S EXHIBIT 1

47. **Gaglio PJ** Jr, **Gaglio PJ** Sr <u>Complications in patients with alcohol-associated liver disease who undergo liver transplantation.</u> Clin Liver Dis. 2012 Nov;16(4):865-75

48. **Gaglio PJ**, <u>Treatment of chronic hepatitis C in a slow responder: a case for extended therapy</u>  Nature Reviews Gastroenterology and Hepatology 2009;6:372-375

49. Fink S, **Gaglio PJ:** <u>Hepatitis C in Liver Transplant Patients</u>  Current Hepatitis Reports 2008;7:81-87

50. **Gaglio PJ.** Brown RS Jr. <u>Liver Transplantation.</u> *Encyclopedia of Medical Devices and Instrumentation* Copyright © 2006 by John Wiley and Sons, Inc.DOI: 10.1002/0471732877.emd161

51. **Gaglio PJ**, Brown RS Jr. <u>Complications of Liver Transplantation.</u> in "Zakim and Boyer's Hepatology, a Textbook of Liver Disease". 5th Edition. Editors Boyer, Wright, Manns. Saunders, Philadelphia, PA pg 961-974, 2006

52. **Gaglio PJ**, Aron J, and Brown RS. <u>Fulminant Hepatic Failure</u> in "Hepatology, A Practical Approach" Editors Al Knawy, Shiffman, and Weisner. Elsevier, NY pg 315-330, 2004

53. **Gaglio PJ** Akingbola A, Bartholemew D, Vlacos M, <u>The effect of HIV co-infection on Hepatitis C: a review</u> J of Lousiana State Med Soc 2001;153:552-558

54. **Gaglio PJ** and Steinberg SM: <u>Management of acute liver failure.</u> In Sepsis and Multiple OrganDysfunction, Ed. By Deitch, Vincent and Windsor. Harcourt Publishers, London pp. 410-419, 2002.

55. **Gaglio PJ**, Steinberg S, <u>Preoperative Management of Fulminant Hepatic Failure</u>  Adv in Gastroenterol, Hepatol, and Clin Nutrition 1998;3:298-311

### Meetings/Invited Oral and Poster Presentations

56. **Gaglio PJ,** Fraij O, Colovai A, Tushaj M, Johnson-Berger L, Mahidashti R, Reinus J. <u>HCV Recurrence Post Liver Transplantation Utilizing "Immuknow" to Guide Immunosuppression Decisions Poster NYSGE 2017</u>

57. Izzy, M. J., Rabbenou, W., Akki, A., Tanaka, K., **Gaglio, PJ.**, & Chacko, K. . <u>Histologic Analysis of Explants of Hepatitis C Patients who Achieved Sustained Virologic Response Prior to Liver Transplantation.</u> *Gastroenterology*, 152(5), S1165. Poster Presentation DDW 2017

58. Izzy MN, Rabbenou W, Khaleel H, **Gaglio PJ**, Chacko K. <u>Impact of Sustained Virologic Response on Manifestations of Portal Hypertension in Decompensated Hepatitis C Virus Cirrhosis.</u> Am J Gastroenterol 111: S357; Poster Presentation ACG 2016

59. **Gaglio PJ**, Sapir T, Carter JD, Green L, Rusie E, Moreo K. <u>Patterns of Care Since the Approval of New Therapies for Hepatitis C Virus (HCV) Infection: A 2013-2014 Real-World</u> Analysis of US Community Specialty Practices Poster Presentation AASLD 2015 Hepatology 62:772A ( #1141)

60. Lubetzky, M, Akalin E, **Gaglio PJ**, Debocarrdo <u>Successful Treatment of Hepatitis C in Renal Transplant Recipients with Directly Acting Antiviral Agents</u> Presentation ASTN 2015

61. **Gaglio PJ**, Glick C, Reinus JF.  <u>Survey on pre- and post-transplant management of hepatitis C: Response from medical directors of us transplant programs.</u>  Poster Presentation AASLD 2014 Hepatology 60:544A (#708), 2014.

PLAINTIFF'S EXHIBIT 1

62. **Gaglio PJ**, Rabbenou W, Florman S, Kato T, Kinkhabwala M, Morgan G, Orloff M, Sheiner P, Teperman L, Delair S.  Utilization of simultaneous liver-kidney transplants continues to vary dramatically by UNOS region.  Poster Presentation AASLD 2014 Hepatology 60:371A (#342), 2014.

63. Kumar A, Kooragayalu S, **Gaglio PJ** Hilar Cholangiocarcinoma (Klatskin's Tumor) In a Patient with Hepatitis C Cirrhosis Poster Presentation ACG 2014

64. Manhal Olaywi, Aws Aljanabi, Jeffrey Turner, Mustafa Al Ani, **Paul Gaglio**, John Reinus, Enver Akalin, Graciela de Boccardo. Portal Hypertension in cirrhotic patients can cause renal glomerular injury; A case series of patients listed for liver transplantation. Poster presentation ACG 2013

65. Kinkhabwala M, Lindower J, Principe AL, Reinus J, **Gaglio PJ.** Expedited Liver Allocation in the US: A Critical Analysis. Poster Presentation AST 2013

66. **Gaglio PJ**, Florman S, Kato T, Kinkhabwala M, Morgan Glyn, Orloff Mark, Sheiner P, Teperman L, Delair S. Utilization of Simultaneous Liver-Kidney Transplants Varies Dramatically by Region American J of Transplantation 2012;S3:A1651 *Poster session American Transplant Congress*

67. **Gaglio PJ**, Florman S, Kato T, Kinkhabwala M, Morgan Glyn, Orloff Mark, Sheiner P, Teperman L, Delair S. Utilization of Simultaneous Liver-Kidney Transplants Varies Dramatically by Region Hepatology 2011;54:S1A11 *Presented at Liver Transplantation Plenary Session AASLD 2011*

68. Rahimi E, Olaywi MJ, Reinus J, **Gaglio PJ**, Kalia H, Norkus E, Massoumi H Safety and Efficacy of Loco-Regional Treatment Modalities of Hepatocellular Carcinoma in a Geriatric Population 2011 Gastroenterology;140, Issue 5, Supplement 1, S-923-S-924 *Presented at DDW 2011*

69. Akerman S, **Gaglio PJ**: Gender Outcomes and Response to Therapy in Patients with Primary Biliary Cirrhosis Assessed by Patient Gender *Presented at DDW 2010*: Gastroenterology 2010;138:A375

70. **Gaglio PJ**, Elizabeth C. Verna, Eleonora DeMartin, Dianne Lapointe-Rudow, , Jay Lefkowitch, Milan Kinkhabwala, Jean C Emond, John F. Renz, and Robert S. Brown, Jr. Cholestatic Hepatitis C in Recipients of Grafts from Living Versus Deceased Donors Hepatology 2006;44A Presented at Plenary Session AASLD

71. Reddy R, **Gaglio PJ**, Keefe E, Soldevilla-Pico C, Emre S, Ishitani M, Fung S, Lok A. Characteristics and Outcomes following Liver Transplantation (OLT) in Patients with HBV-related Hepatocellular Carcinoma (HCC): Data from the US HBV-OLT Study Hepatology 2005;42A108 presented plenary session AASLD

72. **Gaglio PJ**, Choi J, Zimmerman D, Heller L, Brown RS. Weight Based Ribavirin in Combination with Pegylated Interferon Alpha 2-B Does not Improve SVR In HCV Infected Patients who Failed prior therapy: Results in 454 patients Hepatology 2005;42A59 Presented Plenary Session AASLD

73. **Gaglio PJ**, Verna E, Novogrudsky A, Lefkowitch J, Kinkhabwala M, Emond JC, Brown RS. Cholestatic Hepatitis C in Patients with Biliary Obstruction after Deceased and Living Donor Liver Transplantation: Poor Outcomes Despite Therapy. Hepatology 2004;4A451 Poster Presentation AASLD

74. **Gaglio PJ**, Malireddy S, Levitt B, Rudow D, Lefkowitch J, Kinkhabwala M, Russo M, Emond J, Brown RS. Increased Risk of Cholestatic Hepatitis C in Recipients of Grafts from Living versus Cadaveric Liver Donors Hepatology 2003;38:A9 Presented Plenary Session American Transplant Congress

PLAINTIFF'S EXHIBIT 1

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT　　　　　　　　　11

75. Hunt K, **Gaglio PJ**, Arons R. <u>Ethnic difference in the prevalence of NASH in the United States-Findings from the third national health and nutrition examination survey.</u> Gastroenterology 2003;124:A221Presented at DDW

76. **Gaglio PJ**, Liu H, Dash S, Dunne BP, Ratterree M, <u>Restoration of Liver Surface Area Correlated to Ki-67 Expression following 60% partial Hepatectomy in a Rhesus Macaque</u> Hepatology 2001;34 A 193 Poster Presentation AASLD

77. **Gaglio PJ**, Baskin G, Bohm R, Blanchard J, Cheng S, Dunne B, Liu H, Dash S. <u>Partial Hepatectomy and Laparoscopic Guided Liver Biopsy in Rhesus Macaques (Macacca Mulatta); A Novel Approach to Study Liver Regeneration</u> Hepatology 2000;32:A1254 Poster Presenation AASLD

**<u>Abstracts:</u>**

78. **Gaglio PJ**, Sapir T, Carter JD, Green L, Rusie E, Moreo K. <u>Patterns of Care Since the Approval of New Therapies for Hepatitis C Virus (HCV) Infection</u>: A 2013-2014 Real-World Analysis of US Community Specialty Practices Poster Presentation AASLD 2015 Hepatology 62:772A ( #1141)

79. Izzy MN, Rabbenou W, Khaleel H, **Gaglio PJ**, Chacko K. <u>Impact of Sustained Virologic Response on Manifestations of Portal Hypertension in Decompensated Hepatitis C Virus Cirrhosis.</u> Am J Gastroenterol 111: S357; Poster Presentation ACG 2016

80. Lubetzky, M, Akalin E, **Gaglio PJ**, Debocarrdo <u>Successful Treatment of Hepatitis C in Renal Transplant Recipients with Directly Acting Antiviral Agents</u> Presentation ASTN 2015

81. **Gaglio PJ**, Glick C, Reinus JF. <u>Survey on pre- and post-transplant management of hepatitis C: Response from medical directors of us transplant programs.</u> Poster Presentation AASLD 2014 Hepatology 60:544A (#708), 2014.

82. **Gaglio PJ**, Rabbenou W, Florman S, Kato T, Kinkhabwala M, Morgan G, Orloff M, Sheiner P, Teperman L, Delair S. <u>Utilization of simultaneous liver-kidney transplants continues to vary dramatically by UNOS region.</u> Poster Presentation AASLD 2014 Hepatology 60:371A (#342), 2014.

83. Kumar A, Kooragayalu S, **Gaglio PJ** <u>Hilar Cholangiocarcinoma (Klatskin's Tumor) In a Patient with Hepatitis C Cirrhosis</u> Poster Presentation ACG 2014

84. M Olaywi, M Al Ani, H Zaidi, Y Golowa, J Cynamon, **P Gaglio**. <u>TIPS Revision For Post TIPS Hepatic Encephalopathy: Techniques and Efficacy.</u> Poster presentation ACG 2013

85. Manhal Olaywi, Aws Aljanabi, Jeffrey Turner, Mustafa Al Ani, **Paul Gaglio,** John Reinus, Enver Akalin, Graciela de Boccardo. <u>Portal Hypertension in cirrhotic patients can cause renal glomerular injury; A case series of patients listed for liver transplantation.</u> Poster presentation ACG 2013

86. Kinkhabwala M, Lindower J, Principe AL, Reinus J, **Gaglio PJ**. <u>Expedited Liver Allocation in the US: A Critical Analysis.</u> Poster Presentation AST 2013

87. **Gaglio PJ**, Florman S, Kato T, Kinkhabwala M, Morgan Glyn, Orloff Mark, Sheiner P, Teperman L, Delair S. <u>Utilization of Simultaneous Liver-Kidney Transplants Varies Dramatically by Region</u> American J of Transplantation 2012;S3:A1651 Poster session American Transplant Congress

88. **Gaglio PJ**, Florman S, Kato T, Kinkhabwala M, Morgan Glyn, Orloff Mark, Sheiner P, Teperman L, Delair S. <u>Utilization of Simultaneous Liver-Kidney Transplants Varies Dramatically by Region</u> Hepatology 2011;54:S1A11 Presented at Liver Transplantation Plenary Session AASLD 2011

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT                                            12

89. Rahimi E, Olaywi MJ, Reinus J, **Gaglio PJ**, Kalia H, Norkus E, Massoumi H Safety and Efficacy of Loco-Regional Treatment Modalities of Hepatocellular Carcinoma in a Geriatric Population 2011 Gastroenterology;140, Issue 5, Supplement 1, S-923-S-924 Presented at DDW 2011

90. Chapochnick Friedmann J, Olaywi M, Kinkhabwala M, Lu A, Bellemare S, **Gaglio PJ**, Reinus J, H. Massoumi H, Kalia H. Microwave Ablation for Hepatocellular Carcinoma in Patients with Cirrhosis and Portal Hypertension Hepato Pancreatico Biliary , Volume 13, Supplement 1, March 2011, Pages 10-11

91. Akerman S, **Gaglio PJ**: Gender Outcomes and Response to Therapy in Patients with Primary Biliary Cirrhosis Assessed by Patient Gender Presented at DDW 2010: Gastroenterology 2010;138:A375

92. Bunim A, Karlitz J, Massoumi H, Garcia D, Thosani A, Pellecchia A, **Gaglio PJ**, Reinus JR Effectiveness of Hepatitis C Treatment with Pegylated Interferon and Ribavirin in an Urban Patient Population Hepatology 2008;48:A1321

93. Fink S, Verna E, DeMartin E, Burra P, **Gaglio PJ**, Emond JC, Brown RS. Impact of weight and body mass index on biliary complications, graft loss, rejection, and survival post orthotopic liver transplantation Amer J of Transplantation 2008;2:A310

94. **Gaglio P**, Lok A  et. al HBV Genotype C is associated with higher rates of HCC and post-liver transplant (LT) mortality compared to genotypes A, B and D Hepatology 2007;A167

95. **Gaglio PJ**, Elizabeth C. Verna, Eleonora DeMartin, Dianne Lapointe-Rudow, , Jay Lefkowitch, Milan Kinkhabwala, Jean C Emond, John F. Renz, and Robert S. Brown, Jr. Cholestatic Hepatitis C in Recipients of Grafts from Living Versus Deceased Donors Hepatology 2006;44A

96. **Gaglio PJ**, Sterling R, Daniels E, Tedaldi E. HBV-HIV Co-infection: Results of a Survey on Treatment Practices Hepatology 2005;42A1345

97. Reddy R, **Gaglio PJ**, Keefe E, Soldevilla-Pico C, Emre S, Ishitani M, Fung S, Lok A. Characteristics and Outcomes following Liver Transplantation (OLT) in Patients with HBV-related Hepatocellular Carcinoma (HCC): Data from the US HBV-OLT Study Hepatology 2005;42A108 presented AASLD

98. **Gaglio PJ**, Choi J, Zimmerman D, Heller L, Brown RS. Weight Based Ribavirin in Combination with Pegylated Interferon Alpha 2-B Does not Improve SVR In HCV Infected Patients who Failed prior therapy:Results in 454 patients Hepatology 2005;42A59

99. **Gaglio PJ**, Verna E, Novogrudsky A, Lefkowitch J, Kinkhabwala M, Emond JC, Brown RS. Cholestatic Hepatitis C in Patients with Biliary Obstruction after Deceased and Living Donor Liver Transplantation: Poor Outcomes Despite Therapy. Hepatology 2004;4A451

100. Renz JF, Kinkhabwala M, Jan D, Lobritto S, **Gaglio PJ**, Dove L, Lapointe-Rudow D, Bellemare S, Varadarajan R, Brown RS, Emond JC. Systematic use of Live Donor Liver Transplantation: Differential Impact on Children and Adults. Hepatology 2004;4:A108

101. **Gaglio PJ**, Park J, Lefkowitch J, Emond J, Brown RS. Treatment of Acute Cellular Rejection with High Dose Steroids, but not Modulation of Baseline Immunosuppression is Associated with Severe HCV Recurrence in Both Living and Deceased Donor Liver Transplant Recipients Hepatology 2003;38:A1028

102. **Gaglio PJ**, Zimmerman D, Choi D, Heller L, Brown RS. Treatment with Pegylated Interferon Alpha 2B and Ribavirin Produces Significant Sustained Virologic Response Rates in HCV infected Patients who Failed Previous Therapy Hepatology 2003;38:A329

PLAINTIFF'S EXHIBIT 1

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT 13

103.     **Gaglio PJ**, Malireddy S, Levitt B, Rudow D, Lefkowitch J, Kinkhabwala M, Russo M, Emond J, Brown RS. <u>Increased Risk of Cholestatic Hepatitis C in Recipieints of Grafts from Living versus Cadaveric Liver Donors</u> Hepatology 2003;38:A9

104.     **Gaglio PJ**, Brown M, Zimmerman D, Choi J, Heller L. <u>Treatment with Pegylated Interferon alpha 2B and Ribavirin produces significant sustained virologic response rates in HCV infected patients who failed prior therapy</u> Gastroenterology 2003;124:A1210

105.     Hunt K, **Gaglio PJ**, Arons R. <u>Ethnic difference in the prevalence of NASH in the United States-Findings from the third national health and nutrition examination survey.</u> Gastroenterology 2003;124:A221

106.     Moss J, Chandra A, **Gaglio PJ**, Hafliger S, Dove L, Lobritto S, Jacobson I, Brown R. <u>Aggressive Psychiatric Intervention based on clinical suspicion, not standardized depression scores increases adherence to Pegylated interferon and Ribaviren therapy for hepatitis</u> C. Gastroenterology 2003;124:A216

107.     **Gaglio PJ**, Vyas J, Guarrera J, Bellemare S, Kinkhabwala M, Lapointe-Rudow D, Brown RS, Emond J, <u>Pentoxifylline attenuates liver injury following living donor liver transplantation: a case control study</u> Hepatology 2002;36 A2026

108.     Donovan M, Russo M, Kim P, Kinkhabwala M, McCarthy J, **Gaglio PJ**, Hafliger S, Brown RS, Emond J. <u>Risk factors for neurological complications following liver transplantation</u> Hepatology 2002;36 A1987

109.     **Gaglio PJ**, Brown M, Zimmerman D, Choi J, Dove L, Brown RS <u>Pegylated interferon alpha 2b and Ribavirin for HCV infected patients who failed prior therapy: interim sustained response data</u> Hepatology 2002;36 A1650

110.     **Gaglio PJ**, Malireddy S, Russo M, Lapointe-Rudow D, Emond J, Brown RS. <u>Hepatitis C recurrence in recipients of grafts from living versus cadaveric liver donor</u>s. Hepatology 2002;36 A407

111.     **Gaglio PJ**, Brown M, Zimmerman D, Choi D, Brown RS <u>Racial differences in response to Peg-intron and Ribavirin in HCV infected patients who failed previous therapy</u> Gastroenterology 2002;122:A1378

112.     **Gaglio PJ**, Liu H, Dash S, Dunne BP, Ratterree M, <u>Restoration of Liver Surface Area Correlated to Ki-67 Expression following 60% partial Hepatectomy in a Rhesus Macaque</u> Hepatology 2001;34 A 193

113.     Ghalib R, Levine C, Stribling R, Kadhim T, **Gaglio PJ** et al.<u>Symptom Development and Management in Patients with Chronic Hepatitis C on Pegylated Interferon and Ribavirin Therapy</u> Hepatology 2001;34 A 1710

114.     Freid M, Peter J, **Gaglio PJ**, Talbut D, Davis P, Rickles F, Abshire T. <u>Hepatitis C in Adults and Adolescents with Inherited Coagulation Disorders in the United States: Results of a Randomized Multicenter Trial of Combination Therapy (Interferon and Ribavirin).</u> Hepatology 2001;34 A 278.

115.     **Gaglio PJ**, Regenstein FG, Vlacos MN, Bartholomew D. <u>Pegylated Interferon and Ribavirin for the treatment of HCV infected patients who failed previous therapy.</u> Hepatology 2001;34 A 1619.

116.     Box T, Boschert M, Bowers J, Hutson W, Thomason R, Christiansen J, **Gaglio PJ** <u>"ALT Flare" with Daily Infergen Treatment of Chronic Hepatitis C</u> Hepatology 2000;32:A1625

PLAINTIFF'S EXHIBIT 1

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT                                    14

117.     **Gaglio PJ**, Vlacos M, Bartholomew D. Therapy with Intron A with or without Ribavirin in Hepatitis C Virus (HCV) Infected Patients with Hemophilia Hepatology 2000;32:A1577

118.     Freid M, Hoots K, Peter JA, Sullivan K, David C, **Gaglio PJ**, Talbit DC, Key N, Rickels F, Abshire T. Initial Response to Combination Therapy (Interferon A-2B and Ribavirin) for Treatment of Adolescents and Adults with Inherited Coagulation Disorders and Chronic Hepatitis C.Hepatology 2000;32:A772

119.     **Gaglio PJ**, Vlacos MN, Bartholemew D, Randazzo P. Induction Therapy Using 9 vs 15 mcg of Infergen Daily For Hepatitis C Infected Patients who have Failed Previous Interferon Therapy Gastroenterology 2000;118:A6538

120.     **Gaglio PJ**, Vlacos MN, Bartholemew D, Randazzo P. Daily Induction Therapy Followed by Every Other Day Dosing with Infergen for HCV Patients Naïve to Interferon Therapy. Gastroenterology 2000;118:A6537

121.     **Gaglio PJ** The role of ultrasound prior to percutaneous liver biopsy. J of Investigative Medicine 2000;48:A780

122.     **Gaglio PJ**, Baskin G, Bohm R, Blanchard J, Cheng S, Dunne B, Liu H, Dash S. Partial Hepatectomy and Laparoscopic Guided Liver Biopsy in Rhesus Macaques (Macacca Mulatta); A Novel Approach to Study Liver Regeneration Hepatology 2000;32:A1254

123.     Box T, Boschert M, Bowers J, Desautels S, Hutson W, Thomason I, Christiansen J, Rose K, **Gaglio PJ** ALT Elevation with Interferon Induction Therapy: A Comparison of Intron A vs Infergen Gastroenterology 2000;118:A6478

124.     Sullivan D, Dehaard H, Traboni C, Krasnykh V, Curiel D, **Gaglio PJ**, Mondelli M, Dash S, Gerber MA Intracellular Single chain Antibodies (SFV) to HCV Non-Structural Proteins As Antiviral Agents Hepatology 1999;30:A993

125.     **Gaglio PJ**, Dash S, Liu HJ, Cheng S, Dunne B, Baskin G, Bohm R, Blanchard J. Liver Regeneration Investigated in a Primate Model Hepatology 1999;30:A383

126.     Baum A, , Iftikhar S, Bulat R, Shahadi-Asiz M, **Gaglio PJ** Gastric post transplant lymphoproliferative disorder presenting with massive gastrointestinal bleeding four years after a heart transplant Amer J of Gastroenterol 1999;2697:A479

127.     **Gaglio PJ**, Yap KP, Rinker R, Bowdish B, Vlacos MN, Bartholemew D. A proposal that normal values for serum ALT should be adjusted for gender and body mass index. Hepatology 1999;30:A2104

128.     **Gaglio PJ**, Rubio M, Liu HJ, Vlacos M, Bartholemew D,  Regenstein FG Liver Regeneration is impaired in patients with Hepatitis C induced cirrhosis and ETOH abuse Hepatology 1999;30:A1740

129.     Dash S, Kalkeri G, **Gaglio PJ**, Garry RF, Gerber MA. Assembly of Virus like particles in cells trasnfected with full length HCV RNA from infectious HCV CDNA Hepatology 1999;30:A174

130.     Karavattathayyil S, Kalkeri G, **Gaglio PJ**, Garry RF, Krause J, Dash S Detection of Hepatitis C Virus RNA Sequences in Patients with B-Cell Non-Hodgkin's Lymphoma Am J Clin Pathol 2000;113:391-8

131.     Dash S, Rege TA, Tsuji H, **Gaglio PJ**, Garry RF, Saxena R, Thung S HCV RNA levels in Hepatocellular carcinomas and adjacent Non-tumorous Liver J Virol Methods 2000;90:15-23

PLAINTIFF'S EXHIBIT 1

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT                    15

132.        **Gaglio PJ**, Regenstein F, Slakey D, Cheng S, Takiff H, Rinker R, Dick D <u>Alpha-1 Antitrypsin Deficiency and Splenic Artery Aneurysm rupture; an association?</u> Hepatology 1998;28:A755 5/98

133.        **Gaglio PJ**, Liu HJ, Dash S, Baskin <u>G Ki-67 Expression Accurately Reflects Hepatocyte Regeneration In Non-Human Primates</u> Hepatology 1998;28:A1445

134.        **Gaglio PJ**, Lambiase LR, Haque S, Steinberg S, Akingbola <u>Is Cholecystitis Associated with Helicobacter Pylori Infection? Hepatology</u> 1997;26(4)pt2A:1529

135.        **Gaglio PJ**, Haque S, Akingbola A., and GerberMA .<u>Fulminant Hepatic Failure Due To HCV in an immunocompromised Patient; A CD4 Lymphocyte Sequestration Phenomenon</u> Hepatology 1997;26(4)pt2:A1528

136.        Leevy CB, **Gaglio PJ**, Koneru B, Zeirer <u>K Hemopoiesis in end stage liver disease</u> Gastroenterology 112:A1317, 1997

137.        Leevy CB, **Gaglio PJ**, Zweil P, and Patel M.  <u>Pharmacologic therapy for Mallory bodies in liver disease.</u>  Gastroenterology 108:1108A, 1995

138.        **Gaglio PJ**, Leevy CB, Koneru B, and Baker H.  <u>Macrocytic megaloblastic anemia refractory to therapy in end stage liver disease; an indication for transplantation.</u>  Hepatology 18:1096A,1993

139.        **Gaglio PJ**, Leevy CB, Koneru B, and Zweil P<u>. Detection of subclinical liver injury.</u>  Clin. Res. 41:353A, 1993

140.        **Gaglio PJ**, Leevy CB, Koneru B, and Baker H.  <u>Macrocytic megaloblastic anemia refractory to therapy in end stage liver disease; an indication for transplantation.</u>  Hepatology 18:1096A,1993

**Invited Prentations and Grand Rounds ( selected from 2013 ) :**

1.  5/2018: Update on the Management of Common GI, Pancreas and Liver Disorders Rutgers 24th Annual GI Symposium <u>Assessment of Abnormal Liver Tests</u> New Brunswick NJ

2.  5/2018 Hackensack University Medical Center <u>NAFLD Update 2018</u>, Hackensack NJ

3.  3/2018 Howard University Med Ctr, <u>HCV: Update 2018</u> Washington DC

4.  2/2018 Lawrence Hospital Medical Grand Rounds <u>HCV: Linkage to Care</u> Bronxville NY

5.  1/2018 St Joseph's Hospital Medicine Grand Rounds <u>HCV; Linkage to Care</u> Yonkers NY

6.  10/2017 NYP-Surgery Lecture Series: <u>NALFD: 2018,</u> Westchester NY

7.  9/2017 NYP-Surgery Lecture Series: <u>NALFD: Update 2018</u>, Rockland NY

8.  8/2017 Emerging Topics in Liver Disease; Houston Methodist <u>Medical Therapy of Obesity</u>

9.  8/2017 Emerging Topics in Liver Disease; Houston Methodist <u>Treatment of HCV DAA Failures</u>

10. 7/2017 West Midtown Medical Group <u>HCV Expert Management</u>

11. 7/2017 St Josephs Medical Center Yonkers NY <u>HCV Management and Treatment Overview</u>

12. 6/2017 West Midtown Medical Group <u>HCV Management and Treatment: Special Populations</u>

13. 5/2017 Harlem United <u>HCV Management and Treatment: Overview and Discussion</u>

14. 5/2017 Harlem United <u>HCV Management and Treatment: Special Populations</u>

15. 5/2017 CUMC Transplant Lunch and Learn: <u>Portal Hypertension and Liver Transplantation</u>

PLAINTIFF'S EXHIBIT 1

16. 4/2017 Update in Hepatology/Westchester MD Group: HCV; What You Need to Know in 2017

17. 4/2017 West Midtown Medical Group HCV Management and Treatment: Overview and Discussion

18. 3/2017 Day-In-The-Gut Montefiore Medical Center: Update on NAFLD and NASH

19. 12/16 Update in GI/Hepatology/Clinical Nutrition NYP: HCV: Updates in Difficult to Treat Patients

20. 12/16 Westchester GI Grand Rounds: HCV Update 2016

21. 12/16 Westchester Heath GI Journal Club: Update on NAFLD

22. 10/16 Medicine Grand Rounds NYP-Hudson Valley: Hepatitis C Update 2016

23. 10/16 Asian Health Foundation, NYC: HCC Survillance and Therapy

24. 10/16 Charles B Wang Community Health Center, NYC HCV: What's New in 2016

25. 9/16 Robert Wood Johnson GI-Hepatobiliary Course: Evaluation of Abnormal Liver Tests

26. 9/16 Robert Wood Johnson GI-Hepatobiliary Course: Liver Mass Evaluation

27. 6/16 Westchester County Grand Rounds: HCV Update 2016

28. 6/16 American Medicaid Pharmacy Administrations Association: HCV: Update on Diagnosis and Therapy

29. 4/16 Washington Heights Medical Group HCV Screening and Linkage to Care

30. 4/16 Bronx HCV Task Force: Post Conference Update from EASL

31. 2/16 Columbia University Medical Center GI Grand Rounds: Controversies in HCV Management

32. 2/16 SUNY Downstate: GI Grand Rounds Chronic HCV Treatment Guidelines

33. 1/16 Harlem United: Chronic HCV Treatment Guidelines

34. 12/15 NYSGE: Update on HCV: cirrhosis, compensated and decompensated

35. 12/15 NYSGE: Are Challenging HCV Patients Still Challenging?

36. 12/15 Update in GI/Hepatology/Clinical Nutrition NYP: Challenging Viral Hepatitis Case Studies

37. 11/15 St John's Riverside Medical Grand Rounds Fatty Liver Disease; Update 2015

38. 10/15 St Barnabas Medical Center, Bronx NY Liver Transplantation; What the Internist Needs to Know

39. 8/15 ASGE: GI Fellows Course: Treatment of Hepatic Encephalopathy

40. 5/15 American College of Physicians; Boston, MA : HCV Therapy 2015

41. 4/15 Pri-Med Annual Conference Management of Hepatic Encephalopathy

42. 4/15 Medicine Grand Rounds; Jacobi Medica Center, Bronx NY HCV; Past, Present, and Future

43. 1/15 GI Grand Rounds Montefiore Medical Center: Management of HCV

44. 12/14 GI Grand Rounds: Lincoln Hospital: Mangement of Chronic HBV

45. 11/14 Bridgeport Hospital GI Grand Rounds: HCV: interferon free regimens

46. 11/14 Advanced Interventional Management Symposium : Complications of Liver Transplant

47. 11/14 Advanced Interventional Management Symposium : Managing the Difficult Post TIPS Pt

48. 9/14 Emerging Topics in GI and Hepatology, Methodist Hospital Houston, HBV Update 2014

49. 8/14 ASGE GI Fellows Course An Update on Hepatic Encephalopathy

50. 7/14 COPE Grand Rounds: HCV and Liver Transplantation

51. 6/14 GI Grand Rounds; Montefiore Medical Center: Update on NAFLD

PLAINTIFF'S EXHIBIT 1

Appendix A to PLAINTIFF'S DISCLOSURE OF EXPERT                           17

52. 6/14 Transplantation Grand Rounds; Montefiore Med Ctr <u>Renal Replacement Therapy and Liver Transplantation</u>

53. 6/14  GI & Liver Associates of the Americas Annual Meeting: <u>Hepatic Encephalopathy</u>

54. 6/14 Renal Replacement Therapy: Montefiore Medical Center: <u>RRT and Liver Transplantation</u>

55. 5/14 Infectious Disease Grand Rounds, Lincoln Hospital, Bronx, NY <u>Update on HBV</u>

56. 5/14 Hepatitis Management State of the Art: NYC 2014: <u>Stratify HCV Therapy</u>

57. 5/14 Medicine Grand Rounds: Wakefield Div Montefiore: <u>Liver Transplantation Update 2014</u>

58. 4/14 American College of Physicians National Meeting: <u>Update on Hepatic Encephalopathy</u>

59. 2/14 Medical Rounds: Montefiore Medical Center: <u>Acute Liver Failure</u>

60. 2/14 Transplantation Grand Rounds: Montefiore Med Ctr, <u>Management of Portal HTN</u>

61. 12/13 Liver Transplantation Grand Rounds, <u>Montefiore Med Ctr: HCV: what is new?</u>

62. 11/13 NS-LIJ Digestive Disease Symposium, <u>Management of HCC, 2013</u>

63. 11/13 Advanced Interventional Management Symposium NY, NY <u>Indications and Contraindications for Liver Transplantation in Patients with Malignancy</u>

64. 11/13 Emergency Medicine Grand Rounds, Montefiore: <u>Liver Transplantation Complications</u>

65. 10/13 Medicine Grand Rounds, Coney Island Hospital: <u>HCV, Past, Present, Future</u>

66. 10/13 Medicine Grand Rounds St Barnabas Medical Center Bronx: <u>Portal HTN</u>

67. 10/13 Medicine Grand Rounds Sound Shore Medical Center, NY: <u>Hepatic Encephalopathy</u>

68. 9/13 Surgery Grand Rounds, Montefiore Medical Center: <u>Management of Portal HTN</u>

69. 9/13 GI Grand Rounds Rutgers Medical School, Newark NJ: <u>Portal HTN Therapy</u>

70. 7/13 Primary Care Grand Rounds <u>Montefiore Medical Center: HBV for Primary Care</u>

71. 6/13 Medicine Grand Rounds Coney Island Hospital: <u>Management of Portal HTN</u>

72. 6/13 GI Grand Rounds: Bronx Lebanon Hospital: <u>HCV Management in Cirrhosis</u>

73. 6/13 SICU In-Service: Montefiore Medical Center <u>ELAD in Liver Failure</u>

74. 4/13 Gelfand Lecture: Rutgers University: <u>Liver Disease and Cirrhosis</u>

75. 4/13 Montefiore Primary Care Grand Rounds: <u>HCV for Primary Care</u>

76. 4/13 GI Grand Rounds Downstate Medical Center NY <u>Update on Hepatic Encephalopathy</u>

77. 3/13 Critical Care Grand Rounds Montefiore Medical Center <u>Liver Transplantation</u>

78. 1/13 Medicine Grand Rounds Montefiore Medical Center: <u>HCV Update 2013</u>

PLAINTIFF'S EXHIBIT 1

Paul J Gaglio, MD, FACP, AGAF, FAASLD
Professor of Medicine (in Surgery)
Director of Hepatology Outreach
Columbia University College of Physicians and Surgeons
Center for Liver Disease and Transplantation
NY Presbyterian Hospital- Columbia University Medical Center
622 West 168th Street, PH 14 Room 202F
New York, NY 10032
Phone: 212-305-8941
Fax: 212-305-4343
Email: pg2011@cumc.columbia.edu

**COLUMBIA UNIVERSITY**
*College of Physicians and Surgeons*

In affiliation with
**NewYork-Presbyterian Hospital**

# LEGAL FEES FOR PAUL J. GAGLIO, MD

| DESCRIPTION OF SERVICES | FEE |
| --- | --- |
| Retainer Fee (will be subtracted from bill) | $1,500 |
| Medical Record, Laboratory Liver Biopsy Review, Meetings | $500.00 per hour |
| Medical Exam | $2500 |
| Document preparation | $500.00 per hour |
| Phone calls/ e-mail | $300.00 per hour (75$ each 15 minutes) |
| Depositions (pre-payment for minimum 1 hour required) | $1500.00 per first hour $1,000.00 per any part additional hour |
| Court Testimony (local-no out of town travel) | $7500.00 per day |
| Court Testimony (travel required) | $10,000 per day |

Please feel free to contact me should you have any further questions or if I can be of assistance in any way.

Sincerely,

Paul J Gaglio, MD, FACP, AGAF, FAASLD
Director of Hepatology Outreach
Columbia University College of Physicians and Surgeons
Center for Liver Disease and Transplantation
NY Presbyterian Hospital- Columbia University Medical Center

PLAINTIFF'S EXHIBIT 2

**Virginia Department of Corrections**

**Guideline for Chronic Hepatitis C Diagnosis/Management**

I.    Introduction

This guideline reviews the diagnosis of Hepatitis C, the process for referring offenders who have been diagnosed with chronic Hepatitis C for curative treatment with Direct Acting Antiviral drugs and the monitoring of offenders who are not eligible for treatment as well those who have completed treatment. It does not address all aspects of the medical management of offenders with Chronic Active Hepatitis C and Cirrhosis. The Virginia Department of Corrections (VADOC) has an MOA with the VCU Medical Center Hepatology group to evaluate and provide medications for treatment with Direct Acting Antiviral drugs for Chronic Hepatitis C Infection.  Management of Hepatitis C takes place over telemedicine by a Nurse Practitioner employed at VCU Medical Center.  Requests for approval to refer for treatment should be sent by email to the Chief Physician.  A response will be sent by email indicating whether or not the offender is approved for referral.  Offenders with more advanced liver disease will be approved for treatment.  This will be determined by the AST Platelet Ratio Index (APRI) and/the Fib-4 score.  The formula for calculating the APRI and the Fib-4 score is given in section IV below. Offenders who have indeterminate APRI/FIB-4 results will require additional testing to determine severity of their liver disease.   The decision to initiate treatment will be based on HCV disease severity, demonstration of willingness to avoid at risk behavior, and having sufficient time remaining in the VADOC to complete the evaluation, treatment, and follow-up. A subset of offenders with decompensated cirrhosis who have controlled ascites and/ or controlled encephalopathy are eligible for treatment while offenders with more advanced decompensation are not eligible for treatment. See section IV for details on which offenders with decompensated cirrhosis are eligible for treatment.

When treatment is approved, it will take place at a facility with 24-hour Nursing staff so the medication can be given by Directly Observed Therapy.  Individuals who will undertake medication treatment will be transferred to one of these facilities for the duration of treatment.  Transfer should not be arranged until treatment has been approved/ or recommended by the consultant and the offender agrees to be treated. Once treatment has started, a medical hold should be placed so the offender will not transfer during treatment.

Information regarding medications and treatment regimens used to treat Hepatitis C are outlined in the American Association for the Study of Liver Disease (AASLD) Recommendations for Testing, Managing, and Treating Hepatitis C.

1

SA000917

PLAINTIFF'S EXHIBIT 2

II.    Diagnosis

    A.   Antibody Test—Testing for anti-HCV antibodies is the first screening test that should be done to evaluate for HCV Infection.

        1.   If this is negative then no further evaluation is needed except as noted in #2 and #3.

        2.   If the offender may have been exposed to Hepatitis C in the past 6 months, repeat HCV AB test in 6 months.

        3.   If the offender is Immune Compromised, check HCV RNA in addition to HCV Ab test.

    B.   HCV RNA Assay—this should be done if the HCV Antibody test is positive or if the patient has a reason for a false-negative antibody test such as immune compromise.  A Quantitative HCV RNA Assay should be performed as this is more sensitive than a qualitative assay.

    C.   Interpretation-

        1.   A positive anti-HCV AB test confirms prior exposure to the Hepatitis C virus. It does not confirm chronic infection.

        2.   A positive HCV RNA Assay confirms the presence of hepatitis C genetic material and confirms the presence of chronic infection.

        3.   A positive Antibody test with a negative HCV RNA Assay suggests prior infection that has cleared spontaneously or with prior treatment, or a false-positive antibody test. If a quantitative HCV RNA assay is undetectable the test should be repeated in 6 months to confirm absence of infection.

III.   Screening for Hepatitis C

Screening for Hepatitis C should be done by performing an anti-HVC Antibody test and should take place in the following circumstances:

    A.   At intake offender who are identified as having risk factors for Hepatitis C should have testing for anti-HCV Ab. Risk factors include:

        1.   History of IV Drug use or shared equipment (such as with intranasal use of illicit drugs)

        2.   HIV Virus Infection

        3.   Chronic Hepatitis B infection

        4.   Received donated blood transfusion prior to 1992

        5.   Received clotting factor prior to 1987

        6.   Liver disease is present

        7.   Offender reports history of blood exposure

        8.   Offender is on or has ever received hemodialysis

        9.   Tattoos or piercings in prison or other uncontrolled setting

        10.  Other clinical circumstances or laboratory findings judged by the treating physician to put the offender at risk for Hepatitis C Infection.

2

SA000918

PLAINTIFF'S EXHIBIT 2

    B. Offenders who report a history of Hepatitis C infection when documentation is not available.

    C. Offenders who are incidentally found to have elevated liver enzymes at intake or at others times during incarceration.

    D. Upon the offender's request when they present with risk factors as noted above.

IV. Inclusion Criteria for consideration of treatment

    A. HCV RNA positive

    B. Offenders who enter the VADOC already on treatment for Hepatitis C will be continued on treatment until it is determined that treatment should be discontinued for reasons outlined in this guideline. These offenders should be referred to the VCU Medical Center Hepatitis C Telemedicine Clinic for management.

    C. Referral for treatment based on AST Platelet Ratio Index and the Fib-4:**

       1. APRI $\geq$ 1.5 AND FIB-4 $\geq$ 3.25, then prioritize referral for treatment evaluation.

       2. If APRI $\geq$ 0.5 and < 1.5 OR FIB-4 $\geq$1.45 and < 3.25 (Indeterminate group)

         a. Refer Offender for FibroScan

         FibroScans can be scheduled as follows:

            1. Western Region facilities (Except Green Rock CC, Augusta CC, Cold Springs CC) contact Sue Yates, RN or Ernest Herald, RN at Pocahontas State Corr Center by calling (276) 945-2833.

            2. Central Region facilities (except Coffeewood CC) contact Gwen Buchanan at Dillwyn Correctional Center by calling (434) 505-3147.

            3. Eastern Region facilities contact one of the following:
Greensville Correctional Center: Contact Chris Moseley, XRay Tech at (434-602-3787
Haynesville Correctional Center: Contact Latia Garner, LPN at (804) 333-3577
St. Brides Correctional Center: Contact Crystal Allen, RN at (757) 421-6600

            4. Green Rock CC, Augusta CC, Coffeewood CC, Cold Springs CU: Schedule Fibro Scan at VCU Medical Center **Hepatology** by submitting a pre-registration.

        b. Interpretation of FibroScan results

         1. If the E(kPa) Median score on the FibroScan is $\geq$ 7.0 the offender should be referred to VCU Medical Center Telemedicine clinic for treatment evaluation. If that is the case, email the Chief Physician for approval to refer the offender. *

         2. If the E(kPa) Median Score is $\leq$ 7.0, treatment should be deferred and the offender should be monitored according to section XIII below.

         *VCU Hepatology is expanding the Hepatitis C Telemedicine Cline with an anticipated time of expansion to be in the Fall of 2018. Offenders with

3

SA000919

PLAINTIFF'S EXHIBIT 2

FibroScan E[KPa] score of 7.0 to 9.0 will be held until the clinic expands, at which time an approval will be sent for those offenders to be referred.

3. If APRI is < 0.5 AND FIB-4 is < 1.45, defer treatment and follow per section XII below.

4. Offenders with Decompensated Cirrhosis who satisfy the following criteria are eligible for treatment referral and should be referred to the Hepatitis C Telemedicine Clinic:

    a. Child-Turcotte-Pugh Class A or B ( See Below)

    b. MELD Score $\leq$ 12 (See Below)

5. Offenders with Decompensated Cirrhosis with Child-Turcotte-Pugh Class C or a MELD score >12 are not eligible for treatment. These offenders can be medically managed by the institutional provider or referred to VCU Hepatology clinic for medical management as deemed appropriate by the institutional provider.

D. Regardless of category in section IV.B. above, refer offender for consideration of treatment if there are other findings suggestive of advanced liver disease such as low albumin or Platelets, or elevated bilirubin or INR, or if there are extra-hepatic conditions that warrant treatment, such as symptomatic cryoglobulins, debilitating fatigue.

E. Offenders with at least 7 months remaining on their sentence at the time of treatment initiation. Offenders should be advised of this requirement. Those offenders who cannot be treated during incarceration and who are indigent and a Virginia resident, may be eligible for treatment at no cost through the Virginia Coordinated Care Program at VCU Medical Center. The contact number for this program is (804) 828-0966. Those offenders should be provided this number to call once they are released to find out if they are eligible for treatment through the program.

F. Offenders who have been treated and failed to have a sustained viral response are eligible for retreatment. They do not have to go back through the approved process.

G. Completion of the pre-treatment evaluation.

H. Offenders who are willing to adhere to a rigorous treatment regimen and demonstrate a willingness to abstain from high-risk behavior while incarcerated.

I. Offender should have shown good compliance with previously prescribed medication regimens. Offenders on chronic non-PRN medications should be considered in good compliance if they have taken 80% of the doses each month for 3 months prior to initiating the work up. They should remain in good compliance while waiting for the appointment.

J. Liver Transplant Recipients—these offenders should be referred to the VCU Medical Center Offender Hepatology clinic for evaluation and recommendations.

K. Offenders with HIV and/or chronic Hepatitis B co-infection will be evaluated and approved for referral using the same criteria as offenders without co-infection. Offenders co-infected with Chronic Active Hepatitis B may require treatment for that

4

SA000920

PLAINTIFF'S EXHIBIT 2

condition as well and if that is the case, will be referred to the Hepatology clinic for management.

L. **Once an offender has been approved for referral to the VCU Hepatitis Telemedicine Clinic, they should be referred for a Liver Ultrasound to screen for Hepatocellular Carcinoma.** The ultrasound report should be forwarded to VCU Telemedicine Coordinator to be placed with the offenders file.

**Calculation of the APRI:

$$(AST \div ULN) \; x \; 100 \div \left(Platelet \; Count \; x \frac{10^3}{uL} \div 1000\right)$$

**Calculation of FIB-4:

(Age X AST) $\div$ [(Platelet count x $10^3$/uL $\div$ 1000) X Sq Root of ALT]

Note that FIB-4 Calculator can be found online at:
http://www.hepatitisc.uw.edu/page/clinical-calculators/fib-4

MELD Calculator can be found online at:
http://www.mdcalc.com/meld-score-model-for-end-stage-liver-disease-12-and-older/

## Child-Turcotte-Pugh (CTP) Calculator

This calculator is used for the classification of the severity of cirrhosis.

| | Points* | | |
|---|---|---|---|
| | 1 | 2 | 3 |
| Encephalopathy | None | Grade 1-2 (or precipitant-induced) | Grade 3-4 (or chronic) |
| Ascites | None | Mild/Moderate (diuretic-responsive) | Severe (diuretic-refractory) |
| Bilirubin (mg/dL) | <2 | 2-3 | >3 |
| Albumin (g/dL) | >3.5 | 2.8-3.5 | <2.8 |
| PT (sec prolonged) or INR | <4 / <1.7 | 4-6 / 1.7-2.3 | >6 / >2.3 |

**CTP class (add score for each parameter):**
A= 5-6 points
B= 7-9 points
C= 10-15points

V.      Exclusion criteria

5

SA000921

PLAINTIFF'S EXHIBIT 2

A. Less than 7 months remaining on sentence at the time of treatment initiation. Parole eligibility doesn't exclude an offender from treatment consideration on the basis of this criteria.

B. Founded charges during incarceration for the past 2 years, or documented use of alcohol or illegal injection drugs or other illegal substances known to contribute to progression of liver disease. These will be evaluated case-by-case by the Chief Physician.

C. Founded charges for tattoos (intradermal), or offender self-reporting of new tattoos, or medical documentation of new tattoos, in the past 2 years during incarceration to be determined case-by-case by the Chief Physician.

D. For offenders who have founded charges under B and C above this information should be placed on the Hepatitis C Referral Request Form and the form sent to the VADOC Chief Physician for review.

E. APRI < 0.5 AND FIB-4 < 1.45 without significant extra-hepatic conditions associated with HCV.
   **Note that parole eligibility is not an exclusion**

VI.   Initial Laboratory Evaluation
A. CBC
B. CMP
C. PT/INR
D. Anti-HIV
E. Quantitative HCV RNA(Viral Load)
F. HCV Genotype
G. HgbA1C, if diabetic
H. Serum Pregnancy Test in women
I. Anti-HAV total, HBsAg, HBsAb, and HBcAb(IgG) if not done with original hepatitis screening.
J. Consider testing for other liver conditions as appropriate (ANA, ASMA, A1AT, Iron Panel and Serum Ferritin, ceruloplasmin).
K. Liver ultrasound to screen for Hepatocellular Carcinoma. This should be done once the offender has been approved for referral.

VII.   Prior to Initiating Treatment(after treatment recommended by the Hepatitis C Telemedicine Clinic Nurse Practitioner)
A. Offender should be transferred to a facility with 24-hour Nursing for Directly Observed Therapy. A medical hold should be placed on the offender once they are at the facility where they will be treated. The hold can be cancelled once treatment is complete.
B. Hepatitis A and Hepatitis B Vaccines
   1. All Hepatitis C RNA positive offenders should be offered Hepatitis A and Hepatitis B Vaccine if not immune.
   2. Hepatitis A Vaccine and Hepatitis B Vaccine should be administered and immunization documented as outlined in the Virginia Department of Corrections

6

SA000922

PLAINTIFF'S EXHIBIT 2

Standard Treatment Guideline for Hepatitis A(HAV) Immunization and Treatment, and the Standard Treatment Guideline for Hepatitis B(HBV) Immunization and Treatment, respectively.

C. Make sure Hepatitis C Treatment Consent form is signed by **all** offenders (**Attachment 3**).

VIII. Monitor at the Facility During Treatment

A. Follow regularly in clinic to ensure compliance, monitor adverse events and potential drug interactions with new prescriptions.

B. Any non-compliance with treatment should be reported to the Nurse Practitioner at the Hep C Telemed Clinic. The Nurse Practitioner is Reena Cherian, and she can be reached at (804) 828-9663.

C. Make sure all labs are ordered as instructed by the Nurse Practitioner at the VCU Hepatitis C Telemedicine Clinic. The timing of drawing labs should coincide with the start date of the medication and not with the date of the clinic appointment.

D. Consider ordering the medication to be given in the morning or in the evening based on offender preference to improve compliance.

E. Whenever there are medication doses leftover at the end of treatment (due to non-compliance or other reason) continue the medication until all doses are taken, unless otherwise instructed by the Nurse Practitioner in the Hep C Telemed Clinic.

IX. Request for Approval to Refer for treatment—Fax or email the following information to the VADOC Chief Physician, [fax #(804)674-3551]:

A. All lab results as listed in section V.  Pretreatment Labs(performed within the previous 12 weeks). If any requested labs are omitted the request will not be processed. Submit lab results to the Chief Physician using the Hepatitis C Treatment Worksheet (**Attachment 3**)

B. A completed Hepatitis C Referral Request form.  (**See Attachment 1**)

C. FibroScan report if done

D. A response to the request will be sent by email.

X. Discontinuation of Treatment

A. The decision to discontinue treatment will generally be made by the VCU HepC Telemed Nurse Practitioner and treatment should not be discontinued without first discussing with the VCU Hep C Telemedicine Clinic Nurse Practitioner. (Reena Cherian at (804) 828-9663.)

B. Reasons to discontinue treatment:

1. A $\geq$10-fold increase in ALT at week 4 or beyond of treatment. Call VCU Hepatitis C Telemedicine Nurse Practitioner right away to discuss.

2. Any increase in ALT of <10-fold at week 4 if accompanied by any weakness, nausea, vomiting, jaundice or by an increased bilirubin, Alkaline Phosphatase, or PT/INR.

7

SA000923

PLAINTIFF'S EXHIBIT 2

3. NON-RESPONSE to treatment:

If the quantitative HCV RNA is detectable at week 4 this should be repeated in 2 weeks.  If quantitative HCV RNA has increased by >10-fold(>1 $\log_{10}$IU/mL) on repeat at 6 weeks or later, treatment should be discontinued due to treatment failure.  If there is a <10-fold increase in HCV RNA at week 6, do not stop treatment but repeat HCV RNA in another 2 weeks.  If there is a <10-fold increase in HCV RNA at week 6 or week 8, do not discontinue treatment.

4. If a new tattoo appears or offender receives a founded tattoo charge.

5. If a positive drug screen is reported.

6. If a blood alcohol test is positive.

7. If an offender on Hepatitis C treatment has a founded charge for tattoos, drug or alcohol use, before discontinuing treatment, this must be discussed with the Chief Physician.  Decisions regarding discontinuation of treatment in these circumstances will be made on a case-by-case basis with discussion between the treating Institutional Physician the VADOC Chief Physician, and the VCU Hepatitis C Telemedicine Clinic  Nurse Practitioner.

8. If offender demonstrates non-compliance with medication.

XI.    Monitoring Offenders Who are not a Candidate for Treatment due to low APRI and Fib-4 Scores

A. Most offenders who are not eligible for treatment can be monitored once per year.

B. Offenders with co-infected HIV or other immunocompromised condition, or Hepatitis B, or with Genotype 3 disease, should be monitored every 6 months.

C. Monitoring should include clinical evaluation and CMP, CBC, PT/INR and calculation of APRI and FIB-4.  Refer for treatment as indicated if disease progresses.

D. For offenders who fall into and remain in the indeterminate group (section IV.C.2 on page 2) a FibroScan should be done every 3 years even if other labs do not suggest disease progression.

XII.    Monitoring Offenders Who Have Been Treated With or Without a Sustained Viral Response or are not eligible for treatment due to MELD score >12 or CTP class C(Offenders with more advanced disease)

A.    These offenders can be followed at their facility by placing them in Chronic Care Clinic or by scheduling them for regular follow-up visits as would occur in a community setting(at the discretion of the treating Provider).  **Do not refer offenders to VCU Hepatology for follow-up after treatment as a matter of routine.**  Unless an offender has difficult to manage decompensated cirrhosis, they do not need to be referred to VCU Hepatology or the Hepatitis C Telemed clinic for disease surveillance after treatment is complete.  At the discretion of the Institutional Provider, they can be referred to VCU Hepatology clinic if felt to have complications that require specialist care, or the Institutional Provider is not comfortable managing the case.

B. Routine Surveillance

1. Yearly CMP, CBC, PT/INR

8

PLAINTIFF'S EXHIBIT 2

 2.   Hepatocellular Carcinoma Screening/Surveillance
       a.   Liver Ultrasound every six(6) months to screen for Hepatocellular Carcinoma
             for offenders with bridging fibrosis(F3) or worse.
       b.   The VADOC is not using Alpha-Fetoprotein to screen for HCC>
 3.   Esophageal Varices(EV) Screening/Surveillance
       a.   Screening and surveillance for EV is done with Upper Endoscopy(EGD)
       b.   Upper Endoscopy should be done every three(3) years for offenders with a FibroScan
             E[kPa] score > 20 or a Platelet count <150k.  Offenders with these parameters are at
             increased risk for varices.
       c.   Offenders with a FibroScan E[kPa} score <20, a Platelet count >150, and who have a
             Sustained Viral Response after treatment, do not require surveillance for Esophageal
             Varices.
       d.   All offenders with decompensated cirrhosis should undergo screening for EV.
       e.   Offenders who have been placed on Beta-blocker for bleeding prophylaxis do not need
             to continue surveillance with EGD.
       f.   Follow-up Surveillance for EV
             1.   Offenders with Sustained Viral Response(SVR) after treatment and who have a
                   FibroScan E{kPa] score > 20 or a Platelet count <150, should have a follow-up EGD
                   as follows:
                   --No varices on initial screening repeat EGD every three years.
                    --Small varices(with no red signs) on initial screening repeat EGD
                      every two years.
             2.   Offenders without SVR and no varices should have a follow-up EGD every two years.
             3.   Offenders without SVR and small varices(with no red signs) should have follow-up
                   EGD yearly.
             4.   Offenders with decompensated cirrhosis should have a follow-up EGD yearly(if not
                   on bleeding prophylaxis with B-blocker).
 C.  Prophylaxis for Variceal Bleeding—Offenders with the following findings should be placed on
      variceal bleeding prophylaxis with a non-selective Beta-blocker(Propranolol, Nadolol):
      1.   Small varices with red signs
      2.   Medium varices
      3.   Child Class B or C Cirrhosis
      4.   Start with a low dose(Propranolol 20mg BID or Nadolol 40mg per day) and titrate up to a
            target heart rate of 55-60 beats/min, as tolerated.  A lower starting dose may be necessary
            if intolerant.
      5.   Offenders with Large Esophageal Varices should be referred to Hepatology to be evaluated
            for Esophageal Variceal Ligation.
      6.   If there is a question about how to manage an offender with documented varices, if a case is
            complicated by bronchoconstriction, Congestive Heart Failure, or Refractory Ascites, or if
            pulse rate does not drop with B-blocker, or B-blocker cannot be tolerated due to
            hypotension, refer offender to Hepatology for recommendations.

9

SA000925

PLAINTIFF'S EXHIBIT 2

XIII.   Work Assignments
   a.   Those who test positive for HCV have no work restrictions.


*Signature on file*

Mark Amonette, MD Chief Physician

Revised 06/16

Revised 6/17

Revised 5/18


REFERENCES

American Association for the Study of Liver diseases and the Infectious Diseases Society of America.  2015

CDC: Hepatitis C Information on Testing & Diagnosis.  www.cdc.gov/hepatitis
   October 2013

FDA Drug Safety Communication: FDA warns about risk of Hepatitis B reactivating in some patients treated with direct acting antivirals for Hepatitis C

https://www.fda.gov/drug/drugsafety/ucm522932.htm


Interim Guidance for the Management of Chronic Hepatitis C Infection.

Federal Bureau of Prisons, Clinical Practice Guideline.  June 2014.

http://www.bop.gov/resources/health_care_mngmt.jsp.


Medication Adherence: WHO CARES?

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3068890/


Recommendations for Testing, Managing, and Treating Hepatitis C.  At

10

SA000926

PLAINTIFF'S EXHIBIT 2

http://www.hcvguidelines.org/.

Colombo, Massimo, MD, Author. Prevention of Hepatocellular carcinoma and recommendation for surveillance in adults with chronic liver disease. In UpToDate. Last Updated: May 30, 2017.

Sanyal, Arun J, MD, Author. Primary and pre-primary prophylaxis against variceal hemorrhage in patients with cirrhosis. In UpToDate. Last Updated: Jan 04, 2018.

Standard Treatment Guideline, Hepatitis C. Commonwealth of Virginia, Department of Corrections. February 18, 2004.

Attachment 1

11

SA000927

PLAINTIFF'S EXHIBIT 2

### Hepatitis C Referral Request

| Offender Name | DOB | DOC ID# | Date |
|---|---|---|---|

|  |  | YES | NO | N/A |
|---|---|---|---|---|
| 1. | Does the offender have a least 9 months remaining on his/her sentence? | ___ | ___ | |
| 2. | Has the offender received a charge for use of alcohol or illegal drugs in the past 2 years? | ___ | ___ | |
| 3. | Has the offender received a charge for tattoos in the past 2 years? | ___ | ___ | |
| 4. | Does the offender have clinical signs/symptoms of decompensated Cirrhosis (Ascites, Encephalopathy, Esophageal Varices)? | ___ | ___ | |
| 5. | If "yes" to # 4, What is the offenders Child-Turcotte-Pugh Class And MELD score | _____ | | |
| 6. | Is the offender pregnant? | ___ | ___ | ___ |
| 7. | What is the APRI Score?[(AST÷ULN) x 100÷(Plt Ct x 10³/uL÷ 1000)] | _____ | | |
| 8. | What is the FIB-4 Score? (Age x AST) ÷ [(Plt count x 10³/uL ÷ 1000) x Sq Rt of ALT] | _____ | | |
| 9. | Does the offender have an uncontrolled major illness (eg. HTN, DM, CAD, CHF, Asthma, COPD, Thyroid Ds or other)? Specify:_____ | | | |
| 10. | Has the offender been compliant with previously prescribed medications? | ___ | ___ | |
| 11. | List any other medical conditions the offender has: _____ _____ _____ | | | |

Fax or email this completed form along with the following labs to the VADOC Medical Director [fax# (804)674-3551]: CBC, CMP, PT/INR, HIV, HCV Viral Load, HCV Genotype, and Calculated GFR. If Genotype 3 include: TSH, HgbA1C. Any omitted information will constitute an incomplete request which will not be processed.

| | | |
|---|---|---|
| Person completing form (print) | Facility | Contact Phone # |

**Attachment 3**

12

SA000928

PLAINTIFF'S EXHIBIT 2

Attachment 2

(2 pages)

## Hepatitis C Treatment Consent

**Patient Initial each:**

___1. I understand that treatment may be of no benefit and may not get rid of my Hepatitis C infection.

___2. I understand that my medication treatment may be different than the treatment of another offender and will be determined by specific circumstances related to my infection(such as Genotype, presence of cirrhosis, past treatment history).

___3. I understand that if my labs during treatment indicate that I am not responding to treatment or if I have certain abnormal labs, my treatment may be stopped early.

___4. I understand that I will require regular blood work to be drawn during treatment to monitor side effects or response to treatment and that I need to cooperate with having blood drawn. Also, that failure to cooperate with having blood work done may result in discontinuation of treatment.

___5. I understand that I must not become pregnant or attempt to impregnate my partner during my Hepatitis C antiviral treatment or for 6 months after stopping treatment. Also, that I must use two forms of birth control during heterosexual activity while taking the medication and for 6 months after the medication is stopped. Ribavirin can cause fetal abnormalities and death.

___6. I understand that my failure to comply with the medication, blood testing, or regular appointments may result in my provider stopping the medication treatment.

___7. I understand that drinking alcohol is forbidden and causes injury to the liver.

___8. I understand that I must not be involved in any activity that may transmit the Hepatitis C virus including tattooing, sexual activity in prison, IV drug use, intranasal drug use. Being involved in any of these activities may result in loss of eligibility for treatment or stopping treatment that has been started.

___9. I understand that I may be required to undergo random blood or urine testing for illegal substances and that a positive test may result in stopping, or loss of eligibility to take the Hepatitis C medications.

___10. I understand that completion of this agreement does not guarantee that I will be approved for Hepatitis C treatment.

___11. My initials above and signature below signify my understanding of /and agreement to comply with the requirements. I understand that failure to comply with the requirements may result in loss of eligibility for treatment or in discontinuation of treatment already in progress.

___12. I understand that if I am not at a 24-hour Nursing facility I will have to be transferred to a 24-hour facility while I am taking medication for Hepatitis C.

13

SA000929

PLAINTIFF'S EXHIBIT 2

Attachment 2 (cont.)

____13. I understand that if I take treatment and am cured of my Hepatitis C infection, this will **not** protect me from becoming re-infected if I participate in risky behavior such as IV drug use, getting tattoos, or having sex with an infected person.

____14. I understand that if I have Hepatitis B infection there have been reports of reactivation of Hepatitis B during antiviral treatment for Hepatitis C, including cases of Fatal Fulminant Hepatitis.

____15. I understand that I need to have at least 9 months remaining on my time in the Virginia Department of Corrections at the time I start taking medication for Hepatitis C in order to be eligible for treatment. This is because there needs to be adequate time to take the treatment and to be followed-up after treatment. Therefore, if I have less than 2 years left on my sentence there may not be adequate time to complete the evaluation and schedule an appointment to meet the 9 month deadline.

Patient Name _____     Clinician Name _____

Signature _____ Date_____     Signature _____ Date_____

14

SA000930

PLAINTIFF'S EXHIBIT 2

Attachment 3

## Hepatitis C Treatment Worksheet

1. Name: _____ DOC#: _____ DOB: _____

2. DOI: _____ DOR: _____ Less than 9 months left in VADOC: Y  N

3. Date diagnosed: _____ Previous HCV Treatment  Y  N  Date: _____
   Type:  Interferon   Pre-Intro/Ribovarin

4. HCV Genotype: _____ HCV Viral Load: _____ Date: _____

5. APRI: _____ Date: _____ Note: <5(No Fibrosis);>1.5(Cirrhosis); 0.5-1.5(Progressive Fibrosis)

6. Fib-4 Score: _____

7. WBC: _____ Hgb: _____ Hct: _____ Plt: ____PT: _____ INR: _____ Date: _____

8. AST: _____ ALT: _____ ALKPHOS: _____ T.Bili: _____ Albumin: _____ Date: _____

9. AFP: _____ ANA: _____ Transferrin: _____ HBA1C(diabetic): _____ Date _____

10. BUN: _____CREAT: _____ GFR: _____ Na: ____K: _____ Amylase: _____Date: _____

11. HIV: _____Anti-HAVIgG: _____ HBsAg: _____ HBsAB: _____ Date: _____

12. Medical History (Circle all that apply) DM  HTN  CAD  CHF  COPD  Asthma HBV  HIV  Cancer
    Kidney Dz   Thyroid

13. Medical History(write in additional: _____

14. Mental Health Diagnosis: _____ Code: _____
    _____

15. HAV Vaccine  Y / N    HBV Vaccine   Y / N

16. HCV Treatment Consent Form Signed Y / N

17. Prepared by: _____ Date: _____

18. Fax to VADOC Medical Directory-Dr. Amonette at (804) 674-3551   Date: _____

   **APRI Calculator (AST/ULN=X; X/PLT=Y; Y x 100=APRI)

SA000931

PLAINTIFF'S EXHIBIT 4

To:   Diane Landauer, MD

From:  Mark Amonette, MD

Re.:   Terry Riggleman

      DOC#1000538

Date:   11/8/16

After review of the information provided it is determined that the above offender does not meet the criteria for Hepatitis C treatment at this time and is therefore not approved for referral to the VCU Hepatitis C Telemedicine Clinic.   The offender should be monitored according to the VADOC Interim Guideline for Chronic Hepatitis C Infection Management.  This includes a clinical evaluation as well as checking a CMP, CBC, PT/INR, and calculating the APRI and FIB-4.  This should be done every 6 months for offenders co-infected with HIV(all genotypes) and offenders with Genotype 3 disease, and annually for offenders with all other Genotypes.  If lab values(Plt or INR), the FIB-4 or the APRI score suggest disease progression, then a request should be resubmitted for treatment approval.

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT CORRECTIONS

**Offender Grievance Response - Level II**

866.1

DOC Location: C00 Central Office, Administration
Report generated by HR
Report run on 01/20/2017 at 2:49 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Riggleman, Terry A | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00632 |
| Housing | | Filed | Augusta Correctional Center | |
| N-4-30-T | | | | |

**LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE** (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that you did not receive your medication refill at the pill window on 12/03/16 or on 12/05/16.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED.** As you were advised, it is reported that your issue was resolved during the informal process when you received your Neurontin medication on 12/06/16. This issue is governed by **restricted policy.**

If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan. You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level. In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.

Regional Director, Health Services Director, or Chief of Operations for Offender Management Services

Date 1/20/17

JAN 27 '17

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1 A
DOC Location: C00 Central Office, Administration
Report generated by HR
Report run on 01/20/2017 at 2:49 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00632 |
| **Housing** | | | Filed | Augusta Correctional Center | |
| N-4-30-T | | | | | |

**LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)**

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that you did not receive your medication refill at the pill window on 12/03/16 or on 12/05/16.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. As you were advised, it is reported that your issue was resolved during the informal process when you received your Neurontin medication on 12/06/16. This issue is governed by **restricted policy.**

**If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level. **In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| | |
|---|---|
| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | 1/20/17 Date |

JAN 27 2017

SA000455

PLAINTIFFS EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6
DOC Location: ACC Augusta Correctional Center
Report generated by Frady, J D
Report run on 01/11/2017 at 8:43 AM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00632 |
| Housing | | | Filed | Augusta Correctional Center | |
| N-4-30-T | | | | | |

LEVEL I:   WARDEN/SUPERINTENDENT'S RESPONSE   (To be completed and mailed within 30 calendar days)
Grievance Summary: You state that between 12/3/16 and 12/6/16 medical did not have your pain medication. You state that there is no medical reason why there should be a 3 1/2 day delay between the 1st 30 day and the 2nd 30 day supply of a 90 day prescription. You state that the system is designed to make sure this does not happen. You claim that per OP 720.1, page 2, section 1, "the continuity of health care including the continuity of medication shall be available from admission to discharge." You state that a 3 1/2 day gap in the 1st 30 day and the 2nd 30 day supply is not continuity of medication. You state that in OP 720.1, page 2, section 5, it states "offenders have unimpeded access to health care, including but not limited to adequate pain management for acute and chronic care conditions". You claim that this medication was for acute sciatic pain and you informed medical twice per Emergency Grievances, that you were in pain due to lack of medication. You state that the pill dist. network in med. is computerized and the pill cards are designed to let you know when they are close to running out, there is no medical reason for this delay. You want to see a specialist for your back/sciatic nerve problem. You state that obviously the medical department here is incompetent to the point they cant even order medications properly, so we know there diagnosis and treatment abilities are very much in question. You want this issue remedied.

Informal Summary: RN Shipp states, Gabapentin (Neurontin) just needed to be refilled. The current order is good until 2/1/17, when another non-formulary approval would need to be submitted. The refill request was submitted on 12/3/16 (Saturday). It was shipped on the 5th and arrived the 6th.

Investigation: Per RN Shipp, your Gabapentin was profiled when it was reordered and arrived the next evening. You have been seen, evaluated and treated by the medical staff here at Augusta Correctional Center. Your medication was ordered in accordance with medical policy and procedure and arrived at ACC on 12/6/16.  No violation of policy or procedure has been found.

Procedure: This matter is governed by Operating Procedure 720.5.

Based on the information above your Grievance is deemed UNFOUNDED.

**RECEIVED**

JAN 1 7 2017

OFFICE OF HEALTH SERVICES

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA  23261-6963

| Warden/Superintendent   *J A Woods* | Date  1/11/17 |
|---|---|

I wish to appeal the Level I response because: perop 720.1 pg 2 sectioN.1. The continuity of health care, including the continuity of medication shall be made aivalable. from admission to discharge." There should Not have been a 3½ day delay between the 1ˢᵗ 30 days and the 2ⁿᵈ 30 days of a 90 day prescription. There is no medical reasoN for this delay again.

| Offender Signature  *Terry Riggleman* | Date  1-11-17 |
|---|---|

Page 1 of 1                    Rev. 05/31/2007

SA000456

PLAINTIFFS EXHIBIT 5

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

## REGULAR GRIEVANCE

Log Number: Acc16Reg00632

| Riggleman | Terry | 1000538 | N-4 | 30 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) Between 12-3-16(mon) and 12-6-16(tve) Medical did Not have my pain med. There is No medical reason why there should be a 3½ day delay between the 1st 3-day and the 2nd 30 day supply prescription of a 90 day prescription. The system is designed (refill Notice on pill card via sticker) to make sure this does Not happen. Per op 720.1 pg 2 section 1. "The continuity of health care including the continuity of medication shall be available from admission to discharge." A 3½ day gap in the 1st 30 day and 2nd 30 day supply is Not Continuity of medication. See Also op 720.1 pg 2 section 5. "Offenders have Unimpeded access to health care, including but Not limited to Adequate pain Management for acute and chronic conditions." This medication was for Acute sciatic pain. I informed med. twice per Emg. Griev (attached) that I was in pain due to lack of med. The pill dist. Network in med. is computerized and the pill cards are designed to let you Know when they are close to running out. There is No medical reason for this delay. (Informal complaint Attached) (2 Emg Griev. Attached)

**What action do you want taken?** I want to see a specialist for my back/sciatic Nerve problem. Obviously the med. department here is incompetent to the point they can't even order meds properly so we Know their diagnosis and treatment abilities are very much in question. I want this issue remedied.

Grievant's Signature: Terry Riggleman          Date: 12-17-16

Warden/Superintendent's Office: _____

Date Received: _____

1 of 2                                    Revision Date: 1/14/13

SA000457

PLAINTIFF'S EXHIBIT 5



**VIRGINIA DEPARTMENT OF CORRECTIONS**
Informal Complaint

DEC 05 2016
Effective Date: July 1, 2013
Operating Procedure 866.1    Attachment 2

RECEIVED
DEC... 2016
...AL

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| *Terry Riggleman* | *1000538* | *N-4-30* |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor   ☐ Food Service   ☐ Treatment Program Supervisor
☐ Personal Property   ☐ Commissary   ☐ Mailroom
☑ Medical Administrator   ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific): *The evening of Dec. 3rd I went to get my medication at the pill window and was told "it had to be re-ordered and would be here on Mon. Dec 5th. I filed an emergency Grievance (Attached) because of problems I've expressed to the Dr. that occur when I miss doses of this type of med. As you can see I was given the run-around. On Mon. 5th my med. was still not here so I filed another Emerg. Griev (Attached) was given same type of run-around. My complaint is that being that I am only 30 days into a 90 day prescription there shouldn't be a gap in my medication. A 3½ day delay is unacceptable and shows gross negligence and deliberate indifference towards my serious medical needs. This type of med. should not be skipped.*

Offender Signature *Terry Riggleman*     Date *12-6-16*

### Offenders - Do Not Write Below This Line

Date Received: *12/8/16*     Tracking # *ACC16 INFO 3680*
Response Due: *12/18/16*     Assigned to: *Medical*
Action Taken/Response:
*Gabapentin (Neurontin) just needed to be refilled. The current order is good until 2/1/17 - when another non-formulary approval would need to be submitted. The refill request was submitted 12/3 (Saturday) it was shipped on the 5th & arrive the 6th*

Respondent Signature *E Shipp RN*     Printed Name and Title *E. Shipp RN*     Date *12/12/16*

### WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____     Date: DEC 20 2016

Staff Witness Signature: _____     Date: _____

*Revision Date: 4/9/13*

SA000463

PLAINTIFF'S EXHIBIT 5

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Emergency Grievance 866_P4_4-16

## Emergency Grievance     Log # _08532_

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

| Riggleman | Terry | 1000538 | A.C.C | N-4-30 |
|---|---|---|---|---|
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

### PART A- OFFENDER CLAIM

What is the emergency? At evening pill call medical did not have my medication. This is a 90 day prescription and I am only 30 days into it so there is No excuse for a delay in ordering it. I've already expressed my concerns previously to the Dr. about how missing doses of this medication makes me feel weird also the medication is for pain so I will have to hurt untill the ones that were ordered come in. I know there are some in the Pharmacy that I can be Given.

| 12-3-16     5:33 p.m | Terry Riggleman    1000538 |
|---|---|
| Date/Time | Offender Signature and Number |

### PART B- STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

[✓] Your grievance does not meet the definition for an emergency. Action Taken/Recommended:

[ ] Submit Informal Complaint          [ ] Evaluated by Medical: Date Seen _____
[ ] Submit Sick Call Request           [ ] Send an Offender Request To: _____
[ ] Submit Request to Dental           [ ] Other (Provide detailed explanation below)

Your medication has been ordered. We do not have gaba-pentin in "back up", and the cards we have in pharmacy are specific for each offender. It is illegal to give you

[ ] Your grievance has been determined to be an emergency and the following action has been taken:
[ ] Sent to Hospital: Date Transported _____          [ ] Other (Provide detailed explanation below)

their medication. You may address your concerns with the Pharmacy manager on monday.

| 12-3-16   1815 | J.Pullen LPN | J.Pullen LPN |
|---|---|---|
| Date/Time | Respondent Signature | Name/Title Printed |

[ ] **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified |

Alleged sexual abuse or sexual harassment [ ]   Will be referred for Investigation   DEC 20 2016

Determination by: _____

| | | |
|---|---|---|
| Signature | Name/Title Printed | Date/Time |

SA000464

PLAINTIFF'S EXHIBIT 5



 **VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Emergency Grievance 866_F4_4-16

## Emergency Grievance      Log # __08546__

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

| Riggleman | Terry | 1000538 | A.C.C | N-4-30 |
|---|---|---|---|---|
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

### PART A- OFFENDER CLAIM

What is the emergency? Havent had my meds since the morning of 12-3-16. Was told there was a state and they were re-ordered and would be here today. I am only 30 days into a 70 day prescription so there shouldn't be a delay in medication. I am in pain my foot and leg feel like they are on fire. I was told both times mor-eve today that med. is still not here. This shows deliberate indifference and gross negligence towards my serious medical needs.

| 12-5-16        5:10 pm | Terry Riggleman    1000538 |
|---|---|
| Date/Time | Offender Signature and Number |

### PART B- STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

[✓] Your grievance does not meet the definition for an emergency. Action Taken/Recommended:

[ ] Submit Informal Complaint          [ ] Evaluated by Medical: Date Seen _____
[ ] Submit Sick Call Request            [ ] Send an Offender Request To: _____
[ ] Submit Request to Dental            [ ] Other (Provide detailed explanation below)

Medication is on order will contact ~~once~~ you once medication arrived.

[ ] Your grievance has been determined to be an emergency and the following action has been taken:
[ ] Sent to Hospital: Date Transported _____    [ ] Other (Provide detailed explanation below)

| 12/5/2016  6³⁰ | W. Corum LPN | W. Corum LPN |
|---|---|---|
| Date/Time | Respondent Signature | Name/Title Printed |

[ ] **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment    [ ] Will be referred for Investigation

DEC 20 2016
GRIEVANCE OFFICE

Determination by: _____
| | Signature | Name/Title Printed | Date/Time |

Distribution:  Original Grievance returned to Offender, Copy forwarded to Institutional Ombudsman/Grievance Coordinator

SA000465

PLAINTIFF'S EXHIBIT 5

 VIRGINIA DEPARTME___ OF CORRECTIONS

**Offender Grievance Response - Level II**

86___ __7
DOC Location: C00 Central Office, Administration
Report generated by Ray, H C
Report run on 06/29/2016 at 2:26 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | **Current** | Augusta Correctional Center | ACC-16-REG-00341 |
| **Housing** | | | **Filed** | Augusta Correctional Center | |
| N-4-30-T | | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that Dr. Landauer is prescribing you the same ineffective treatment for your chronic sciatic nerve pain.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED.** **Be advised that this is a repetitive issue. Please see level II grievance #00044. This issue is governed by restricted policy.**

If you have any further issues, please resubmit a sick call request for further evaluation of your nerve pain and treatment plan. You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

**In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date 6/30/16 |
|---|---|

RECEIVED
JUL 11 2016
GRIEVANCE OFFICE

SA000473

PLAINTIFFS EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

1 A-6
DOC Location: ACC Augusta Correctional Center
Report generated by Frady, J D
Report run on 06/20/2016 at 2:44 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Riggleman, Terry A | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00341 |
| Housing | | Filed | Augusta Correctional Center | |
| N-4-30-T | | | | |

**LEVEL I:    WARDEN/SUPERINTENDENT'S RESPONSE**     (To be completed and mailed within 30 calendar days)

Grievance Summary: You state that Dr. Landauer is being deliberately indifferent and committing gross negligence towards your chronic leg/back pain. You claim to have been in medical relentlessly for the past 17 months due the nonstop pain. You state that you cannot sleep properly and the pain is wearing you down. You state that you told the doctor this but she continues to order the same types of treatments (i.e. steroids, anti-inflammatory, heating packs, muscle relaxers), which you claim is not helping and you have informed the doctor of this. You state the new anti-inflammatory she prescribed on 5/23/16 is not working either, as a matter of fact the pain is getting worse. You claim that the sick call process is not going to work if you continue to get inadequate treatment. You want to see someone who is qualified to properly asses and treat your pain and sciatic nerve problems.

Informal Summary: RN Shipp states, you saw Dr. Landauer on 5/23/16. She did prescribe a different anti-inflammatory but only 2-3 days, from the time you saw Dr. Landauer and when you wrote this complaint, is not enough time to determine if the medication works.

Investigation: Per RN Shipp, before an outside appointment can be approved and scheduled, the doctor needs to try different treatments and approaches. You have been seen, evaluated and treated in accordance with policy. There has been no evidence found to support your allegations that Dr. Landauer is indifferent to your medical needs.

Procedure: This matter is governed by Operating Procedure 720.1.

Based on the information above your Grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA  23261-6963

| Warden/Superintendent _JACooda~_ | Date 6/21/16 |
|---|---|

I wish to appeal the Level I response because: It takes 2to3 days at least to get New prescribed medication then medical expects us to try it for 30 days before they will change to something different or Just give us the runaround. If I do that then I can't grieve the issue because I only have 30 days to grieve an issue. Today is 6-21-16 and I have been in pain 19 days longer than when I filed the informal complaint I have been hurting 24hrs a day 7days a week since 11-29-14 how patient does medical expect me to be and how long does a person have to hurt before they get actual medical treatment??

| Offender Signature  _Terry Riggleman_ | Date 6-21-16 |
|---|---|

**RECEIVED**
JUN 28 2016
OFFICE OF HEALTH SERVICES

RECEIVED
JUL 11 2016
GRIEVANCE OFFICE

Page 1 of 1          Rev. 05/31/2007

SA000474

PLAINTIFF'S EXHIBIT 5



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

## REGULAR GRIEVANCE

Log Number: _ACC16 Reg0034_

| Riggleman | Terry | 1000538 | N-4 | 30 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) Dr. Landauer is being deliberately indifferent and commiting gross negligance towards my chronic leg/back pain. I have been going to medical relentlessly for 17 months Now for Non stop pain. I cant sleep properly and I'm wore down from pain. I've told the Dr. this but the Dr. Keeps ordering the same types of treatment. (I.E. Steroids, Anti-inflammatory, streck heat packs, muscle relaxers). None of this stuss is helping and I have informed the dr. of that. The New anti-inflammatory she prescribed on 5-23-16 is Not helping either as a matter of fact ~~x~~ The pain is getting worse. The Sick call process will not work if I keep getting prescribed the same Types of treatment that has proven ineffective for 17 months. This is a violation of the 8th amendment!!

**What action do you want taken?** I want to see Someone who is qualified to properly assess and treat my pain and Sciatic Nerve problem. Obviously if 17 months of treatment from the Current physician has only made the problem worse then She is not qualified.

Grievant's Signature: _Terry Riggleman_        Date: _6-5-16_

Warden/Superintendent's Office:

Date Received: _____

**RECEIVED**
JUN 28 2016
OFFICE OF HEALTH SERVICES

RECEIVED
JUL 11 2016
GRIEVANCE OFFICE

RECEIVED
JUN - 6 2016
GRIEVANCE OFFICE

1 of 2                                    Revision Date: 1/14/13

SA000475

PLAINTIFFS' EXHIBIT 5



**VIRGINIA DEPARTMENT OF CORRECTIONS**
Informal Complaint

Effective Date: July 1, 2013
Operating Procedure 866.1    Attachment 2

RECEIVED

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Terry Riggleman | 1000538 | N-4-30 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor      ☐ Food Service              ☐ Treatment Program Supervisor
☐ Personal Property            ☐ Commissary                ☐ Mailroom
☑ Medical Administrator        ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific): I have been going to medical for a Sciatic Nerve issue for 17 months now. My complaint is medical is being deliberately indifferent and gross negligant towards my by continually giving me the same course of treatment over and over even though it has prove to be ineffective (I.E. steroids, Anti-inflammatory, stretch, heat packs, muscle-relaxers). Either Dr. Landauer is not qualified to properly treat my particular ailment or she is purposely subjecting me to cruel and unusual punishment. I saw Dr. Landauer on 5-23-16 and it was the same old Try this Anti-inflammatory, stretch etc.

Offender Signature _Terry Riggleman_                    Date _5-25-16_

**Offenders - Do Not Write Below This Line**

Date Received: _5-26-16_                        Tracking # _Acc16Inf-02144_

Response Due: _6-5-16_              Assigned to: _Medical_

Action Taken/Response:
You saw Dr Landauer 5/23/16 - She did prescribe a different anti anti-inflammatory. But 2-3 days from when you saw her & when you wrote this is not enough time to determine if the medication works.

Respondent Signature _E Shipp RN_      Printed Name and Title _E Shipp RN_      Date _6/2/16_

RECEIVED

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint.  I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

RECEIVED  JUN 11 2016  RECEIVED
GRIEVANCE OFFICE  JUN 2016

Offender Signature: _RECEIVED_ _____    Date: _GRIEVANCE OFFICE_

Staff Witness Signature: _JUN 28 2016_ _____    Date: _____

Revision Date: 4/9/13

OFFICE OF HEALTH SERVICES

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866 1-A-7
DOC Location: C00 Central Office, Administration
Report generated by Ray, H C
Report run on 04/20/2016 at 8:53 AM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | **Current** | Augusta Correctional Center | ACC-16-REG-00172 |
| **Housing** | | | **Filed** | Augusta Correctional Center | |
| N-4-30-T | | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER
MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that you are not receiving proper medical treatment because the doctor lied as it does not take 33 days for the pain medication to work.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. There is no evidence provided to conclude that the actions of the physician were improper in prescribing you the medical treatment. This issue is governed by **restricted policy.**

**If you have any further issues, please resubmit a sick call request for further evaluation of your medication and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

**In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date 4/22/16 |
|---|---|

RECEIVED

APR 28 2016

GRIEVANCE OFFICE

Offender Grievance Response - Level II

Report run on 04/20/2016 at 8:53 AM

Rev. 05/31/2007

SA000558

**PLAINTIFF'S EXHIBIT 5**



VIRGINIA DEPARTMEN{ } CORRECTIONS

866{ }6

**Offender Grievance Response - Level I**

DOC Location: ACC Augusta Correctional Center
Report generated by Conner, S D
Report run on 04/13/2016 at 1:26 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Riggleman, Terry A | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00172 |
| **Housing** | | **Filed** | Augusta Correctional Center | |
| N-4-30-T | | | | |

LEVEL I:     WARDEN/SUPERINTENDENT'S RESPONSE     (To be completed and mailed within 30 calendar days)

Grievance Summary: You state that Dr. Moreno lied about your treatment as it doesn't take 33 days for any of the prescribed pain medications to work. You want proper medical treatment not just a half hearted run around approach.

Informal Summary: Ms. Shipp, RN states it does take time for effective blood levels of a medication to be achieved and be effective to reduce pain or other symptoms.

Investigation: According to Ms. Shipp, RN medicine is not a perfect science. It can be trial and error as not everyones body reacts to medications the same. You are being seen and treated in accordance with protocol.

Procedure: This matter is governed by Operating Procedure 720.1 governs this matter.

Based on the above information your grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA 23261-6963

| | |
|---|---|
| W.L. MM (signature) | 4/13/16 |
| Warden/Superintendent | Date |

I wish to appeal the Level I response because: Ms. Shipp is Not a Doctor or a Scientist much less a manufacturer of any of the medications I have been given. Show me scientific proof it takes up to 30 days for any of the specific pain medications I have been prescribed to work. If the Dr. doesn't know the specifics of the medication he is prescribing then why is he prescribing them. That seems a little like experimental treatment to me. This is clear deliberate indifference and Gross negligance.

| Offender Signature | Terry Riggleman (signature) | Date 4-13-16 |
|---|---|---|

RECEIVED
APR 28 2016
GRIEVANCE OFFICE

RECEIVED
APR 19 2016
OFFICE OF HEALTH SERVICES

Page 1 of 1                    Rev. 05/31/2007

SA000559

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS
Regular Grievance

Effective Date: December 1, 2010
Operating Procedure 866.1   Attachment 2

## REGULAR GRIEVANCE

Log Number: Acc16 Reg0012

| Riggleman | Terry | 1000538 | N-4 | 30 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) My complaint is Dr. Moreno lied to me about treatment. It doesn't take 33 days for any of the prescribed pain medicines to work. As you can see I recieved this Informal complaint today 3-14-16 and If a proper investigation is done Any half literate person can see there is a plethora of things wrong with the Informal complaint. Medical can't answer it properly because they know that they are in the wrong. Why would pain medication Help 33 days later?? This doesn't even make sense. This Informal complaint is clear deliberate indifference and Gross Heglegance. Check dates on Informal Complaint during investigation.

**What action do you want taken?** I want proper medical treatment Not Just a half-hearted run around approach. The Dr. Should be required to Answer any complaints on him/her Not a third Party.

Grievant's Signature: Terry Riggleman     Date: 3-14-16

RECEIVED

Warden/Superintendent's Office:

Date Received: APR 28 2016 RECEIVED GRIEVANCE OFFICE APR 19 2016

OFFICE OF HEALTH SERVICES

Revision Date: 5/29/07

SA000560

PLAINTIFF'S EXHIBIT 5

**VIRGINIA DEPARTMENT OF CORRECTIONS**
**Informal Complaint**

RECEIVED
FEB 12 2016
MEDICAL

Effective Date: July 1, 2013
Operating Procedure 866.1    Attachment 2

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Terry Riggleman | 1000538 | C-1-14   N4.30 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator

- [ ] Food Service
- [ ] Commissary
- [ ] Other  (Please Specify): _____

- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): My complaint is Dr. Moren lied to me about treatment. on 1-5-16 I saw Dr. Moren regarding a bulging disc that is pressing on a nerve. This issue has been ongoing for over a year now. The Dr. prescribed me 3 medication & told me to try them for 30 days and he would call me back to see how they were working and that he had one other medication he could try. I started the prescribed medication on 1-8-16 as documented by attached grievance I had to file to get medication. I saw Dr. Moreson on 2-9-16 & I informed him the medication was not working & He was hostile with me and argued that it had not been 30 days when I reminded him of his previous statement he made on 1-5-16. By the American dating system from 1-8-16 to 2-9-16 is 33 days. So either the medical count or he is just incompetent when it was to providing Adequate medical care. Besides it doesn't take 30 days to determine is a medicine is going to help pain or not!!

Offender Signature _Terry Riggleman_      Date _2-10-16_

**Offenders - Do Not Write Below This Line**

Date Received: _2-11-16_       Tracking # _ACC16Inf-00653_

Response Due: _2-21-16_       Assigned to: _Medical_

Action Taken/Response:

It does take time for effective blood levels of a medication to be achieved and be effective to reduce pain or other symptoms

RECEIVED
APR 19 2016
OFFICE OF HEALTH SERVICES

| E. Shipp RN | E. Shipp RN | 3/8/16 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

**WITHDRAWAL OF INFORMAL COMPLAINT:** RECEIVED

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____  APR 19 2016  Date: _____
                                 GRIEVANCE OFFICE

Staff Witness Signature: _____   Date: _____

*Revision Date: 4/9/13*

SA000561

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS
Emergency Grievance

Revised 7/17/15; Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 3

## Emergency Grievance   Log # 002090

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

| Riggleman | Terry | 1000538 | ACC | C-1-19 |
|---|---|---|---|---|
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

### PART A- OFFENDER CLAIM

What is the emergency? I Am in PAIN!! I was prescribed Naproxen, Zanaflex and elavill on 1-5-16 for back pain. Was given Zanaflex & elav.ll on 1-8-16 and told Naproxen was here but I would be called over to pick it up for self-med. On 1-9-16 was told elavil had to be re-ordered because it wasn't here. Funny it was here for 1 day on 1-8-16. Today is 1-10-16 and I still haven't been given Naproxen!! I'm in pain!!

| 1-10-16 | 11:37 Am | Terry Riggleman | 1000538 |
|---|---|---|---|
| | Date/Time | Offender Signature and Number | |

### PART B- STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

[X] Your grievance does not meet the definition for an emergency. Action Taken/Recommended:
- [ ] Submit Informal Complaint
- [ ] Submit Sick Call Request
- [ ] Submit Request to Dental
- [ ] Evaluated by Medical; Date Seen _____
- [ ] Send an Offender Request To: _____
- [ ] Other (Provide detailed explanation below)

Called offender over, pharmacy issued Naproxen. Elavil issue resolved by pharmacy as well.

- [ ] Your grievance has been determined to be an emergency and the following action has been taken:
  - [ ] Sent to Hospital: Date Transported _____
  - [ ] Other (Provide detailed explanation below)

| 1/10/16 @ 1248 pm | [signature] | Phil Smallwood, LPN |
|---|---|---|
| Date/Time | Respondent Signature | Name/Title Printed |

- [ ] **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment [ ]   Will be referred for Investigation

Determination by: _____
| | Signature | Name/Title Printed | Date/Time |

RECEIVED
APR 19 2016
OFFICE OF HEALTH SERVICES

RECEIVED
APR 28 2016
GRIEVANCE OFFICE

SA000562

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1 A-7
DOC Location: C00 Central Office, Administration
Report generated by Ray, H C
Report run on 03/16/2016 at 1:06 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Riggleman, Terry A | 1000538 | **Current** | Augusta Correctional Center | ACC-16-REG-00087 |
| **Housing** | | **Filed** | Augusta Correctional Center | |
| N-4-30-T | | | | |

**LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE** (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that you are being charged co-pay for medication which is not working.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED.** Be advised that there is a $2 co-pay charge for each new or renewed non-exempt prescription order from the physician. This issue is governed by OP 720.4.

If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan. You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.

|   |   |
|---|---|
| 3.18.16 | |
| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date |

RECEIVED

GRIEVANCE OFFICE

Rev. 05/31/2007

SA000587

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6
DOC Location: ACC Augusta Correctional Center
Report generated by Conner, S D
Report run on 03/08/2016 at 10:45 AM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00087... |
| **Housing** | | | Filed | Augusta Correctional Center | |
| N-4-30-T | | | | | |

**LEVEL I:** <u>WARDEN/SUPERINTENDENT'S RESPONSE</u>  (To be completed and mailed within 30 calendar days)

Grievance Summary: You state you don't have copies of your trust statements from a year ago. You have been prescribed these medications over the past year and it is in your file. Dr. Moreno knew you had previously taken Naproxen and Zanaflex before he prescribed them again and he knew that they didn't help your condition. You state that he wanted to experiment with a three medication combination so you want to know why you are being charged for the experimental treatment. If you refuse you are non-compliant. You want medical to stop charging you a Co-pay for medication that you are being forced to take even though it has proven not to work in the past.

Informal Summary: Nurse Campbell states please submit a copy of your trust receipt for review.

Investigation: According to Ms. Shipp, RN per Operating Procedure 720.4 there is a $2.00 Co-pay Charge for new medications or renewals. You accepted the medicine therefore you were charged the $2.00 Co-pay for it. You are being charged in accordance with Operating Procedure 720.4.

Procedure: This matter is governed by Operating Procedure 720.4.

Based on the above information your grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA 23261-6963

| Warden/Superintendent | _JMWood_ | | Date | 3/8/16 |
|---|---|---|---|---|

I wish to appeal the Level I response because: Is I refuse medication I am consider as refusing treatment. If I Explain to the Dr. That I Am or Already have taken the medication for the same issue he/she just re-prescribes it again. The issue is Not That I am being charged for medication. The Issue is that I'm being charged over and over for the same medications that didn't work the first Time they were prescribed. Medical staff cannot confirm my Question when I ask if any of the prescribed medications have been scientifically proven to repair a lateral disc bulge. The medication doesn't work any time they prescribe it. This is deliberate indifference!!

| Offender Signature | _Terry Riggleman_ | | Date | 3-9-16 |
|---|---|---|---|---|

**RECEIVED**

MAR 1 5 2016

OFFICE OF HEALTH SERVICES

RECEIVED

GRIEVANCE OFFICE

Page 1 of 1

Rev. 05/31/2007

SA000588

PLAINTIFF'S EXHIBIT 5





VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

## REGULAR GRIEVANCE

Log Number: _Acc16 Reg000 87_

| Riggleman | Terry | 1000538 | C-1 | 19 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) I don't have copies of my trust statement from a year ago. I have been prescribed theese medications over the past year and it is in my file. All the Nurse has To do is get on the computer the Same way the Dr does When they see you. Dr. moreno Knew I had previously Taken Naproxen and Zanaflex before he prescribed them again and he Knew they didn't help my condition. He wanted to experiment with a three medication combonation. Why am I being charged CO/pay For experimental treatment?? If I refuse I'm in NON-Compliance.

**What action do you want taken?** I want to Stop being charged CO/pay For medication that I am being Forced to take even though it has pRoven Not To work in the past!!

Grievant's Signature: _Terry Riggleman_                    RECEIVED                    Date: 1-12-16

**Warden/Superintendent's Office:**

**Date Received:**            RECEIVED                    FEB 12 2016                    JAN 19 2016
                             MAR 15 2016

PLAINTIFF'S EXHIBIT 5

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

RECEIVED
JAN 0 8 2016

Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 2

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance.  You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Terry Riggleman | 1000538 | C-1-19 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| ☐ Unit Manager/Supervisor | ☐ Food Service | ☐ Treatment Program Supervisor |
|---|---|---|
| ☐ Personal Property | ☐ Commissary | ☐ Mailroom |
| ☑ Medical Administrator | ☐ Other  (Please Specify): | |

Briefly explain the nature of your complaint (be specific): I am being charged copay to take medicine again that I have previously taken that didn't work. I saw Dr. Moreno on 1-5-16 regarding an L3/L4 left posterior lateral disc bulge that is racting the existing L3 nerve root and causing me constant chronic sciatic nerve pain since 11-29-14. Dr. Moreno prescribed me Naratript proxen and Zanaflex. I informed Dr. Moreno that I have previously taken Naproxen and Zanaflex and neither did anything to hel condition. He said for me to take them for a month and if they don't help he had one other medication he could try me on. My plaint is I'm being charged copay for the same medications over and over that I already know don't work. If Dr. Moreno its to experiment on medical combinations with me why am I being charged for them when they didn't work the first ti

| Offender Signature Terry Riggleman | Date 1-6-16 |
|---|---|

**Offenders – Do Not Write Below This Line**

Date Received: 1/7/16                                   Tracking # ACC16INF00001

Response Due: 1/17/16                           Assigned to: Medical

Action Taken/Response:

Please submit a copy of your trust recept for review

| L. Campbell WDCN | L. Campbell | RECEIVED  1/8/15 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint.  I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

RECEIVED
GRIEVANCE OFFICE

RECEIVED
FEB 12 2016

Offender Signature: _____   Date: _____
Staff Witness Signature:  MAR 15 2016 _____   Date: _____

SA000590

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1 A-7
DOC Location: C00 Central Office, Administration
Report generated by Ray, H C
Report run on 03/17/2016 at 8:35 AM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | **Current** | Augusta Correctional Center | ACC-16-REG-00044 |
| **Housing** | | | **Filed** | Augusta Correctional Center | |
| N-4-30-T | | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that you are being forced to take pain medications which may harm your liver, and have proven to be ineffective in relieving your nerve pain.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. The ACC physician will determine the appropriate pain medication that is appropriate for you, given your chronic care condition. However, you were advised that you may choose not to take the medication prescribed by the physician. This issue is governed by **restricted policy**.

**If you have any further issues, please resubmit a sick call request for further evaluation of your prescription medications and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

**In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| | |
|---|---|
| | 3.18.16 |
| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date |

RECEIVED

GRIEVANCE OFFICE

Offender Grievance Response - Level II
Report run on 03/17/2016 at 8:35 AM

Rev. 05/31/2007

SA000602

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6
DOC Location: ACC Augusta Correctional Center
Report generated by Conner, S D
Report run on 03/03/2016 at 1:45 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00044 |
| **Housing** | | | Filed | Augusta Correctional Center | |
| N-4-30-T | | | | | |

LEVEL I:   WARDEN/SUPERINTENDENT'S RESPONSE   (To be completed and mailed within 30 calendar days)

Grievance Summary: You state that if you refuse to take medications that have already proven not to work and are harmful to your live then you will be non-compliance. Medical even admits this so you want to know why you are being prescribed medication that is harmful and doesn't work. You claim this is a clear attempt to either harm you or get you to refuse medication so medical won't have to treat you.

Informal Summary: RN Campbell states you do not have to take medication if you feel it is harming you. The medical doctors here are aware of your conditions and came up with the best possible treatment plan. If the medication is not working for out or your are worried, please address it in your next visit. You can turn your card back in, but it will be in non-compliance.

Investigation: According to medical the doctor's try different medications depending on the situation. If you have questions concerning your medications you are encouraged to address your concerns during your visit with the doctor. If you don't want the medication you do not have to accept it. You are being followed and treated in accordance protocol.

Procedure: Operating Procedure 720.5 governs this matter.

Based on the above information your grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA  23261-6963

| _signature_ | 3/4/16 |
|---|---|
| Warden/Superintendent | Date |

I wish to appeal the Level I response because: _I have addressed this concern with Dr. Moreno and his only concern is giving me the run around. He claims none of the medications are hard on my liver but he wont put it in writing so I have documented proof. He wants me to refuse medication so he wont be liable to treat me at All but I'm NOT going to ever do that. This is clear deliberate indifference and Gross Negligence to prescribe medication that doesn't help my back and harms my liver._

| Offender Signature _Terry Riggleman_ | Date |
|---|---|

RECEIVED

MAR 1 6 2016

OFFICE OF HEALTH SERVICES

Rev. 05/31/2007

SA000603

PLAINTIFFS EXHIBIT 5



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

## REGULAR GRIEVANCE

Log Number: Accll6Reg00044

| Riggleman | Terry | 1000538 | C-1 | 19 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) As you can see by the response To the Attached informal complaint if I refuse to take medication that has already proven Not to work and is harmful to my liver I will be in non-compliance. Even medical admitts this. So why am I being re-prescribed medication that is harmful and doesn't work?? This is a clear attempt to either harm me or get me to refuse medication so medical won't have to treat me at All. I informed Dr. moreno that I had tried these medications in the past and they didn't work and that I have hep.C and shouldn't take useless medication because it is harmful !!

**What action do you want taken?** I want proper treatment that is effective towards fixing my L3/L4 lateral disc bulge that is contacting the L3 Nerve root !!

RECEIVED

MAR 1 6 2016

OFFICE OF HEALTH SERVICES

**Grievant's Signature:** Terry Riggleman   **Date:** 1-12-16

RECEIVED
GRIEVANCE OFFICE

**Warden/Superintendent's Office:** _____

**Date Received:** _____

JAN 19 2016

Revision Date: 1/14/13

SA000604

PLAINTIFFS EXHIBIT 5

RECEIVED
JAN 0 8 2016
MEDICAL

**VIRGINIA DEPARTMENT OF CORRECTIONS**
Informal Complaint

Effective Date: July 1, 2013
Operating Procedure 866.1    Attachment 2

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance.  You may utilize your receipt as evidence of your attempt to resolve your complaint.

**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Terry Riggleman | 1000538 | C-1-19 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____
- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): I have hep c and medications are bad for my liver, On 1-5-16 I saw moreno regarding L3/L4 disc bulge that's contacting a nerve and causing me chronic sciatic pain since 11-29-14. Dr. moreno scribed me Nortriptoline, Naproxen and Zanaflex. I informed Dr. moreno that I had hep c and I didn't like to take medication that works because it's not good for hep c patients. He insisted that I take the prescribed medication even though I have previously taken Naproxen and Zanaflex before and Neither helped my Nervepain. If I refuse I am refusing treatment but I take these medications and they do harm to my liver then what. My complaint is I'm being forced to take medication that may harm my liver even though the medication has proven Not to work.

Offender Signature _Terry Riggleman_    Date _1-6-16_

**Offenders - Do Not Write Below This Line**

| Date Received: 1/7/16 | Tracking # ACC16 INF00104 |
|---|---|
| Response Due: 1/17/16 | Assigned to: Medical |

Action Taken/Response: You do not have to take medication if you feel it is harming you. The medical doctors here are aware of your conditions + come up with the best possible treatment plan. If the medication is not working for you or you are worried, please address it in your next visit. You can turn your card back in, but it will be in non-compliance

RECEIVED
MAR 1 6 2016
OFFICE OF HEALTH SERVICES
JAN 19 2016

Respondent Signature _L. Campbell_    Printed Name and Title _L. Campbell RN_    Date _1/8/16_

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint.  I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____

SA000605

PLAINTIFF'S EXHIBIT 5



VIRGINIA
DEPARTMENT OF CORRECTIONS

RECEIVED

Offender Request 801_F3_7-12

## Offender Request

JAN 0 7 2016

MEDICAL

**DIRECTIONS**
1. Fill in your **Name, Number, Full Housing Assignment**
2. Please **Print** your request; **KEEP IT BRIEF**
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Riggleman | Terry | A | 1000538 | C-1-19 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| Houseman | Taylor | 1-6-16 |

**TO:** ☐ Unit Manager ☑ Medical ☐ Personal Property ☐ Law Library ☐ Security
☐ Treatment ☐ Mental Health ☐ Education ☐ Enterprise Shop ☐ Accounting
☐ Chaplain ☐ Assistant Warden ☐ Warden ☐ Other

**CHECK PURPOSE** ☐ Appointment Request ☑ Question/Statement

1-5-16 I saw Dr moreno Regarding a L3/L4 left posterior lateral disc hulge that is contacting the exiting left L3 Nerve root and has been using me constant chronic sciatic Nerve pain since 11-29-14. (MRI on file) Dr. moreno prescribed me 3 medications: Nortriptiline proxen and Zanaflex. I have previously taken Naproxen and Zanaflex and neither helped my condition. My Question To you is in your expert medical opinion is there any Scientific evidence that one of these three prescribed medications has been known to heal a lateral disc hulge??

Thank you

## DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☑ Yes ☐ No; Routed to: _____ Date: _____

In order to better address your question + provide you the care you need, if the medication is not working please submit a sick call request so we can get you back in to see MD

RECEIVED    RECEIVED

MAR 1 6 2016    JAN 19 2016

OFFICE OF HEALTH SERVICES
GRIEVANCE

Offender seen ☐ Yes ☑ No

Official Responding    1/8/16
Date of Response

Revision Date:7/16/12

SA000606

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1 A-7
DOC Location: C00 Central Office,
Administration
Report generated by Ray, H C
Report run on 03/17/2016 at 10:17 AM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | **Current** | Augusta Correctional Center | ACC-16-REG-00046 |
| **Housing** | | | **Filed** | Augusta Correctional Center | |
| N-4-30-T | | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE *(To be completed and mailed within 20 calendar days)*

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that you are having chronic pain from a lateral disc bulge which is contacting the L-3 nerve ending.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED. Be advised that this is a repetitive issue. Please note the level II grievance response #00012. This issue is governed by restricted policy.**

**If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

**In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

3·18·16

| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date |
|---|---|

RECEIVED
GRIEVANCE OFFICE

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6
DOC Location: ACC Augusta Correctional Center
Report generated by Conner, S D
Report run on 03/03/2016 at 2:26 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00046 |
| **Housing** | | | **Filed** | Augusta Correctional Center | |
| N-4-30-T | | | | | |

**LEVEL I:    WARDEN/SUPERINTENDENT'S RESPONSE**      (To be completed and mailed within 30 calendar days)

**Grievance Summary:** You state that your last complaints were answered in a timely manner but it still doesn't address the fact that all of the previous ones were not. You state that it is sad that you have to push all of this paperwork just to get help for a documented medical condition.

**Informal Summary:** RN Campbell states I have 4 informal complaints receive as of today. They are all being returned to you answered.

**Investigation:** According to medical all of your paperwork has been responded to and returned to you. The doctor will determine the best treatment possible for you in accordance with protocol. The physician has protocols that must be follow for any and all treatment. Dr. Moreno will determine the medication/treatment necessary to get your pain under control.

**Procedure:** Operating Procedure 720.1 governs this matter.

Based on the above information your grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA  23261-6963

| Warden/Superintendent | Date 3/4/16 |
|---|---|

I wish to appeal the Level I response because: As you Can see by the Last Attached Page some paperwork is Not even being Answered. This level one response has a date of 3/4/16 on it but I didn't recieve it untill tonight 3/6/16 so how come it takes 2 days To get to me cutting into my 5 day deadline?? This is clear deliberate indifference and a stall tacktic.

RECEIVED
MAR 1 6 2016
OFFICE OF HEALTH SERVICES

| Offender Signature | Date 3-6-16 |
|---|---|

GRIEVANCE OFFICE

Rev. 05/31/2007

SA000608

PLAINTIFF'S EXHIBIT 5



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

## REGULAR GRIEVANCE

Log Number: ACC16 Reg 00046

| Riggleman | Terry | 1000538 | C-1 | 19 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) I agree that the last informal complaints were answered in a timely manner but it still doesn't address the fact that all of the previous ones were not. It's sad that I have to push all of this paperwork just to get help for a documented medical condition. Even though the request forms and Informal Complaints are being answered most of them are evasive Answers or Vague Responses. As you Can See by The Attached Request forms some questions are Not being answered at All!! One of the Attached Request forms Was Sent back NOT Answered at all!!

**What action do you want taken?** I want my L3/L4 lateral disc bulge that is Contacting The L3 Nerve ending to be fixed. I'm in pain!!

RECEIVED
MAR 1 6 2016
OFFICE OF HEALTH SERVICES

**Grievant's Signature:** Terry Riggleman   RECEIVED **Date:** 1-12-16

**Warden/Superintendent's Office:** _____

**Date Received:** _____   GRIEVANCE OFFICE   JAN 19 2016

PLAINTIFF'S EXHIBIT 5

RECEIVED
JAN 0 8 2016



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 2

## Informal Complaint

**MEDICAL**

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Terry Riggleman _____ 1000538 _____ C-1-19
Offender Name ___ Offender Number ___ Housing Assignment

☐ Unit Manager/Supervisor ☐ Food Service ☐ Treatment Program Supervisor
☐ Personal Property ☐ Commissary ☐ Mailroom
☑ Medical Administrator ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific): There is a delay by medical staff in Answering Request for & informal complaints. On 12-17-15 I sent several request forms and 3 informal complaints to medical about chronic pain have been in since 11-29-14 from an L3/L4 lateral discharge. Contacting the exiting L3 nerveroot. Ms. Landrum HSA. Called me or to medical to discuss why I was filing so much paperwork and we discussed my situation and I informed her that the only Avenue I have to access the court in this matter is to first exhaust my internal remedies. After that conversation answered one informal complaint on 12-29-15 and I recieved one tonight 1-6-16 conveniently dated for 1-4-16 when the deadline was 1-5-16. I feel like my Right To Access the Court in this matter is being deliberately held up. None of the request forms have been Answered.

Offender Signature Terry Riggleman _____ Date 1-6-16

**Offenders - Do Not Write Below This Line**

Date Received: 1/7/16 _____ Tracking # ACC16 JAN00105
Response Due: 1/17/16 _____ Assigned to: N. Kallal
Action Taken/Response:

I have 4 informal complaints received as of today. They are all being returned to you answered.

RECEIVED
MAR 1 6 2016
OFFICE OF HEALTH SERVICES

Respondent Signature _____ L. Campbell Dan _____ 1/8/15
Printed Name and Title ___ Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____ Date: JAN 19 2016
Staff Witness Signature: _____ Date: _____

SA000610

PLAINTIFF'S EXHIBIT 5

*Was Told in Emergency Grie  e To contact MD. per seq  y!!*

### VIRGINIA
### DEPARTMENT OF CORRECTIONS

RECEIVED
DEC 18 2015
MEDICAL

Offender Request 801_F3_7-12

## Offender Request

**DIRECTIONS**
1. Fill in your <u>Name</u>, <u>Number</u>, <u>Full Housing Assignment</u>
2. Please <u>Print</u> your request; <u>KEEP IT BRIEF</u>
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Riggleman | Terry | A | 1000538 | C-1-19 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| Houseman | Taylor | 12-17-15 |

**TO:**
☐ Unit Manager  ☑ Medical *Dr.Landauer*  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☐ Assistant Warden  ☐ Warden  ☐ Other _____

**CHECK PURPOSE** ☐ Appointment Request  ☑ Question/Statement

I Saw you on 12-10-15 about my chronic sciatic pain. You prescribed me analgesic
balm and 300mg of Neurontin twice daily. I was charged $4.00 med-co-pay for both
of these medications. I was informed today in an Emergency Grievance that I filed
that the Doc did not Approve the Neurontin. If this is the case then you
need to put me in to see a Back Specialist because I am in severe pain
I can't sleep and you know by my MRI done on 11-30-15 that in my
L3/L4 I have left posterior lateral disc bulge wich is contacting the exiting left L3
Nerve root. We know this Also because I have been in severe pain for over a
year now so if the Doc doesn't want to give me medicine that may help I'm
totally fine with that because what I really need is to get the disc off of the Nerve!!

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

You are scheduled to see the doctor

RECEIVED
MAR 16 2016
OFFICE OF HEALTH SERVICES

RECEIVED
JAN 19 2016

**Offender seen** ☐ Yes ☑ No

Landrum USA
**Official Responding**

4/4/16
**Date of Response**

SA000611

PLAINTIFF'S EXHIBIT 5



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

RECEIVED

Offender Request 801_F3_7-12

## Offender Request

DEC 1 8 2015
MEDICAL

**DIRECTIONS**
1. Fill in your **Name, Number, Full Housing Assignment**
2. Please **Print** your request; **KEEP IT BRIEF**
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Riggleman | Terry | A | 1000538 | C-1-19 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| Houseman | Taylor | 12-17-15 |

TO: ☐ Unit Manager  ☑ Medical  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☐ Assistant Warden  ☐ Warden  ☑ Other DR. LANDAUER

**CHECK PURPOSE**  ☐ Appointment Request  ☑ Question/Statement

have an ongoing Sciatic Nerve problem that escalated 11-29-14, I have been going to medical continiously ince trying all kinds of pills, streching, Hot/cold packs etc. Finally 11-20-15 I was taken for an MRI. The MRI shows 2 mild broad-based disc bulges and 1 left posterior disc bulge which may be contacting the exiting S+L3 Nerve root. I am in Serious pain and have been for over a year Now. The pain Radiates from the middle of my back all the way down my left leg and foot. Today I was given Analgesic balm and 'othing else for this issue. The stated use for this medicine is "for temporary relief of minor aches and pain of muscle & Joints. I don't have muscle pain or Joint pain. I have a disc that is touching a Nerve!! The Analgesic Balm Also states "if symptoms persist more than 7 days" consult a doctor Well my symptoms have accoured for 13 days Non stop ☒☒!! If I can't get medication to help then I need the problem fixed. This is my 12-17-15 tempt to let you know that the Sick Call process isn't working and I am in 8th amendment Violating PAIN!!

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

Request sent to correct department ☐ Yes  ☐ No; Routed to: _____  Date: _____

_____

_____

_____

RECEIVED

MAR 1 6 2016

OFFICE OF HEALTH SERVICES

_____

JAN 1 9 2016

Offender seen ☐ Yes  ☐ No

_____  _____
Official Responding  Date of Response

SA000612

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

## Grievance Continuance Receipt

866.1 F8D

DOC Location: ACC Augusta Correctional Center

Report generated by Conner, S D

Report run on 02/18/2016 at 4:24 PM

Grievance Number: ACC-16-REG-00044

Next Action Date: 03/10/2016 12:00 AM

### Continuance

| Level | Due Date | Reason | By |
|-------|----------|--------|-----|
| 1 | 03/10/2016 | Awaiting information | Conner, Sandra D |
| 2 | | | |
| 3 | | | |

On this date: __01/19/2016__      I have received a statement from:

Riggleman, Terry A           1000538      of      Augusta Correctional Center

___(Offender Name and DOC#)___      C-1-19-T

___(Filed Location and Housing)___

Setting out the following complaint:

States he is being forced to take medications that may be harmful to his liver due to his Hep C - Naproxen and Zanaflex which do not help with his pain or he will be in non-compliance.

S. D. Conner
Hu... ...hts Advocate

_____      _____

___(Signature)___           ___(Title)___

Rev. 03/30/2009

SA000648

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1-A-7

DO. _cation: C00 Central Office, Administration
Report generated by Ray, H C
Report run on 02/26/2016 at 2:50 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00045 |
| Housing | | | Filed | Augusta Correctional Center | |
| C-1-19-T | | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that your medications are being delayed and you did not receive your Naprosyn self-medication on 01/06/16.

Based on the information provided and upon further investigation, I disagree with the Level one response and determine your grievance **FOUNDED.** According to the informal response on 01/08/16, it is noted that your Naprosyn medication was ordered and "you will be called over when it arrives." This indicates that there was no resolution to your complaint at the informal level because you did not receive the medication. Therefore, your level II grievance is determined to be founded. This issue is governed by **restricted policy.**

It is noted on the level I response that your self-medications were issued on 01/06/16 and your Naprosyn prescription was issued to you as a self-medication on 01/10/16. ACC Medical will be reminded to develop a plan to ensure procedures are followed in accordance with policy. There is no further action needed. If you have any further issues, please submit a sick call request to the medical department at your facility.

**In accordance with OP 866.1 governing the Inmate Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| | |
|---|---|
| *[signature]* | 2·29·16 |
| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date |

RECEIVED
MAR - 8 2016
GRIEVANCE OFFICE

SA000649

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

86     6

DOC Location: ACC Augusta Correctional Center

Report generated by Frady, J D

Report run on 02/19/2016 at 12:29 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | **Current** | Augusta Correctional Center | ACC-16-REG-00045 |
| **Housing** | | | **Filed** | Augusta Correctional Center | |
| C-1-19-T | | | | | |

LEVEL I:   WARDEN/SUPERINTENDENT'S RESPONSE   (To be completed and mailed within 30 calendar days)

Grievance Summary: You state that medications are not being handed out in a timely manner, as you had to write an emergency grievance just to obtain your medication. You want medications to be handed out when it comes in not days or even weeks later. You state that it shouldn't take an emergency grievance to receive medications that have already been prescribed.

Informal Summary: RN: Shipp states that your Naproxen, ordered by Dr. Moreno, was a new order, as you old one had expired several months before. The medication had to be ordered and it takes a day or two to get it in. You will be called over when it arrives.

Investigation: Per medical, Your medication orders were written on 1/6/16 and you medications Elavin and Zanaflex were administered in pill line starting on 1/8/16. Your Naproxen was given to you as a self-med on 1/10/16 by the self-med nurse.

Procedure: This matter is governed by a Restricted Operating Procedure.

Based on the above information your grievance is deemed UNFOUNDED

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:

Health Services Director, PO Box 26963, Richmond, VA 23261-6963

| Warden/Superintendent | *(signature)* | Date 2/22/16 |
|---|---|---|

I wish to appeal the Level I response because: per the response to the informal summary RN Shipp says it takes a day or two to get meds and I would be called over when they came in. It took five days to recieve my Naproxen as I saw the dr. on 1-5-16 and furthermore I wasn't called over when it came in I had to file an Emergency Grievance to be called over to pick it up. This is not the first time I've had problems recieving medication in a timely manner and I'm not the only one having this problem

| Offender Signature | *Terry Riggleman* | Date 2-22-16 |
|---|---|---|

**RECEIVED**

FEB 2 5 2016

OFFICE OF HEALTH SERVICES

RECEIVED

MAR - 8 2016

GRIEVANCE OFFICE

Page 1 of 1                Rev. 05/31/2007

SA000650

PLAINTIFF'S EXHIBIT 5

VIRGINIA DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

# REGULAR GRIEVANCE

Log Number: ACC16Reg00045

| Riggleman | Terry | 1000538 | C-1 | 19 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT? (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.)** As you can see by the Attached Emergency Grievance medication is Not being handed out in a timely manner. As I had To put in an Emergency Grievance Just TO obtain my medication. Furthermore The Response to my informal Complaint regarding the Dr. questioning me as to "why there Was a time delay" in me being prescribed medication and it actually being recieved by me was not addressed. IT seems all responses To any Request forms or informal complaints are Just Vague Run-around statements.

**What action do you want taken?** I want medication to be handed out when it comes in Not days or even Sometimes weeks later. IT Shouldn't take emergency Grievances to recieve medication that has already been prescribed.

**Grievant's Signature:** Terry Riggleman **Date:** 1-12-16

**Warden/Superintendent's Office**

RECEIVED FEB 25 2016 OFFICE OF HEALTH SERVICES

RECEIVED MAR - 8 2016 GRIEVANCE OFFICE

**Date Received:** JAN 19 2016

PLAINTIFF's EXHIBIT 5

RECEIVED

JAN 0 8 2016

MEDICAL

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: July 1, 2013
Operating Procedure 866.1    Attachment 2

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Terry Riggleman | 1000538 | C-1-19 |
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): ___
- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): Prescribed medications are not being handed out in a timely manner and the Dr. is looking at me like it's my fault there is a lapse in time between he prescribing of medication and me picking it up. Dr. moreno Asked me at my visit on 1-5-16 why he I was previously prescribed Naproxen it took me over a month to pick it up. My Complaint is the delay in giving us our prescribed medication is straining the Dr./Patient consultations and hindering access to timely and proper future treatment.

Offender Signature _Terry Riggleman_    Date _1-6-16_

**Offenders – Do Not Write Below This Line**

Date Received: _1/7/16_    Tracking # _ACCI6MCC00103_
Response Due: _1/7/16_    Assigned to: _Medical_
Action Taken/Response:

Your naproxen order by Dr. Moreno was a new order as your old one had expired several months before. The medication had to be ordered. It takes a day or two to get it in. You will be called over when it arrives.

RECEIVED
MAR - 8 2016
GRIEVANCE OFFICE

_L. Campbell_    _L. Campbell_    _3-8-16_
Respondent Signature    Printed Name and Title    Date

**WITHDRAWAL OF INFORMAL COMPLAINT:**

RECEIVED    JAN 19 2016

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _FEB 25 2016_    Date: _____

OFFICE OF HEALTH SERVICES    Revision Date: 4/9/13

SA000652

## PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS
Emergency Grievance

Revised 7/17/15; Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 3

### Emergency Grievance      Log # 002090

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

Riggleman / Terry / 1000538 / ACC / C-1-19
Offender Last Name / First / Number / Facility / Building-Cell/Bed

### PART A- OFFENDER CLAIM

What is the emergency? I Am in PAIN!! I was prescribed Naproxen, Zanaflex and elavill on 1-5-16 for back pain. Was given Zanaflex + elavill on 1-8-16 and told Naproxen was here but I would be called over to pick it up for self-med. On 1-9-16 was told elaviix had to be re-ordered because it wasn't here. Funny it was here for 1 day on 1-8-16. Today is 1-10-16 and I still haven't been given Naproxen!! I'm in pain!!

1-10-16   11:37 Am     Terry Riggleman   1000538
Date/Time          Offender Signature and Number

### PART B- STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

[X] Your grievance does not meet the definition for an emergency. Action Taken/Recommended:
☐ Submit Informal Complaint      ☐ Evaluated by Medical: Date Seen ____
☐ Submit Sick Call Request        ☐ Send an Offender Request To: ____
☐ Submit Request to Dental        ☐ Other (Provide detailed explanation below)

Called offender over, pharmacy issued Naproxen. Elavil issue Resolved by pharmacy as well.

☐ Your grievance has been determined to be an emergency and the following action has been taken:
☐ Sent to Hospital: Date Transported ____   ☐ Other (Provide detailed explanation below)

RECEIVED
FEB 2 5 2016          JAN 19 2016
OFFICE OF HEALTH SERVICES

1/10/16 @ 1248pm   ____   ____
Date/Time   Respondent Signature   Name/Title Printed

☐ **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified
Alleged sexual abuse or sexual harassment ☐ Will be referred for Investigation

Determination by: ____
Signature   Name/Title Printed   Date/Time
Distribution: Original Grievance returned to Offender   Copy forwarded to Investigator

RECEIVED
MAR - 8 2016
GRIEVANCE OFFICE

SA000653

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866    7
DOC Location: C00 Central Office, Administration
Report generated by Ray, H C
Report run on 02/22/2016 at 2:41 PM


**COPY**

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Riggleman, Terry A | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00030 |
| **Housing** | | Filed | Augusta Correctional Center | |
| C-1-19-T | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER

MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that Analgesic balm was prescribed for your sciatic nerve pain for 30 days, which was more than 7 days.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED.** The ACC physician is responsible for your medical care and will determine the course of your back treatment. This includes prescribing you medication for a specified time frame. It is documented in your medical record that you were seen by the physician for your back pain in December and January 2016. Be advised that you should have unimpeded access to the ACC medical department if you have concerns regarding your medical treatment. This issue is governed by **restricted policy.**

**If you have any further issues, please resubmit a sick call request for further evaluation of your nerve pain and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

**In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

2-24-16

| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date |
|---|---|

RECEIVED

MAR 03 2016

GRIEVANCE OFFICE

Offender Grievance Response - Level II
Report run on 02/22/2016 at 2:41 PM

Rev. 05/31/2007

SA000654

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6
DOC Location: ACC Augusta Correctional Center
Report generated by Conner, S D
Report run on 02/09/2016 at 2:55 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | **Current** | Augusta Correctional Center | ACC-16-REG-00030 |
| **Housing** | | | **Filed** | Augusta Correctional Center | |
| C-1-19-T | | | | | |

**LEVEL I:** __WARDEN/SUPERINTENDENT'S RESPONSE__   (To be completed and mailed within 30 calendar days)

Grievance Summary:  You state that you were issued Analgesic balm on 12-18-15 for L3/L4 left posterior lateral disc bulge which is contacting the exiting L3 nerve root.  The disc bulge is causing sciatic nerve pain and has been for over a year now.  The Analgesic balm is for temporary relief of minor aches and pain of muscles and joints however you have nerve pain.  You were instructed to use the medication twice daily for 30 days.  The warning on the medication says not to use more than 7 days.  This is not proper prescribing of medication or proper medical treatment.  You are in pain and you want the L3/L4 disc evaluated and repaired by a qualified physician.

Informal Summary:  Ms. Landrum states you have been scheduled to see the doctor for a follow-up.

Investigation:  According to medical if the attending physician feels that you may need further testing or an outside evaluation you will be referred.  You are being treated in accordance with protocol.  If you feel that your condition has worsened you need to submit a sick call to be re-evaluated.

Procedure:  Operating Procedure 720.1 governs this matter.

Based on the above information your grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA  23261-6963

| Warden/Superintendent | *JAW...* | Date | 2/8/16 |
|---|---|---|---|

I wish to appeal the Level I response because: For one Ms. Landrum hasn't worked at this facility in several weeks and for two the informal summary and the investigation doesn't address the issue of being improperly prescribed medication for a longer period than the manufacturer of the medication recommends. This is malpractice. I have been seen by the Dr. twice since filing the complaint. once on 1-5-16 and Today 2-9-16, I'm still NOT getting any help for my documented injury!!. Simply Applying the Same answer to the Grievance as the Informal complaint is NOT an investigation!!

| Offender Signature | *Terry Riggleman* | Date | 2-9-16 |
|---|---|---|---|

RECEIVED
FEB 1 6 2016
OFFICE OF HEALTH SERVICES

RECEIVED
MAR 03 2016
GRIEVANCE OFFICE

Page 1 of 1

Rev. 05/31/2007

SA000655

PLAINTIFF'S EXHIBIT 5



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

## REGULAR GRIEVANCE

Log Number: Acc16Reg0003D

| Riggleman | Jerry | 1000538 | C-1 | 187 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) On 12-18-15 I was issued Analgesic balm for an L3/L4 left posterior lateral disc bulge which is contacting the exiting L3 Nerve root (MRI in file) The disc bulge is causing Sciatic Nerve pain and has been for over a year Now. The problem is the Tube of Analgesic balm says This for uses "For Temporary relief of minor aches and pain of muscles and Joints. I have Nerve pain Not muscle and Joint pain and I wouldn't Consider over a year of constant chronic pain minor. Pluss I was instructed to use the medication twice daily for 30 days. The warning on the medication says Not to use more than 7 days. This is Not proper prescribing of medication or proper medical treatment. I am in pain. The Informal Complaint was Not Answered in the Allotted time so I am Attaching receipt.

**What action do you want taken?** I want the L3/L4 left posterior lateral disc and any other bad discs in my back to be evaluated and repaired by a Qualified physician.

RECEIVED
FEB 16 2016
OFFICE OF HEALTH SERVICES

**Grievant's Signature:** Jerry Riggleman **Date:** 1-6-16

**Warden/Superintendent's Office:**

**Date Received:** JAN 11 2016

RECEIVED MAR 03 2016
RECEIVED JAN -7 2016 GRIEVANCE OFFIC

1 of 2    Revision Date: 1/14/13

SA000656

PLAINTIFF'S EXHIBIT 5

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

RECEIVED

DEC 2 2 2015

MEDICAL

Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 2

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance.  You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Terry Riggleman | 1000538 | C-1-14 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor      ☐ Food Service           ☐ Treatment Program Supervisor
☐ Personal Property            ☐ Commissary             ☐ Mailroom
☑ Medical Administrator        ☐ Other  (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

? 12-17-15 I was issued Analgesic Balm for An L3/L4; Left posterior lateral disc bulge which may be contacting the exiting left L3 Nerve root. This disc bulge is causing Sciatic Nerve pain from the middle of my back all the way down my left leg and foot. The medicine I was issued as the following statement for uses: "For temporary relief of minor aches and pains of muscles and joints"! I have Nerve pain Not muscle or Joint pain. I am Not being treated properly and I am being prescribed medication in an experimental fashion. I need help I Am in pain!!

Offender Signature _Terry Riggleman_      Date _12-17-15_

**Offenders – Do Not Write Below This Line**

Date Received: _12/21/15_                            Tracking # _ACC 15 INFO 5937_
Response Due: _12/31/15_          Assigned to: _Medical_
Action Taken/Response!

You have been scheduled to see the doctor for a follow up.

RECEIVED

FEB 1 6 2016

OFFICE OF HEALTH SERVICES

| Ms. Landrum, HSA | Ms. Landrum, HSA | 1/4/16 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

RECEIVED

## WITHDRAWAL OF INFORMAL COMPLAINT:

MAR 03 2016

I wish to voluntarily withdraw this Informal Complaint.  I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue. OFFICE

JAN 11 2016

Offender Signature: _____          Date: _____

Staff Witness Signature: _____      Date: _____

*Revision Date: 4/9/13*

SA000657

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

## Offender Grievance Response - Level II

866.1 A-7
DO(   )cation: C00 Central Office, Administration
Report generated by Ray, H C
Report run on 02/18/2016 at 1:07 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Riggleman, Terry A | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00011 |
| Housing | | Filed | Augusta Correctional Center | |
| C-1-19-T | | | | |

**LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE** (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint you have not received your Neurontin and Analgesic balm medications which were prescribed to you on 12/10/15.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. As you were advised, it is reported that you received the Analgesic balm during the informal process of your complaint on 12/18/15. It is further reported that you refused the prescribed Neurontin. This issue is governed by **restricted policy.**

If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan. You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.

2·19·16

| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date |
|---|---|

RECEIVED
FEB - 4 2016
GRIEVANCE OFFICE

SA000663

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

86 )-6
DOC Location: ACC Augusta Correctional Center
Report generated by Conner, S D
Report run on 02/09/2016 at 2:59 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | **Current** | Augusta Correctional Center | ACC-16-REG-00011 |
| **Housing** | | | **Filed** | Augusta Correctional Center | |
| C-1-19-T | | | | | |

LEVEL I:    **WARDEN/SUPERINTENDENT'S RESPONSE**    (To be completed and mailed within 30 calendar days)

Grievance Summary: You state that you were prescribed medication on 12-10-15 and it took eight days, an informal and emergency grievance just to obtain something as simple as analgesic balm. This is in no way considered humane or a safe medical practice. This type of delay in medication is unexcusable. You want any and all medical services to be done in a reasonable timely manner including distributing medication as well as administering proper medical care.

Informal Summary: Ms. Landrum states you received your balm KOP on 12-18-15. The Gabepentin 300mg was denied and sent back to he physician for review.

Investigation: According to Ms. Campbell this matter has been addressed however the medical department has no control over the delivery of medication. As soon as medications are received and inventoried they are issued.

Procedure: This matter is governed by a restricted Operating Procedure.

Based on the above information your grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA 23261-6963

| Warden/Superintendent | *J.A. Wood* | | Date | 2/9/16 |
|---|---|---|---|---|

I wish to appeal the Level I response because: If medical has no controll over the delivery of medication Then who does?? IS medications are issued as soon as They are received and inventoried Then why did it take the attached emergency grievance to get mine?? I know for a fact I'm not the only one at A.C.C. who is having problems getting medication once it has been prescribed. I've had an issue since this one and that is in the "paperwork" process Also!!. Besides Ms. Landrum has been Gone from A.C.C, For several weeks Now!!

| Offender Signature | *Terry Riggleman* | | Date | 2-9-16 |
|---|---|---|---|---|

**RECEIVED**
FEB 16 2016
OFFICE OF HEALTH SERVICES

RECEIVED
MAR - 1 2016
GRIEVANCE OFFICE

Page 1 of 1

Rev. 05/31/2007

SA000664

PLAINTIFF'S EXHIBIT 5


**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Regular Grievance 866_F1_1-13

## REGULAR GRIEVANCE

Log Number *Accie Regan 11*

| *Riggleman* | *Terry* | *1000538* | *C-1* | *19T* |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT? (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.)** *I was prescribed medication on 12-10-15 and it took eight days an informal complaint, and an emergency grievance Just to obtain something as simple as analgesic balm. This in No way can be considered humane or Safe medical practice. The attached copies of both the informal complaint and the emergency grievance shows the extent a person has to go through here while they have been in chronic pAIN Due to a L3/L4 left posterior lateral disc bulge that is contacting the exiting left L3 Nerve root since 11-29-14, (MRI in file) This type of delay in medication is unexcuseable. Especially since we are given only the bare Minimal treatment anyhow.*

**What action do you want taken?** *Medical Needs to be made Aware that they are dealing with live human beings and regardless if we are incarcerated or Not All people should be treated with professional and compassionate medical care. Any and All medical Services should be done in a reasonably timely manner including distributing medication as well as Administring proper medical care!!*

**Grievant's Signature:** *Terry Riggleman*      **Date:** *1-6-16*

**Warden/Superintendent's Office** RECEIVED

**Date Received:** ___ FEB 1 6 2016 ___

OFFICE OF HEALTH SERVICES

RECEIVED
RECEIVED JAN 2 2016
JAN - 7 2016 GRIEVANCE OFFICE
GRIEVANCE OFFICE

Revision Date: 1/14/13

SA000665

**PLAINTIFF'S EXHIBIT 5**



VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

RECEIVED
DEC 2 9 2015
MEDICAL

Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 2

### Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Terry Riggleman | 1000538 | C-1-19
Offender Name | Offender Number | Housing Assignment

☐ Unit Manager/Supervisor  ☐ Food Service  ☐ Treatment Program Supervisor
☐ Personal Property  ☐ Commissary  ☐ Mailroom
☑ Medical Administrator  ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific): Medical is incompetent to order medication!! I was prescribed Neurontin & Analgesic balm on 12-10-15 for chronic sciatic/back pain. I was changed med @ pg#400 on 12-11-15 for these medications. I still haven't recieved them and I am being told by the nurse at the pill window that there is no record on the computer of me being prescribed Neurontin. I have been in serious pain for over a year now and haven't been taken seriously. I finally got an MRI on 11-20-15 and it shows I have 3 lumbar disc bulges with one contacting exiting L3 Nerve root. This is on my file. Why can't medication be recieved in A timely manner here ??? I'm in PAIN!!!

Offender Signature _Terry Riggleman_   Date 12-17-15

**Offenders – Do Not Write Below This Line**

Date Received: 12/21/15   Tracking # ACC16 INF05938
Response Due: 12/31/15   Assigned to: Medical
Action Taken/Response:

You Recieved your balm KOP on 12/18/15 the Gabapentin 300mg was denied and sent back to the physician to review.

RECEIVED
FEB 16 2016
OFFICE OF HEALTH SERVICES

MS. Landrum, HSA | MS. Landrum, HSA | 12/29/15
Respondent Signature | Printed Name and Title | Date

RECEIVED

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint.  I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____  Date: JAN -7 2016
Staff Witness Signature: _____  Date: _____

*Revision Date: 4/9/13*

SA000666

PLAINTIFF'S EXHIBIT 3

Rev. 7/17/15; Effective Date: July 1, 2013
Operating Procedure 866.1     Attachment 3

A DEPARTMENT OF CORRECTIONS
...ncy Grievance

Log # **002021**

## Emergency Grievance

are provided for offender reporting and expedited staff responses to allegations that an offender is subject to
...imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of
...onal injury or irreparable harm.

| | | | |
|---|---|---|---|
| Riggleman | Terry | 1000538 | A.C.C. | C-1-19 |
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

## PART A- OFFENDER CLAIM

What is the emergency? I was prescribed Neurotin and analgesic balm for chronic Sciatic/back pain on 12-10-15. I was charged med-co pay on 12-11-15 for both medications. I am being told by the Nurse at the pill window that there is no record of the Neurotin one I haven't been given the analgesic balm either. I had an MRI done on 11-20-15 and it shows I have 3 Lumbar Disc bulges one contacting L3 nerve root. I have been in severe pain for over a year now that incu daily. I need help!!

Terry Riggleman   1000538
Offender Signature and Number

12-17-15    3:05 pm
Date/Time

## PART B- STAFF RESPONSE

(This part is to be completed and returned to the offender within eight (8) hours.)

(This part is to be completed and returned to the offender within eight (8) hours.)

☑ Your grievance does not meet the definition for an emergency. Action Taken/Recommended:

☐ Submit Informal Complaint         ☐ Evaluated by Medical: Date Seen _____
☐ Submit Sick Call Request          ☐ Send an Offender Request To: _____
☐ Submit Request to Dental          ☑ Other  (Provide detailed explanation below)

You will be called over for the analgesic balm, tonight. As for the Neurantin the DOC did not approve the order. Any further concerns need to be addressed on a Request for the MD.

☐ Your grievance has been determined to be an emergency and the following action has been taken:

☐ Sent to Hospital: Date Transported _____     ☐ Other  (Provide detailed explanation below)

| | | |
|---|---|---|
| 12-17-15 @ 3:15 pm | Sizemore LPN/T Hamilton RN | Sizemore, LPN / T Hamilton RN |
| Date/Time | Respondent Signature | Name/Title Printed |

☐ **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or
Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment    ☐ Will be referred for Investigation

Determination by: _____
Signature

**RECEIVED**
FEB 1 6 2016
OFFICE OF HEALTH SERVICES

RECEIVED
JAN - 7 2016
GRIEVANCE OFFICE

RECEIVED
JAN - 7 2016
GRIEVANCE OFFICE

SA000667

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1 A-7
DC Location: C00 Central Office, Administration
Report generated by Ray, H C
Report run on 02/18/2016 at 1:39 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Riggleman, Terry A | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00012 |
| Housing | | Filed | Augusta Correctional Center | |
| C-1-19-T | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint you have not your receiving treatment to fix a bulging disc in your lower back which is causing you pain throughout your back and leg.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. Ultimately it is the discretion of the ACC physician to recommend you a medical specialty referral. It is reported that you are receiving the back treatment which the physician agrees is appropriate for you. This issue is governed by **OP 720.1**.

If you have any further issues, please resubmit a sick call request for further evaluation of your back pain and treatment plan. You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.

2·19·16

| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date |
|---|---|

RECEIVED
MAR - 1 2016
GRIEVANCE OFFICE

Offender Grievance Response - Level II
Report run on 02/18/2016 at 1:39 PM

Rev. 05/31/2007

SA000668

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

86( )-6
DOC Location: ACC Augusta Correctional Center
Report generated by Conner, S D
Report run on 02/04/2016 at 1:45 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00012 |
| **Housing** | | | Filed | Augusta Correctional Center | |
| C-1-19-T | | | | | |

**LEVEL I:     WARDEN/SUPERINTENDENT'S RESPONSE**     (To be completed and mailed within 30 calendar days)

Grievance Summary: You state that you are in chronic pain due to L3/L4 left posterior lateral disc bulge that is pressing on your L3 exiting nerve root. Since the pain started over a year ago you have been on the following medications: 800mg Ibuprofen, Mobit, Zanaflex, Flexarill, Naproxen and 3 separate times of Prednisone. None of these medications worked at all so you were sent for an MRI on 11-20-15. After the MRI showed you have three bulging discs Dr. Landauer prescribed Gabepentin and Analgesic balm for muscle spasms. You want the L3/L4 left posterior lateral disc bulge that is causing you pain throughout your back, hip, left leg and foot repaired.

Informal Summary: Ms. Landrum states you have been scheduled to see the doctor for a follow up.

Investigation: According to Nurse Campbell Dr. Moreno reviewed and signed off on your MRI. You are being followed and treated in accordance with protocol. If you are having issues or feel that your condition has worsened submit a sick call to be re-evaluated.

Procedure: Operating Procedure 720.1 governs this matter.

Based on the above information your grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA 23261-6963

| Warden/Superintendent | _Jacobson_ | Date | 2/9/16 |
|---|---|---|---|

I wish to appeal the Level I response because: For one MS. Landrum No longer works here and for two and Three I have seen Dr. moreno twice since filing the attached Informal complaint. 1-5-16 and 2-9-16. I can see the Dr. a million times and keep taking the same medications that don't work over and over and I will still be in daily, documented pain until I am given proper medical treatment. In your expert medical opinion has medication ever fixed a lateral disc bulge?? Because the medication I am being prescribed over and over is making mine worse!!

| Offender Signature | _Terry Riggleman_ | Date | 2-9-16 |
|---|---|---|---|

RECEIVED
MAR - 1 2016
GRIEVANCE OFFICE

**RECEIVED**
FEB 1 6 2016

Page OFFICE OF HEALTH SERVICES Rev. 05/31/2007

SA000669

PLAINTIFF'S EXHIBIT 5



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_1-13

# REGULAR GRIEVANCE

Log Number *Acc16 Reg000 12*

| Riggleman | Terry | 1000538 | C-1 | 19r |
|---|---|---|---|---|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) As you can see from the attached informal complaint and MRI I am in Chronic pain Due to L3/L4 left posterior lateral disc bulge that is pressing on my L3 exiting Nerve root. Since this pain started, over a year ago, I have been on the following medications : 800mg Ibuprofen, Mobic, Zanaflex, Flexaril, Neproxen and 3 seperate times of prednosone (Steroid). None of these medications worked at all SO I was sent for an MRI on 11-20-15 (copy Attached) After the MRI showed I have three bulging discs Dr. landauer prescribed gabepentin and analgesic balm (for muscle spasms). I was Told by Dr. macdonald before the MRI that the only thing that is going to help me is to find out what is putting pressure on my Sciatic Nerve and get the pressure off of the Nerve. Now that we Know that it is a disc No medication is going to fix a bulging disc especially if dr. recommended treatment is being denied.

**What action do you want taken?** I want the L3/L4 left posterior lateral disc bulge that is contacting the L3 Nerve root (we know this because of my pain) in my back that has been causing me Sciatic Nerve pain throughout my back, hip, left leg and foot since 11-29-14 to be repaired.

**Grievant's Signature:** *Terry Riggleman*   **Date:** 1-6-16

**Warden/Superintendent's Office:**
**Date Received:** _____

RECEIVED
FEB 1 6 2016

RECEIVED
JAN -7 2016
GRIEVANCE OFFICE

RECEIVED
MAR - 1 2016 GRIEVANCE OFFICE

SA000670

PLAINTIFF'S EXHIBIT 5

*Augusta* HEALTH

RECEIVED
NOV 3 0 2015
MEDICAL

Augusta Health
78 Medical Center Drive
Fishersville, VA 22939

Department of Radiology
(540) 332-4400
(540) 932-4400

David C MacDonald DO
Augusta Correctional Center, 1821 Estaline Valley Rd
Craigsville, VA 24430

| Patient: RIGGLEMAN, TERRY | Acct #: M00063779128 | MR #: M0398745 |
| | Status: REG CLI | |
| Tech: RAD.A2M | Age/Sex: 39M | Loc: MRI |
| Report#: 1120-0436 | Phys: David C MacDonald DO | Pat phone #: (540)997-7000 |
| Report Source: Nuance | Dict. Date: 11/20/15 1703 | |

**Status of this Report is Signed**
**Please note that Reports in Draft Status are not Final Reports**

## ***Report is final after physician e-signature***

Date of Service: 11/20/15          Dictating Physician: David C Ratliff MD
Exam(s): 1120-0028 MRI/MRI * Spine Canal Lumbar w/o
DOB: 12/30/1975
Confidential Report: N
Diagnosis: LT LUMBAR PAIN
Reason for Exam: LT LUMBAR PAIN

Study: Lumbar spine MRI dated 11/20/2015 at 1557 hours.

Comparison: No previous available

History: Back pain

Technique: Multiple MR sequences were obtained through the lumbar spine before and after administration of contrast.

Findings:
5 nonrib-bearing lumbar vertebral bodies are identified. Alignment is anatomic. Vertebral body and intervertebral disc space height is well maintained throughout.  Mild disc desiccation at L4-L5.  The conus terminates at the L1 vertebral body level.  No abnormal signal in the visualized distal cord.

L1/L2: Mild broad-based disc bulge.  No canal stenosis or neuroforaminal narrowing.

L2/L3: No canal stenosis or neuroforaminal narrowing.

Ordering Physician copy          RADIOLOGY RECORD     Signed          Dale Moreno, MD
Page 1 of 2                                    RECEIVED
                                              FEB 1 6 2016
                                              JAN - 7 2016

GRIEVANCE OFFICE

...TH SERVICES

FORM NO. 190224 REV. 5/00

SA000671

100053%

PLAINTIFF'S EXHIBIT 5

| Patient: RIGGLEMAN,TERR | Acct #: M000637 )28 |
|---|---|
| Unit #: M0398745 | Report #: 1120-043b |
| DOB: 12/30/1975 | |

L3/L4: Left posterior lateral disc bulge which may be contacting the exiting left L3 nerve root.

L4/L5: Broad-based disc bulge which is causing mild bilateral neuroforaminal narrowing

L5/S1: No canal stenosis or neuroforaminal narrowing.

The visualized soft tissue structures are unremarkable.

Impression:

Mild disc disease.  The exiting left L3 nerve root may be contacted in the neural foramen.

Electronically signed by: David C Ratliff, MD
Date/Time signed: 11/20/15 1709

C:  David C MacDonald DO

RECEIVED

FEB 1 6 2016

OFFICE OF HEALTH SERVICES

Ordering Physician copy
Page 2 of 2

RADIOLOGY REPORT   GRIEVAN Signed   JAN

FORM NO. 180224 REV. 5/00

SA000672

PLAINTIFF'S EXHIBIT 5

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

RECEIVED
DEC 2 2 2015

MEDICAL

Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 2

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Terry Riggleman | 1000538 | C-1-19 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator

- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____

- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

I am in chronic pain due to Sciatica. I was dissaproved by the DOC for medication recommended by Dr. Landauer on 12-10-15. I have an MRI Dated 11-30-15 Stating I have a disc pressing on my L3 Nerve root. I am Not being treated for my Chronic pain despite going through the proper sick call procedures and documented proof that I have problems!! I Am in pain !! I Can't sleep!!

Offender Signature _Terry Riggleman_   Date _12-17-15_

**Offenders - Do Not Write Below This Line**

Date Received: _12/21/15_                          Tracking #_ACC15-IHC05939_
Response Due: _12/31/15_            Assigned to: _Medical_
Action Taken/Response:

You have been scheduled to see the doctor for a follow up.

RECEIVED
FEB 1 6 2016
OFFICE OF HEALTH SERVICES

_Ms. Landrum, HSA_        _Ms. Landrum, HSA_        _1/4/16_
Respondent Signature          Printed Name and Title          Date

**WITHDRAWAL OF INFORMAL COMPLAINT:**

RECEIVED
JAN 2016
GRIEVANCE OFFICE

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____  Date: _____

Staff Witness Signature: _____  Date: _____

_Revision Date: 4/9/13_

SA000673

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMEN. OF CORRECTIONS

**Grievance Continuance Receipt**

866.1 .__

DOC Location: ACC Augusta Correctional Center

Report generated by Conner, S D

Report run on 02/05/2016 at 4:11 PM

Grievance Number: ACC-16-REG-00012

Next Action Date: 02/19/2016 12:00 AM

**Continuance**

| Level | Due Date | Reason | By |
|-------|----------|--------|-----|
| 1 | 02/19/2016 | Awaiting information | Conner, Sandra D |
| 2 | | | |
| 3 | | | |

On this date: 01/07/2016       I have received a statement from:

Riggleman, Terry A          1000538      of      Augusta Correctional Center

*(Offender Name and DOC#)*                              C-1-19-T

                                                          *(Filed Location and Housing)*

Setting out the following complaint:

| |
|---|
| States he is in chronic pain due to sciatic nerve and disc bulge/has not received proper medical treatment despite going through proper sick call. |

S. D. Conner
Human Rights Advocate

_____          _____
*(Signature)*                                    *(Title)*

Rev. 03/30/2009

SA000679

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Grievance Continuance Receipt**

866.1 ...

DOC Location: ACC Augusta Correctional Center

Report generated by Conner, S D

Report run on 02/05/2016 at 4:10 PM

Grievance Number: **ACC-16-REG-00011**

Next Action Date: **02/19/2016 12:00 AM**

## Continuance

| Level | Due Date | Reason | By |
|-------|----------|--------|-----|
| 1 | 02/19/2016 | Awaiting information | Conner, Sandra D |
| 2 | | | |
| 3 | | | |

On this date: **01/07/2016**    I have received a statement from:

Riggleman, Terry A                    1000538    of    Augusta Correctional Center

*(Offender Name and DOC#)*

C-1-19-T

*(Filed Location and Housing)*

Setting out the following complaint:

States he had to wait 8 days to get his analgesic balm/this is unexcusable.

S. D. Conner
Human Rights Advocate

_____                    _____
*(Signature)*                                              *(Title)*

SA000684

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1-A-7
DOC Location: C00 Central Office, Administration
Report generated by Ray, H C
Report run on 03/11/2015 at 4:09 PM



| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | **Current** | Augusta Correctional Center | ACC-14-REG-01089 |
| **Housing** | | | **Filed** | Augusta Correctional Center | |
| D-1-19-T | | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that you have not received a proper medical diagnosis and treatment for you shoulder injury.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. It is reported by Dr. MacDonald that you received steroid therapy for your left shoulder in October 2014 and the dosage was tapered or lowered in December 2014. In March 2015, the physician has recommended an MRI of your shoulder, and you are receiving anti-inflammatory medication as well. There is no evidence to conclude that you are not receiving proper diagnosis and treatment for your shoulder injury. This issue is governed OP 720.1.

**If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

**In accordance with OP 866.1 governing the Inmate Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| | | |
|---|---|---|
| | | 3/11/15 |
| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | | Date |

Offender
Grievance
Response
- Level II

RECEIVED
Rev. 05/31/2007

MAR 17 2015

GRIEVANCE OFFICE

Report run
on
03/11/2015

SA000717

PLAINTIFF'S EXHIBIT 5



**VIRGINIA DEPARTMENT OF CORRECTIONS**

**Offender Grievance Response - Level I**

2015 MAR -6 AM 11: 33

86    -6
DOC Location: ACC Augusta Correctional Center
Report generated by Conner, S D
Report run on 02/20/2015 at 2:04 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Riggleman, Terry A | 1000538 | Current | Augusta Correctional Center | ACC-14-REG-01089 |
| Housing | | Filed | Augusta Correctional Center | |
| D-1-19-T | | | | |

**LEVEL I:    WARDEN/SUPERINTENDENT'S RESPONSE    (To be completed and mailed within 30 calendar days)**

Grievance Summary:  You state that you have been in pain due to a yet to be diagnosed shoulder injury for at least 15 months now.  You saw the doctor on 10-30-14 and was told that you would be given a follow up in 4-5 weeks because of your long term problem and issued 30 days of Mobit.  You were then called to see the doctor on 12-10-14 but this was for chronic care which is with the RN, DON.  You claim that you are receiving the run-a-round.  You want to get a proper medical diagnosis and proper treatment.

Informal Summary:  According to RN Damen, DON the doctor ordered a follow up in 180 days.

Investigation:  According to Ms. Landrum, HSA you received a follow up from Oct 30th appointment at your chronic care visit on 12-12-14.

Procedure:  Operating Procedure 720.1 governs this matter.

Based on the above information your grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 5427 Peters Creeks Road-Suite 350, Roanoke, VA  24019-3891

| Warden/Superintendent | _Jawooda_ | Date | 2/20/15 |
|---|---|---|---|

I wish to appeal the Level I response because: The investigation into this matter still didn't give/look for any evidence that I have been given a proper medical diagnosis or proper treatment. If you think it did then please explain to me what is causing constant shoulder pain in my left shoulder for a year and a half Now?? Because my file doesn't show nor can Any of these so called expert medical staff attendees explain it to me. This is why I feel that I am getting the run-around. Exactly what was I given perscription Federally regulated drugs for??

| Offender Signature | _Terry Riggleman_ | Date | 2/26/15 |
|---|---|---|---|

**RECEIVED**

MAR 17 2015
Page 1 of 1
GRIEVANCE OFFICE

**RECEIVED**
FEB 27 2015
OMBUDSMAN SERVICE UNIT
WESTERN REGION Rev. 05/31/2007

SA000718

PLAINTIFF'S EXHIBIT 5



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

# REGULAR GRIEVANCE

2015 MAR -8 AM 11:

Log Number ACC14 Rego 108°

| Riggleman | Terry | 1000538 | D-1 | 19 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) I have been in PAIN due to a yet to be diagnosed shoulder injury for at least 15 months now. I saw the Dr. on 10-30-14 and was told I would be given a follow up in 4-5 weeks because of my long term problem and issued 30 days of mobit. I was called to the Dr. on 12-10-14 3 days after I filed the attached Informal complaint but this was for a chronic care appointment and that is what the RN, DON is refering to when she states "Dr. ordered a follow up in 180 days". If medical would actually take the time to scan a file to check how long and what issues a PAtient is having before they just try to give a standard answer, throw a pill at you or just plainly give you a run around in a malpractic way then maybee a PAtient here could actually get medical diagnosis and proper - adequate treatment.

**What action do you want taken?** I want Tax payer dollars to actually go towards diagnosis and treatment of offenders instead of training people who took an oath to help the sick in the art of deception and stall tactics.

Grievant's Signature: Terry Riggleman        RECEIVED 12-21-14

Warden/Superintendent's Office: _____   RECEIVED   OMBUDSMAN SERVICES   RECEIVED

Date Received: _____   MAR 17 2015   WESTERN REGION   DEC 22 2014

FEB 27 2015

GRIEVANCE OFFICE        GRIEVANCE OFFICE

1 of 2        Revision Date: 1/14/13

SA000719

PLAINTIFF'S EXHIBIT 5

VIRGINIA
DEPARTMENT OF CORRECTIONS

REGULAR GRIEVANCE

Regular Grievance 866_F1_1-13

Log Number: ACC14 Rego 1089

| Riggleman | Terry | 1000538 | D-1 | 19 |
|---|---|---|---|---|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) I have been in PAIN due to a yet to be diagnosed shoulder injury for at least 15 months now. I saw the Dr. on 10-30-14 and was told I would be given a follow up in 7-5 weeks because of my long term problem and issued 30 days of Mot. I was called to the Dr. on 12-10-14 3 days after I filed the attached Informal Complaint but this was for a chronic care appointment and that's what the RN DON is refering to when she states the Dr. ordered a follow up in 180 days. If medical would actually take the time to scan a file to check how long and what issues a PAtient is having before they just try to give a standard answer, throw a pill at you of just plainly give you a run around in a malpractic way then maybee a PAtient here could actually get medical diagnosis and proper - adequate treatment.

**What action do you want taken?** I want Tax payer dollars to actually go towards diagnosis and treatment of offenders instead of training people who took an oath to help the sick. If the art of deception is a skill practice, left shoulder for a year and a half Now?? Because My student doesn't show me can haw of these so called expert medical staff offenders explain if to me. that is why I feel that I am getting "

Grievant's Signature: Terry Riggleman   Date: 12-21-14

Warden/Superintendent's Office:

Date Received: _____

RECEIVED
MAR 17 2015
GRIEVANCE OFFICE

RECEIVED
FEB 27 2015
OMBUDSMAN OFFICE UNIT
WESTERN REGION

RECEIVED
DEC 22 2014
GRIEVANCE OFFICE

1 of 2    Revision Date: 1/14/13

SA000720

**PLAINTIFF'S EXHIBIT 5**

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

DEC 10 2014

RECEIVED

Effective Date: December 1, 2010
Operating Procedure 866.1   Attachment 3

**Informal Complaint**

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| Terry Riggleman | 1000588 | D-1-19 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____
- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

Saw Dr. on 10-30 and was told I would have a follow up in 4 or 5 weeks but I haven't been called yet. I can put in millions of sick-call requests but it does no good if Medical is Broken. I have been putting in sick calls and playing the Run around game for over a year now for my Shoulder Injury! I am in pAIN!!

Offender Signature _Terry Riggleman_   Date _12-7-14_

**Offenders – Do Not Write Below This Line**

Date Received: _12/9/14_   Tracking #_ACC14Infor4878_
Response Due: _12/20/14_   Assigned to: _Medical_
Action Taken/Response:

Doctor ordered a follow up in 180 days.

_D Damon_   _D Damon RN, DON_   _12-16-14_
Respondent Signature   Printed Name and Title   Date

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint.  I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _____
Staff Witness Signature: _____   Date: _____

RECEIVED DEC 22 2014 GRIEVANCE OFFICE

MAR 17 2015 GRIEVANCE OMBUDSMAN SERVICE UNIT WESTERN REGION

Revision Date: 9/23/10

SA000721

PLAINTIFFS EXHIBIT 5

VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender-Request 801_F3_7-12

RECEIVED
DEC 0 4 2014
DENTAL

## Offender Request

2015 MAR -6 AM 11: 34

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Riggleman | Terry | A | 1000538 | D-1-19 |
| WORK ASSIGNMENT | ASSIGNED COUNSELOR | | TODAY'S DATE | |
| Sec. Rec field | DuQuense | | 12-3-14 | |

TO: ☐ Unit Manager ☑ Medical ☐ Personal Property ☐ Law Library ☐ Security
☐ Treatment ☐ Mental Health ☐ Education ☐ Enterprise Shop ☐ Accounting
☐ Chaplain ☐ Assistant Warden ☐ Warden ☐ Other

**CHECK PURPOSE** ☐ Appointment Request ☑ Question/Statement

I Saw the Dr. on 10-30-14 and She told me that I would have a follow-up in 4 to 5 weeks because of my ongoing shoulder injury and an attempt at trying New medication (mobiT.) !! I am in Serious pain and the medication is Not Working So when Am I going to have this follow up visit ??

---

### DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

You need to put in a Sick acall request So they can get you scheduled

---

### RECEIVED

MAR 17 2015

GRIEVANCE OFFICE 12/4/14

RECEIVED
FEB 27 2015
OMBUDSMAN SERVICE
WESTERN

Offender seen ☐ Yes ☑ No

Landrum HSA
**Official Responding**

Date of Response

Revision Date: 7/16/12

SA000722

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.A-7
DOC Location: C00 Central Office, Administration
Report generated by Ray, H C
Report run on 03/27/2014 at 3:18 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Riggleman, Terry A | 1000538 | Current | Augusta Correctional Center | ACC-14-REG-00181 |
| **Housing** | | **Filed** | Augusta Correctional Center | |
| D-1-19-T | | | | |

**LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)**

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that you should have been seen by the doctor within 72 hours after submitting your sick call rest form for a shoulder injury.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED.** Be advised that you should be seen by a qualified healthcare professional (the nurse or the physician) within 72 hours after your sick call request is triaged by the healthcare staff. Furthermore, after being seen by the nurse, it is the discretion of the nurse to refer you to the physician, if necessary. This issue is governed by **OP 720.1.**

**If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

**In accordance with OP 866.1 governing the Inmate Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

3/28/14

| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date |
|---|---|

RECEIVED

APR - 2 2014

GRIEVANCE OFFICE

Rev. 05/31/2007

SA000753

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

806.1 A-6
DOC Location: ACC Augusta Correctional Center
Report generated by Conner, S D
Report run on 03/21/2014 at 1:16 PM

| Offender Name | | DOC# | Location | | | Grievance Number |
|---|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | Current | Augusta Correctional Center | | ACC-14-REG-00181 |
| Housing | | | Filed | Augusta Correctional Center | | |
| D-1-19-T | | | | | | |

LEVEL I:     WARDEN/SUPERINTENDENT'S RESPONSE     (To be completed and mailed within 30 calendar days)

Grievance Summary:  You state you saw the nurse for sick call and was charged but you never seen the doctor despite an ongoing shoulder injury.  There were no nurse's instructions given to you.  The only thing you were told was that you would be put on the list to see the doctor and now you are being told to put in another sick call.  You know policy and you know that you are to be seen by a doctor within 72 hours of submitting a sick call request form.  It has been over 29 days and you haven't been seen by a doctor.  You want to quit experimenting on you and to give you proper medical treatment.

Informal Summary:  You were seen and treated by medical.  Dr. MacDonald reviewed the file and agreed with the nurses instructions if it continues to be an issued Dr. MacDonald said to file via sick call as needed.

Investigation:  Dr. MacDonald reviewed your file, he said if you continue to have a problem sign up for sick call per policy to be evaluated.

Procedure: Operating Procedure 720.1 governs this matter.

Based on the above information your grievance is deemed UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:

Health Services Director, PO Box 26963, Richmond, VA  23261-6963

| Warden/Superintendent | *J A Woods* | Date | 3/21/14 |
|---|---|---|---|

| I wish to appeal the Level I response because: |
|---|
| The Response from the warden is a standard Answer!! The facts are I Already Saw The Nurse for sick call and Nothing was done so If I put in another Sick Call Nothing is going to be done either. How long is this Dog & Pony Show that is called "medical" going to be Allowed to experiment on inmates and give us the Run Around when it comes to medical Treatment ?? |

| Offender Signature *Terry Riggleman* | Date   3-24-14 |
|---|---|

**RECEIVED**

MAR 2 7 2014

OFFICE OF HEALTH SERVICES

RECEIVED

APR - 2 2014

GRIEVANCE OFFICE

Rev. 05/31/2007

SA000754

PLAINTIFF'S EXHIBIT 5



VIRGINIA DEPARTMENT OF CORRECTIONS
Regular Grievance

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 2

## REGULAR GRIEVANCE

Log Number: Acc 14 Reg 00 181

| Riggleman | Terry | 1000538 | D-1 | 19 |
|-----------|-------|---------|-----|-----|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complaint or other documentation of informal process.) _I saw the Nurse for sick call and was charged but I was Never seen by the doctor despite an ongoing shoulder injury. According to the response on the attached Informal complaint and request form "Dr. macdonald agreed with the Nurses instructions". Their were No Nurses instructions given to me. The only thing I was told was that I would be put on the list to see the Doctor and Now I am being told to put in another Sick Call. Why would I do that if I am Not being given medical Treatment when I do?? I know the policy on being seen by medical and according to Health Services in Richmond Inmates are to be seen by a Dr. within 7 days of submitting a sick call request form. well today makes 29 days and I still haven't been seen by a Dr. This is a clear violation of my 8th amendment Right to Not be submitted to cruel and unusual punishment!!_

**What action do you want taken?** _I want medical to quit experimenting on me and to give me proper medical treatment which first involves proper diagnosis of the condition and then reasonable Treatment._

Grievant's Signature: _Terry Riggleman_     Date: _2-19-14_

Warden/Superintendent's Office:

Date Received: _____ MAR 2 7 2014

RECEIVED
FEB - 2 2014
GRIEVANCE OFFICE

RECEIVED
FEB 2 0 2014
GRIEVANCE OFFICE

OFFICE OF HEALTH SERVICES

1 of 2

Revision Date: 5/29/07

SA000755

PLAINTIFF'S EXHIBIT 5



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Offender Request** 801_F3_7-12

## Offender Request

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Riggleman | Terry | A | 1000538 | D-1-19 |
| **WORK ASSIGNMENT** | **ASSIGNED COUNSELOR** | | **TODAY'S DATE** | |
| Sec. Rec  C/D | Duquense | | 2-7-14 | |

TO: ☐ Unit Manager ☒ Medical ☐ Personal Property ☐ Law Library ☐ Security
☐ Treatment ☐ Mental Health ☐ Education ☐ Enterprise Shop ☐ Accounting
☐ Chaplain ☐ Assistant Warden ☐ Warden ☐ Other _____

**CHECK PURPOSE** ☐ Appointment Request ☒ Question/Statement

I have Attached the Copay Slip you asked for but my Complaint
is Not about the money it is about Not being seen by
the doctor for 13 days Now After I went to Sick Call!!

---

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

See Dr. MacDonald reviewed your
file, agreed with the nurses instruction
and wrote to you to follow up via
sick call with continuing problems

RECEIVED
MAR 2 7 2014
OFFICE OF HEALTH SERVICES

GRIEVANCE OFFICE

RECEIVED
FEB 2...
GRIEVANCE OFFICE

Offender seen ☐ Yes ☐ No.

Shippen Don                    2/18/14

**Official Responding**          **Date of Response**

Revision Date:7/16/12

SA000756

PLAINTIFF'S EXHIBIT 5

RECEIVED
FEB 18 2014
MEDICAL



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Terry Riggleman — Offender Name
1000538 — Offender Number
D-1-19 — Housing Assignment

☐ Unit Manager/Supervisor
☐ Personal Property
☑ Medical Administrator
☐ Food Service
☐ Commissary
☐ Other (Please Specify):
☐ Treatment Program Supervisor
☐ Mailroom

Briefly explain the nature of your complaint (be specific):

I saw the nurse for sick call on 1-22-14 for my shoulder that has been injured for months now and it is 2-6-14 and I still haven't seen the doctor yet. There has been a fee of $5.00 deducted from my account for med-co pay but I haven't recieved any actuall medical treatment yet.

Offender Signature: Terry Riggleman    Date: 2-6-14

**Offenders - Do Not Write Below This Line**

Date Received: 2/14/14
Response Due: 2/24/14
Action Taken/Response:

Tracking # ACC14JnF00688
Assigned to: Medical

You were seen & treated by medical Dr MacDonald reviewed the file & agreed with the nurse's instructions if it continues to be an issue Dr MacDonald said to F/u via sick call as needed

Respondent Signature    Printed Name and Title    Date
R Shipp  DON  E Shipp    RECEIVED 2/18/14

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: ___  Date: ___
Staff Witness Signature: ___  Date: ___

RECEIVED MAR 27 2014
GRIEVANCE OFFICE

OFFICE OF HEALTH SERVICES    Revision Date: 9/23/10

SA000757

PLAINTIFFS EXHIBIT 6

*Augusta*
HEALTH
RECEIVED
APR 17 2015
MEDICAL

*1000538*

Augusta Health
78 Medical Center Drive
Fishersville, VA 22939

Department of Radiology
(540) 332-4400
(540) 932-4400

David C MacDonald DO
Augusta Correctional Center, 1821 Estaline Valley Rd
Craigsville, VA 24430

| Patient: RIGGLEMAN,TERRY | Acct #: M00060719127<br>Status: REG CLI | MR #: M0398745 |
|---|---|---|
| Tech: RAD.VLL | Age/Sex: 39M | Loc: MRI |
| Report#: 0413-0016 | Phys: David C MacDonald DO | Pat phone #: (540)997-3638 |
| Report Source: Nuance | Dict. Date: 04/13/15 0732 | |

**Status of this Report is Signed**
**Please note that Reports in Draft Status are not Final Reports**

## ***Report is final after physician e-signature***

**Date of Service:** 04/07/15          **Dictating Physician:** Gary B. Lichtenstein MD
**Exam(s):** 0407-0006 MRI/MRI * Lt Shoulder w/o Contrast
**DOB:** 12/30/1975
**Confidential Report:** N
**Diagnosis:** L SHOULDER PAIN, UNSTABLE TO LIFE WEIGHTS
**Reason for Exam:** L SHOULDER PAIN, DECREASE ROM
              **** XRAYS 3/12/15, PT WILL NEED ORBITS ALSO*****

MR LEFT SHOULDER:

There is mild acromioclavicular joint disease.

There is mild tendinosis in the supraspinatus tendon.

No labral or rotator cuff tear is identified.

IMPRESSION:

Tendinosis and acromioclavicular joint disease.

Electronically signed by: Gary B. Lichtenstein MD
Date/Time signed: 04/13/15 0738

**C:** David C MacDonald DO

Ordering Physician copy          RADIOLOGY REPORT          **Signed**
Page 1 of 2

FORM NO. 190224 REV 5/00

PLAINTIFF'S EXHIBIT 6

| Patient: RIGGLEMAN,TERRY | Acct #:   M00060719127 |
|---|---|
| Unit #:   M0398745 | Report #:  0413-0016 |
| DOB:    12/30/1975 | |

Ordering Physician copy          RADIOLOGY REPORT          **Signed**
Page 2 of 2

FORM NO  19022-1 REV. 5/00

PLAINTIFFS EXHIBIT 8



UGI. M1000E
DEC 05 2016

VIRGINIA DEPARTMENT OF C___IONS
Informal Complaint

Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 2

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

Terry Riggleman                1000538                N-4-30

| Offender Name | Offender Number | Housing Assignment |
|---|---|---|
| ☐ Unit Manager/Supervisor | ☐ Food Service | ☐ Treatment Program Supervisor |
| ☐ Personal Property | ☐ Commissary | ☐ Mailroom |
| ☑ Medical Administrator | ☐ Other (Please Specify): _____ | |

Briefly explain the nature of your complaint (be specific): I am being denied access to medical services (ie. treatment) for my chronic hep.c. This discrimination is a violation of the Americans with dissabilities Act and shows gross negligence toward my serious medical needs. As you can see by the attached paperwork offenders with other chronic illnesses are all being treated for their problems while hep c patients are forced to "meet criteria". Medical is aware that an infectious disease is considered a dissability under A.D.A. The A.D.A clearly states that "An infectious disease is a dissability and that I can't be denied access to a service, plan or program because of my dissability" which medical treatment is considered a service. All attached documentation will support my claim. Thank you for your time.

Offender Signature _Terry Riggleman_          Date _12-6-16_

### Offenders - Do Not Write Below This Line

Date Received: _12/8/16_                    Tracking # _ACC16 INF 03681_
Response Due: _12/15/16_          Assigned to: _Medical_
Action Taken/Response:

The DOC has guidelines to be followed for determining who is eligible for Hep. C treatment. Medical has to follow these guidelines (criteria)

Respondent Signature _E Shipp RN_    Printed Name and Title _E Shipp RN_    Date _12/13/16_

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _____

Staff Witness Signature: _____   Date: _____

Revision Date: 4/9/13

SA000469

PLAINTIFF'S EXHIBIT 8

 VIRGINIA DEPARTMENT CORRECTIONS

866.1

**Offender Grievance Response - Level II**

DOC Location: C00 Central Office, Administration
Report generated by HR
Report run on 01/20/2017 at 3:04 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Riggleman, Terry A | | 1000538 | **Current** | Augusta Correctional Center | ACC-16-REG-00633 |
| **Housing** | | | **Filed** | Augusta Correctional Center | |
| N-4-30-T | | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that you are being denied treatment for Hepatitis C which violates ADA.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. As you were advised, it is reported that you have been evaluated, and currently, you do not meet the criteria in the DOC guidelines for Hepatitis C treatment. However, you should continue to receive monitoring and evaluation for your Hepatitis C condition, as well as unimpeded access to medical services at Augusta CC. This issue is governed by **restricted policy**.

**If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level. **In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| | |
|---|---|
| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date 1/20/17 |

PLAINTIFF'S EXHIBIT 8



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6

DOC Location: ACC Augusta Correctional Center

Report generated by Frady, J D

Report run on 01/04/2017 at 2:35 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Riggleman, Terry A | 1000538 | Current | Augusta Correctional Center | ACC-16-REG-00633 |
| Housing | | Filed | Augusta Correctional Center | |
| N-4-30-T | | | | |

LEVEL I:    WARDEN/SUPERINTENDENT'S RESPONSE    (To be completed and mailed within 30 calendar days)

Grievance Summary: You state that you are being denied access to medical services. You claim that there is no medical reason for refusing you treatment for your HepC. You state that all HIV patients receive treatment, as do all diabetics. You state medical is aware that an infectious disease is considered a disability under ADA. You claim HepC is an infectious disease and medical states that they adhere to the standards required by ADA. You state that you are being forced to meet criteria in order to obtain treatment for your disability but no one will tell you what that criteria is, while other disabled people are not. You claim this is discrimination and gross negligence towards your serious medical needs. You state that this is deliberate indifference and violates the Americans with Disabilities Act (ADA). You want treatment for your HepC. You state that there is no medical reason for refusing you this treatment. Your requesting that this be remedied.

Informal Summary: RN Shipp states, the DOC has guidelines to be followed for determining who is eligible for HepC treatment. Medical has to follow these guidelines/criteria.

Investigation: Per the medical department, determination for HepC treatment is made by the DOC Medical Director not by the on site doctors. In order to be considered for HepC treatment you must meet certain criteria and at this time you do not meet the criteria for treatment. Your health will continue to be monitored by the ACC medical staff. You are being followed by the primary physician at ACC in accordance with policy and procedure; no violation has been found.

Procedure: This matter is governed by Operating Procedure 720.1.

Based on the information above your Grievance is deemed UNFOUNDED.

**RECEIVED**

**JAN 17 2017**

**OFFICE OF HEALTH SERVICES**

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:

Health Services Director, PO Box 26963, Richmond, VA 23261-6963

| Warden/Superintendent | | Date 1/11/17 |
|---|---|---|

I wish to appeal the Level I response because: Whoever is responsible for determination of HepC Treatment is Violating The Americans with Disabilities act the 8th and 14th amendments Cruel and unusuall punishment and equal protection clauses and discriminating Not only among which infectious diseases that are being treated but Also discriminating within those classes of infectious diseases. I.E Some hep.c patients do get treatment. There is NO medical reason To delay or deny me hep.c treatment.

| Offender Signature  *Terry Riggleman* | | Date 1-11-17 |
|---|---|---|

Rev. 05/31/2007

SA000525

PLAINTIFF'S EXHIBIT 8

·RGINIA
·ARTMENT OF CORRECTIONS                                    Regular Grievance No. R. 1-13

# REGULAR GRIEVANCE

Log Number ACC16 Reg000638

| Riggleman | Terry | 1000538 | N-4 | 30 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) I am being denied access to medical services (I.E treatment) (memo Attached) There is No medical reason for refusing me treatment for my Hep.C. All HIV patients recieve treatment (rea Attached) all diabetics recieve treatment (rea Attached). Medical is aware that an infectious disease is consider a disability under A.D.A. (rea attached). Hep.C. is an infectious disease (rea Attached). Medical adheres to the standards required by A.D.A (rea attached). I am being forced to meet criteria in order to obtain treatmen for my disability but No one will tell me what that criteria is (rea. attached) while other disabled people are Not (I.E all HIV patients recieve treatment and some Hep. patients do). This is discrimination, gross Negligence towards my serious medical Needs, deliberate indifference, and violation of the Americans with disabilities Act (A.DA). Attached documentation will Support my claim, failure to remedy would be (Estelle v. Not adhering to the "Broad and idealistic concepts of dignity, civilized standards humanity and decency that mark the progress of a maturing soc.

**What action do you want taken?** I want treatment for my hep.c. There is No medical reason for refusing me this treatment. I request that this be remedied. Failure to do so would be discrimination, gross Negligence towards my serious medical Needs, deliberate indifference and violation of the A.D.A, also constitute Not adhering to (Estelle v. Camb) The "Broad and idealistic concepts of dignity, civilized standards humanity and decency that mark the progress of a maturing soc.

Grievant's Signature: Terry Riggleman                    Date: 12-17-16

Warden/Superintendent's Office: _____

Date Received: _____  DEC 20 2016

1 of 2                                                    Revision Date: 1/14/13

SA000526

PLAINTIFFS EXHIBIT 8

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 2

DEC 05 2016

RECEIVED
MEDICAL

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Terry Riggleman | 1000538 | N-4-30 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify):
- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): I am being denied access to medical services (IE. Treatment) for my chronic hep. C. This discrimination is a violation of the Americans with disabilities Act and shows gross negligence toward my serious medical needs. As you can see by the attached paperwork offenders with other chronic illnesses are all being treated for their problems while hep c patients are forced to "meet criteria". Medical is aware that an infectious disease is considered a disability under A.D.A. The A.D.A. clearly states that "AN infectious disease is a disability and that I can't be denied access to a service, plan or program because of my disability". Which medical treatment is considered a service. All attached documentation will support my claim. Thank you for your time.

Offender Signature _Terry Riggleman_    Date _12-6-16_

### Offenders - Do Not Write Below This Line

Date Received: _12/8/16_    Tracking # _ACC 16 INFO 3681_
Response Due: _12/18/16_    Assigned to: _Medical_
Action Taken/Response:

The DOC has guidilines to be followed in determining who is eligible for Hep. C treatment. The medical has to follow these guidelines (criteria)

Respondent Signature _E Shippe RN_    Printed Name and Title _E Shippe RN_    Date _12/13/16_

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____ DEC 20 2016 Date: _____
Staff Witness Signature: _____ Date: _____

Revision Date: 4/9/13

SA000529

PLAINTIFF'S EXHIBIT 9

## Amonette, Mark S. (VADOC)

| | |
|---|---|
| **From:** | Fuller, Trey (VADOC) |
| **Sent:** | Wednesday, May 10, 2017 9:03 PM |
| **To:** | Vargo, Marie M. (VADOC) |
| **Cc:** | Herrick, Steve (VADOC); Amonette, Mark S. (VADOC) |
| **Subject:** | Hep C |

Hey Marie,

Dr. Herrick asked me to send you some stats. Please let me know if you need anything else besides the below information.

As far as a general status of Hep C treatment we are still getting evals based on cases found in the institutions (they are self-reported or are discovered due to blood tests when clinically indicated) and Dr. Amonette is evaluating each one for treatment based on our protocol. For planned number to be treated, we haven't set any caps – we have just been continuing to treat. There are already lawsuits in other states demanding quicker treatment and we have one now that is pending requesting treatment even though the offender doesn't meet our guidelines currently. Recently we discussed the estimates of Hep C incidence in corrections at around 30% (some are as high as 60%). If we were required to treat all of these patients the drug costs alone would be 376.5 million on a best case scenario. Our numbers are below.

- 585 evaluated
- 394 approved for treatment and referred to VCU
- 303 seen by VCU
- 263 treated
  - o 15 more pending work up
  - o 25 did not qualify due to clinical status or refusal
- Money spent to date: $12.2 million

Thanks,

Trey Fuller, PharmD
Chief Pharmacist
Virginia Dept. of Corrections
Office: 804.887.8218
Cell: 434.548.1339
Trey.Fuller@vadoc.virginia.gov

DOC SDT 0064

PLAINTIFF'S EXHIBIT 3A



## GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| MORENO, DALE | RIGGLEMAN, TERRY | M | 201704126294 | 1231590 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| 4502M | 12/30/1975 | PRIS   5993320 | 03/31/2017 09:00 | 04/06/2017 18:42 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

EMR ID

INMATE ID
1000538

| Abnormals Summary | | | |
|---|---|---|---|
| HCV RNA QUAL | POSITIVE | HCV RNA, QUANT | 2310779 |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| NON-FASTING | | | | | | |

| HCV RNA GENOTYPE, RT-PCR | | | | Col: 03/31/2017 | | Status: F |
|---|---|---|---|---|---|---|
| HCV RNA GENOTYPE, RT-PCR | 1b | | | | | |

THIS TEST USES IN VITRO REVERSE TRANSCRIPTION-
POLYMERASE CHAIN REACTION (RT-PCR) FOR THE
IDENTIFICATION OF THE HEPATITIS C VIRUS
GENOTYPE.
NON-FASTING

| HEPATITIS C VIRUS RNA,QUANT | | | | Col: 03/31/2017 | | Status: F |
|---|---|---|---|---|---|---|
| HCV RNA QUAL | POSITIVE | A | | NEGATIVE | | |
| HCV RNA, QUANT | 2310779 | H | | 0-12 | IU/mL | |
| LOG HCV IU/mL | 6.36 | | | | | |

THIS PROCEDURE UTILIZES A REAL-TIME POLYMERASE
CHAIN REACTION (PCR) TEST FROM ABBOTT MOLECULAR.
THE AMPLIFICATION TARGET IS A CONSERVED REGION
OF THE HCV GENOME. THE LOWER LIMIT OF
QUANTITATION IS 12 IU/mL. (1.08 LOG IU/mL) AND THE
UPPER LIMIT OF QUANTITATION IS 100 MILLION IU/mL
(8.00 LOG IU/mL).
THE QUALITATIVE LIMIT OF DETECTION IS 12 IU/mL
(1.08 LOG IU/mL).
--------------------------------------------------
SPECIMENS REPORTED AS POSITIVE BUT <12 IU/mL
CONTAIN DETECTABLE LEVELS OF HEPATITIS C RNA
BUT THE VIRAL LOAD IS BELOW THE LIMIT OF
QUANTITATION. A NEGATIVE RESULT DOES NOT RULE
OUT INFECTION.

4/05/17 14:30
Dale Moreno, MD

Director: Lorenz P. Kielhorn, MD

SA000898

PLAINTIFF'S EXHIBIT 3B



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| LANDAUER, DIANE | RIGGLEMAN, TERRY | M | 201611895254 | 1128345 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| 4502M | 12/30/1975 | PRIS   5993320 | 11/11/2016 08:00 | 11/12/2016 19:00 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

| EMR ID | INMATE ID |
|---|---|
| | 1000538 |

## Abnormals Summary

| | | | | | |
|---|---|---|---|---|---|
| WHITE BLOOD COUNT | 3.74 | ABSOLUTE NEUTROPHIL | 0.97 CT | NEUTROPHILS | 25.9 |
| MONOCYTES | 20.6 | | | | |
| ALK PHOS | 42 | CARBON DIOXIDE | 35 | SGOT/AST | 47 |
| SGPT/ALT | 60 | | | | |

| Test Description | Result | Abnormal Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|
| **NON-FASTING** | | | | | |
| **CBC** | | | col: 11/11/2016 | | Status: F |
| PLATELET COUNT | 220 | | 140-400 | TH/CUMM | 272 |
| WHITE BLOOD COUNT | | 3.74 LL | 4.0-10.0 | TH/CU MM | 7.10 |
| ABSOLUTE NEUTROPHIL CT | | 0.97 L | 1.56-8.10 | x10-3/uL | 3.03 |
| NEUTROPHILS | | 25.9 L | 39-81 | % | 42.7 |
| LYMPHOCYTE | 46.0 | | 14-51 | % | 37.5 |
| MONOCYTES | | 20.6 H | 0-13.3 | % | 13.2 |
| EOSINOPHIL | 6.4 | | 0-8 | % | 4.9 |
| BASOPHILS | 0.8 | | 0-2 | % | 0.7 |
| RED BLOOD CELLS | 5.10 | | 4.41-5.51 | M/CU MM | 5.65 |
| HEMOGLOBIN | 16.1 | | 13.5-17.5 | G/DL | 17.3 |
| HEMATOCRIT | 45.5 | | 41-53 | % | 49.9 |
| MCV | 89.2 | | 80-100 | FL | 88.3 |
| MCH | 31.6 | | 27-33 | PG | 30.6 |
| MCHC | 35.4 | | 31-37 | G/DL | 34.7 |
| RDW | 12.5 | | 11.0-14.5 | % | 12.6 |
| MPV | 10.7 | | 7.4-12.0 | FL | 10.2 |
| **NON-FASTING** | | | | | |
| **CMP** | | | col: 11/11/2016 | | Status: F |
| ALBUMIN | 4.6 | | 3.5-5.5 | G/DL | 4.6 |
| ALK PHOS | | 42 LL | 53-128 | U/L | 45 |
| TOTAL BILIRUBIN | 0.7 | | 0.2-1.2 | MG/DL | 1.0 |
| BUN | 9 | | 7-18 | MG/DL | 14 |
| CALCIUM | 10.2 | | 8.4-10.7 | MG/DL | 9.8 |
| CHLORIDE | 104 | | 98-107 | MEQ/L | 105 |

Director: Lorenz P. Kielhorn, MD

Printed: 11/14/2016 09:43          *Continued on Next Page*          Printed By: Martin, Lisa          Pg: 1

11-15-2016

PLAINTIFF'S EXHIBIT 3B



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| LANDAUER, DIANE | RIGGLEMAN, TERRY | M | 201611895254 | 112834S |
| **FACILITY NO.** 4502M | **DOB** 12/30/1975 | **ACCOUNT NO.** PRIS   5993320 | **DATE COLLECTED** 11/11/2016 08:00 | **DATE RESULTED** 11/12/2016 19:00 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

EMR ID

INMATE ID
1000538

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| CREATININE, SERUM | 0.90 | | | 0.7-1.3 | MG/DL | 0.86 |
| GFR (NON-AFR AMER) | 99 | | | 60-300 | mL/MIN | 105 |
| GFR (AFR AMER) | 120 | | | 60-300 | mL/MIN | 127 |
| GLUCOSE | 95 | | | 70-105 | MG/DL | 77 |

REFERENCE RANGES
FASTING DRAW: 70-105 mg/dl
RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| POTASSIUM | 5.1 | | | 3.5-5.1 | MEQ/L | 5.0 |
| TOTAL PROTEIN | 7.4 | | | 6.0-8.3 | G/DL | 7.4 |
| SODIUM | 144 | | | 136-145 | MEQ/L | 141 |
| CARBON DIOXIDE | | 35 | H | 22-33 | MEQ/L | 31 |
| SGOT/AST | | 47 | HH | 15-40 | U/L | 47 |
| SGPT/ALT | | 60 | H | 7-45 | U/L | 65 |
| HEMOGLOBIN A1C | | | | col: 11/11/2016 | | Status: F |
| HEMOGLOBIN A1C | 5.3 | | | 4.1-6.5 | % | 5.7 |

A1C VALUE (% OF TOTAL HEMOGLOBIN) INTERPRETATION
< 5.7          DECREASED RISK OF DIABETES
5.8 - 6.0      INCREASED RISK OF DIABETES
6.1 - 6.4      HIGHER RISK OF DIABETES
>OR= 6.5       CONSISTENT WITH DIABETES

Director: Lorenz P. Kielhorn, MD

Printed: 11/14/2016 09:43          -- End of Report --          Printed By: Martin, Lisa          Pg:  2

SA000040

PLAINTIFF'S EXHIBIT 3B



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| MORENO, DALE | RIGGLEMAN, TERRY | M | 201601404453 | 888939 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| 4502M | 12/30/1975  PRIS  5993320 | | 01/19/2016 07:15 | 01/20/2016 16:42 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

EMR ID       INMATE ID
             1000538

## Abnormals Summary
| RED BLOOD CELLS | 5.65 | | |
|---|---|---|---|
| SGOT/AST | 67 | SGPT/ALT | 91 |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| **FASTING** | | | | | | |
| **CBC** | | | | col: 01/19/2016 | | Status: F |
| PLATELET COUNT | 272 | | | 140-400 | TH/CUMM | 264 |
| WHITE BLOOD COUNT | 7.10 | | | 4.0-10.0 | TH/CU MM | 5.84 |
| ABSOLUTE NEUTROPHIL CT | 3.03 | | | 1.56-8.10 | x10-3/uL | 2.31 |
| NEUTROPHILS | 42.7 | | | 39-81 | % | 39.6 |
| LYMPHOCYTE | 37.5 | | | 14-51 | % | 48.8 |
| MONOCYTES | 13.2 | | | 0-13.3 | % | 5.1 |
| EOSINOPHIL | 4.9 | | | 0-8 | % | 4.3 |
| BASOPHILS | 0.7 | | | 0-2 | % | 0.3 |
| RED BLOOD CELLS | | 5.65 | HH | 4.41-5.51 | M/CU MM | 4.72 |
| HEMOGLOBIN | 17.3 | | | 13.5-17.5 | G/DL | 14.5 |
| HEMATOCRIT | 49.9 | | | 41-53 | % | 44.2 |
| MCV | 88.3 | | | 80-100 | FL | 93.6 |
| MCH | 30.6 | | | 27-33 | PG | 30.7 |
| MCHC | 34.7 | | | 31-37 | G/DL | 32.8 |
| RDW | 12.6 | | | 11.0-14.5 | % | 12.3 |
| MPV | 10.2 | | | 7.4-12.0 | FL | 11.0 |
| **FASTING** | | | | | | |
| **CMP** | | | | col: 01/19/2016 | | Status: F |
| ALBUMIN | 4.5 | | | 3.5-5.5 | G/DL | 4.2 |
| ALK PHOS | 53 | | | 53-128 | U/L | 49 |
| TOTAL BILIRUBIN | 0.8 | | | 0.2-1.2 | MG/DL | 0.6 |
| BUN | 16 | | | 7-18 | MG/DL | 11 |
| CALCIUM | 9.7 | | | 8.4-10.7 | MG/DL | 9.6 |
| CHLORIDE | 104 | | | 98-107 | MEQ/L | 105 |
| CREATININE, SERUM | 0.84 | | | 0.7-1.3 | MG/DL | 0.97 |
| GFR (NON-AFR AMER) | 108 | | | 60-300 | mL/MIN | 92 |
| GFR (AFR AMER) | 130 | | | 60-300 | mL/MIN | 111 |

Director: Lorenz P. Kielhorn, MD

Printed: 01/21/2016 06:00          *Continued on Next Page*          Printed By: Martin, Lisa          Pg:  1

SA000048

PLAINTIFFS' EXHIBIT 3B



# GARCIA LABORATORY

Status: FINAL

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| MORENO, DALE | RIGGLEMAN, TERRY | M | 201601404453 | 888939 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| 4502M | 12/30/1975 | PRIS 5993320 | 01/19/2016 07:15 | 01/20/2016 16:42 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

| EMR ID | INMATE ID |
|---|---|
| | 1000538 |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| GLUCOSE | 103 | | | | | |

REFERENCE RANGES
FASTING DRAW: 70-105 mg/dl
RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| POTASSIUM | 5.0 | | | 3.5-5.1 | MEQ/L | 4.7 |
| TOTAL PROTEIN | 7.4 | | | 6.0-8.3 | G/DL | 6.8 |
| SODIUM | 145 | | | 136-145 | MEQ/L | 140 |
| CARBON DIOXIDE | 32 | | | 22-33 | MEQ/L | 24 |
| SGOT/AST | | 67 | HH | 15-40 | U/L | 39 |
| SGPT/ALT | | 91 | H | 7-45 | U/L | 51 |

**HEMOGLOBIN A1C**  col: 01/19/2016  Status: F

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| HEMOGLOBIN A1C | 5.7 | | | 4.1-6.5 | % | 5.9 |

A1C VALUE (% OF TOTAL HEMOGLOBIN) INTERPRETATION
< 5.7        DECREASED RISK OF DIABETES
5.8 - 6.0    INCREASED RISK OF DIABETES
6.1 - 6.4    HIGHER RISK OF DIABETES
>OR= 6.5     CONSISTENT WITH DIABETES

Director: Lorenz P. Kielhorn, MD

Printed: 01/21/2016 06:00        -- End of Report --        Printed By: Martin, Lisa        Pg:   2

SA000049

PLAINTIFF'S EXHIBIT 3B



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| LANDAUER, DIANE | RIGGLEMAN, TERRY | M | 201412783949 | 577114 |
| FACILITY NO. 4502 | DOB 12/30/1975 | ACCOUNT NO. PRIS 5993320 | DATE COLLECTED 12/30/2014 09:15 | DATE RESULTED 12/31/2014 23:43 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

EMR ID.    INMATE ID 1000538

## Abnormals Summary

| ALK PHOS | 50 | SGOT/AST | 56 | SGPT/ALT | 88 |
|---|---|---|---|---|---|
| TSH-HIGH SENSITIVITY | 5.08 | | | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| NON-FASTING | | | | | | |
| **CBC** | | | | col: 12/30/2014 | | Status: F |
| PLATELET COUNT | 254 | | | 150-400 | TH/CUMM | |
| WHITE BLOOD COUNT | 7.20 | | | 4.0-10.0 | TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 3.70 | | | 1.56-8.10 | x10-3/uL | |
| NEUTROPHILS | 51.4 | | | 39-81 | % | |
| LYMPHOCYTE | 41.2 | | | 14-51 | % | |
| MONOCYTES | 5.0 | | | 0-13.3 | % | |
| EOSINOPHIL | 2.1 | | | 0-8 | % | |
| BASOPHILS | 0.3 | | | 0-2 | % | |
| RED BLOOD CELLS | 5.06 | | | 4.41-5.51 | M/CU MM | |
| HEMOGLOBIN | 16.0 | | | 13.5-17.5 | G/DL | |
| HEMATOCRIT | 47.1 | | | 41-53 | % | |
| MCV | 93.1 | | | 80-105 | FL | |
| MCH | 31.5 | | | 27-33 | PG | |
| MCHC | 33.9 | | | 31-37 | G/DL | |
| RDW | 13.0 | | | 11.5-14.5 | % | |
| MPV | 8.6 | | | 7.4-10.4 | FL | |
| NON-FASTING | | | | | | |
| **CMP** | | | | col: 12/30/2014 | | Status: F |
| ALBUMIN | 4.2 | | | 3.5-5.5 | G/DL | |
| ALK PHOS | | 50 | LL | 53-128 | U/L | |
| TOTAL BILIRUBIN | 0.7 | | | 0.2-1.2 | MG/DL | |
| BUN | 13 | | | 7-18 | MG/DL | |
| CALCIUM | 9.4 | | | 8.4-10.7 | MG/DL | |
| CHLORIDE | 99 | | | 98-107 | MEQ/L | |
| CREATININE, SERUM | 0.92 | | | 0.7-1.3 | MG/DL | |
| GFR (NON-AFR AMER) | .97 | | | 60-300 | mL/MIN | |
| GFR (AFR AMER) | 118 | | | 60-300 | mL/MIN | |

Director: Lorenz P. Kielhorn, MD

Printed: 01/06/2015 08:14        *Continued on Next Page*        Pg:  1

SA000248

Status: FINAL

# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| LANDAUER, DIANE | RIGGLEMAN, TERRY | M | 201412783949 | 577114 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| 4502 | 12/30/1975 | PRIS 5993320 | 12/30/2014 09:15 | 12/31/2014 23:43 |
| VA DOC<br>1821 Estaline Valley Rd<br>CRAIGSVILLE, VA 24430 | EMR ID | INMATE ID<br>1000538 | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| GLUCOSE | 82 | | | 70-105 | MG/DL | |
| POTASSIUM | 3.8 | | | 3.5-5.1 | MEQ/L | |
| TOTAL PROTEIN | 6.5 | | | 6.0-8.3 | G/DL | |
| SODIUM | 138 | | | 136-145 | MEQ/L | |
| CARBON DIOXIDE | 33 | | | 22-33 | MEQ/L | |
| SGOT/AST | | 56 | HH | 15-40 | U/L | |
| SGPT/ALT | | 88 | H | 7-45 | U/L | |
| **HEMOGLOBIN A1C** | | | | Col: 12/30/2014 | Status: F | |
| HEMOGLOBIN A1C | 6.1 | | | 4.1-6.5 | % | |

A1C VALUE (% OF TOTAL HEMOGLOBIN) INTERPRETATION
< 5.7 DECREASED RISK OF DIABETES
5.8 - 6.0 INCREASED RISK OF DIABETES
6.1 - 6.4 HIGHER RISK OF DIABETES
>OR= 6.5 CONSISTENT WITH DIABETES

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| **TSH-HIGH SENSITIVITY** | | | | Col: 12/30/2014 | Status: F | |
| TSH-HIGH SENSITIVITY | | 5.08 | H | 0.465-4.68 | uU/mL | |

Will repeat TSH, & add T4
1/7/15

Director: Lorenz P. Kielhorn, MD

Printed: 01/06/2015 08:14

-- End of Report --

PLAINTIFF'S EXHIBIT 3B



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| MACDONALD, DAVID | RIGGLEMAN, TERRY | M | 201308890597 | 137693 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| 4502 | 12/30/1975 | PRIS 5993320 | 08/23/2013 07:30 | 08/24/2013 23:05 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

| EMR ID | INMATE ID |
|---|---|
| | 1000538 |

## Abnormals Summary

| BUN | 20 | GLUCOSE | 109 | SGOT/AST | 54 |
|---|---|---|---|---|---|
| SGPT/ALT | 68 | | | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| **NON-FASTING** | | | | | | |
| **CBC** | | | | col: 08/23/2013 | | Status: F |
| PLATELET COUNT | 215 | | | 150-400 | TH/CUMM | |
| WHITE BLOOD COUNT | 4.76 | | | 4.0-10.0 | TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 2.33 | | | 1.56-8.10 | x10-3/uL | |
| NEUTROPHILS | 48.9 | | | 39-81 | % | |
| LYMPHOCYTE | 44.8 | | | 14-51 | % | |
| MONOCYTES | 4.3 | | | 0-13.3 | % | |
| EOSINOPHIL | 1.4 | | | 0-8 | % | |
| BASOPHILS | 0.7 | | | 0-2 | % | |
| RED BLOOD CELLS | 4.86 | | | 4.41-5.51 | M/CU MM | |
| HEMOGLOBIN | 14.6 | | | 13.5-17.5 | G/DL | |
| HEMATOCRIT | 46.2 | | | 41-53 | % | |
| MCV | 95.2 | | | 80-105 | FL | |
| MCH | 30.1 | | | 27-33 | PG | |
| MCHC | 31.6 | | | 31-37 | G/DL | |
| RDW | 13.8 | | | 11.5-14.5 | % | |
| MPV | 10.3 | | | 7.4-10.4 | FL | |
| **NON-FASTING** | | | | | | |
| **CMP** | | | | col: 08/23/2013 | | Status: F |
| ALBUMIN | 4.6 | | | 3.5-5.5 | G/DL | |
| ALK PHOS | 68 | | | 53-128 | U/L | |
| TOTAL BILIRUBIN | 1.1 | | | 0.2-1.2 | MG/DL | |
| BUN | | 20 | HH | 7-18 | MG/DL | |
| CALCIUM | 9.5 | | | 8.4-10.7 | MG/DL | |
| CHLORIDE | 103 | | | 98-107 | MEQ/L | |
| CREATININE, SERUM | 0.95 | | | 0.7-1.3 | MG/DL | |
| GFR (NON-AFR AMER) | 94 | | | 60-300 | mL/MIN | |
| GFR (AFR AMER) | 114 | | | 60-300 | mL/MIN | |
| GLUCOSE | | 109 | H | 70-105 | MG/DL | |

Director: Lorenz P. Kielhorn, MD

Printed: 08/26/2013 08:25  *Continued on Next Page*

DCR
8/28/17

Pg: 1

SA000257

PLAINTIFF'S EXHIBIT 3B

 **GARCIA LABORATORY**

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| MACDONALD, DAVID | RIGGLEMAN, TERRY | M | 201308890597 | 137693 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| 4502 | 12/30/1975 | PRIS  5993320 | 08/23/2013 07:30 | 08/24/2013 23:05 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

| EMR ID | INMATE ID |
|---|---|
| | 1000538 |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| POTASSIUM | 3.9 | | | 3.5-5.1 | MEQ/L | |
| TOTAL PROTEIN | 7.1 | | | 6.0-8.3 | G/DL | |
| SODIUM | 138 | | | 136-145 | MEQ/L | |
| CARBON DIOXIDE | 29 | | | 22-33 | MEQ/L | |
| SGOT/AST | | 54 | HH | 15-40 | U/L | |
| SGPT/ALT | | 68 | H | 10-35 | U/L | |

| WESTERGREN SED RATE | | | | Col: 08/23/2013 | | Status: F |
|---|---|---|---|---|---|---|
| WESTERGREN SED RATE | 0 | | | 0-15 | MM/HR | |

Director: Lorenz P. Kielhorn, MD

-- End of Report --

Printed: 08/26/2013 08:25

Pg:  2

SA000258

PLAINTIFFS EXHIBIT 3B

**LabCorp** LabCorp Burlington
1447 York Court, Burlington, NC 27215-3361

Phone: 800-762-4344

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 078-501-3037-0 | S | BN | COMPLETE | Page #:  1 |

**ADDITIONAL INFORMATION**

FASTING: N
DOB: 12/30/1975

**PATIENT NAME**
RIGGLEMAN,TERRY
PT. ADD.:

| SEX | AGE(YR./MOS.) |
|---|---|
| M | 33 / 2 |

**CLINICAL INFORMATION**
CD- 20108610510

| | PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|---|
| | MARSH  D | | 375733 |

ACCOUNT:  Augusta Correctional Center

1821 ESTALINE VALLEY RD PO BOX1000
Craigsville         VA  24430-0000
ACCOUNT NUMBER:  45718025

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/19/2009 | 7:30 | 3/19/2009 | 3/26/2009 | 5:40 | 8864 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| WBC | 4.6 | x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.87 | x10E6/uL | 4.10 - 5.60 | 01 |
| Hemoglobin | 15.4 | g/dL | 12.5 - 17.0 | 01 |
| Hematocrit | 44.4 | % | 36.0 - 50.0 | 01 |
| MCV | 91 | fL | 80 - 98 | 01 |
| MCH | 31.5 | pg | 27.0 - 34.0 | 01 |
| MCHC | 34.6 | g/dL | 32.0 - 36.0 | 01 |
| RDW | 13.3 | % | 11.7 - 15.0 | 01 |
| Platelets | 298 | x10E3/uL | 140 - 415 | 01 |
| Neutrophils | 48 | % | 40 - 74 | 01 |
| Lymphs | 39 | % | 14 - 46 | 01 |
| Monocytes | 8 | % | 4 - 13 | 01 |
| Eos | 4 | % | 0 - 7 | 01 |
| Basos | 1 | % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 2.2 | x10E3/uL | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 1.8 | x10E3/uL | 0.7 - 4.5 | 01 |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | 01 |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | 01 |
| Basic Metabolic Panel (8) | | | | |
| Glucose, Serum | 85 | mg/dL | 65 - 99 | 01 |
| BUN | 11 | mg/dL | 5 - 26 | 01 |
| Creatinine, Serum | 0.84 | mg/dL | 0.76 - 1.27 | 01 |
| Glom Filt Rate, Est | >59 | mL/min/1.73 | >59 | |
| If African-American | >59 | mL/min/1.73 | >59 | |

Note:  Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD.  Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

| BUN/Creatinine Ratio | 13 | | 8 - 27 | |
| Sodium, Serum | 140 | mmol/L | 135 - 145 | 01 |
| Potassium, Serum | 3.9 | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 100 | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 25 | mmol/L | 20 - 32 | 01 |
| Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | 01 |
| Hepatic Function Panel (7) | | | | |
| Protein, Total, Serum | 7.2 | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.5 | g/dL | 3.5 - 5.5 | 01 |

**Results are Flagged in Accordance with Age Dependent Reference Ranges**
Continued on Next Page                                              LCM Version: 03.23.00

SA000296

PLAINTIFF'S EXHIBIT 3B

**LabCorp** LabCorp Burlington
1447 York Court, Burlington, NC 27215-3361          Phone: 800-762-4344

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 078-501-3037-0 | S | BN | COMPLETE | Page #:  2 |

ADDITIONAL INFORMATION

CLINICAL INFORMATION
CD- 20108610510

FASTING: N
DOB: 12/30/1975

| PATIENT NAME | SEX | AGE(YR./MOS.) | PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|---|---|---|
| RIGGLEMAN,TERRY | M | 33 / 2 | MARSH  D | | 375733 |

PT. ADD.:                                    ACCOUNT: Augusta Correctional Center

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/19/2009 | 7:30 | 3/19/2009 | 3/26/2009 | 5:40  8864 | |

1821 ESTALINE VALLEY RD PO BOX1000
Craigsville          VA  24430-0000
ACCOUNT NUMBER:  45718025

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Bilirubin, Total | 0.3 | mg/dL | 0.1 - 1.2 | 01 |
| Bilirubin, Direct | 0.13 | mg/dL | 0.00 - 0.40 | 01 |
| Alkaline Phosphatase, S | 88 | IU/L | 25 - 150 | 01 |
| > AST (SGOT) | 148 H | IU/L | 0 - 40 | 01 |
| > ALT (SGPT) | 80 H | IU/L | 0 - 55 | 01 |
| Lipid Panel | | | | |
| Cholesterol, Total | 131 | mg/dL | 100 - 199 | 01 |
| Triglycerides | 100 | mg/dL | 0 - 149 | 01 |
| > HDL Cholesterol | 33 L | mg/dL | >39 | 01 |
| Comment | | | | 01 |

According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
negative risk factor for CHD.

| VLDL Cholesterol Cal | 20 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 78 | mg/dL | 0 - 99 | |
| HCV RT-PCR, Quant (Non-Graph) | | | | |
| Hepatitis C Quantitation | | | | 02 |
| | 766,760 | IU/mL | | |
| HCV log10 | 5.885 | log10 IU/mL | | 02 |

Test Information:                                                             02
The reportable range for this assay is 43 to 69,000,000 IU HCV RNA/mL.

HCV Genotyping Non Reflex
Hepatitis C Genotype          1b                      See Note          02
This assay can detect the six (6) major HCV Genotypes and their most
common subtypes.

Several clinical studies have demonstrated that Genotype 1 HCV may be
more refractory to interferon monotherapy as well as to interferon
plus ribavirin combination therapy.  Sustained response rates are
increased for Genotype 1 infected patients when therapy is given for
48 weeks instead of 24 weeks.

Please note:                                                                 02
This test was developed and its performance characteristics determined
by LabCorp.  It has not been cleared or approved by the U.S. Food and
Drug Administration.

The FDA has determined that such clearance or approval is not
necessary. This test is used for clinical purposes.  It should not be
regarded as investigational or for research.

Pat Name:  RIGGLEMAN,TERRY          Pat ID: 375733          Spec #: 078-501-3037-0          Seq #: 8864

**Results are Flagged in Accordance with Age Dependent Reference Ranges**
Continued on Next Page                                    LCM Version:  03.23.00

SA000297

PLAINTIFF'S EXHIBIT 3B

11/14/2008 8:48:51 AM    FROM: BCORP LCLS BLK    TO: 4347672292    LABCORP LCLS BLK    Page 9 of 12    A
TO:NURSE                 ATTN:Nottoway Correction Center

# LabCorp
Laboratory Corporation of America

LabCorp Burlington
1447 York Court
Burlington, NC 27215–3361

Phone: 888-200-5439

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Route |
|---|---|---|---|---|---|
| 318-778-0100-0 | 375733 | | 45510030 | 434-767-5543 | 90 |

| Patient Last Name | | Account Address |
|---|---|---|
| RIGGLEMAN | | Nottoway Correction Center |

Patient First Name: TERRY   Patient Middle Name

Medical Dept Lab Ex 5251
PO Box 488
Burkeville VA  23922

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 32/10/14 | 12/30/75 | M | No |

Patient Address                        Additional Information

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 11/13/08  08:15 | 11/13/08 | 11/14/08  08:48ET | | | MILITANA |

Tests Ordered
CMP12+8AC; CBC With Differential/Platelet

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP12+8AC** | | | | | |
| Chemistries | | | | | 01 |
| **Glucose, Serum** | **134** | **High** | mg/dL | 65 – 99 | 01 |
| Uric Acid, Serum | 6.9 | | mg/dL | 2.4 – 8.2 | 01 |
| BUN | 14 | | mg/dL | 5 – 26 | 01 |
| Creatinine, Serum | 0.86 | | mg/dL | 0.76 – 1.27 | 01 |
| Glom Filt Rate, Est | >59 | | mL/min/1.73 | >59 | |
| | | **\*\*Please note reference interval change\*\*** | | | |
| If African-American | >59 | | mL/min/1.73 | >59 | |

Note:  Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD.  Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 16 | | | 8 – 27 | |
| Sodium, Serum | 139 | | mmol/L | 135 – 145 | 01 |
| Potassium, Serum | 4.0 | | mmol/L | 3.5 – 5.2 | 01 |
| Chloride, Serum | 100 | | mmol/L | 97 – 108 | 01 |
| Calcium, Serum | 9.5 | | mg/dL | 8.5 – 10.6 | 01 |
| **Phosphorus, Serum** | **2.4** | **Low** | mg/dL | 2.5 – 4.5 | 01 |
| Protein, Total, Serum | 7.3 | | g/dL | 6.0 – 8.5 | 01 |
| Albumin, Serum | 4.6 | | g/dL | 3.5 – 5.5 | 01 |
| Globulin, Total | 2.7 | | g/dL | 1.5 – 4.5 | |
| A/G Ratio | 1.7 | | | 1.1 – 2.5 | |
| Bilirubin, Total | 0.6 | | mg/dL | 0.1 – 1.2 | 01 |
| Alkaline Phosphatase, S | 119 | | IU/L | 25 – 150 | 01 |
| LDH | 135 | | IU/L | 100 – 250 | 01 |
| **AST (SGOT)** | **82** | **High** | IU/L | 0 – 40 | 01 |
| **ALT (SGPT)** | **86** | **High** | IU/L | 0 – 55 | 01 |
| **GGT** | **98** | **High** | IU/L | 0 – 65 | 01 |
| Iron, Serum | 92 | | ug/dL | 40 – 155 | 01 |
| | | | | | 01 |
| Lipids | | | | | 01 |
| Cholesterol, Total | 133 | | mg/dL | 100 – 199 | 01 |
| Triglycerides | 66 | | mg/dL | 0 – 149 | 01 |

| RIGGLEMAN, TERRY | 375733 | | 318-778-0100-0 | Seq # 0264 |
|---|---|---|---|---|

## FINAL REPORT                         Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-762-4344

©2004-08 Laboratory Corporation of America Holdings
All Rights Reserved
DOC1 Ver: 1.38

SA000307

PLAINTIFF'S EXHIBIT 3B

# LabCorp
Laboratory Corporation of America

**LabCorp Burlington**
1447 York Court
Burlington, NC 27215-3361

Phone: 888-200-5439

| Patient Name | | | | | Specimen Number |
|---|---|---|---|---|---|
| RIGGLEMAN, TERRY | | | | | 318-778-0100-0 |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
|---|---|---|---|---|---|---|---|
| 45510030 | 375733 | | 11/13/08 08:15 | 11/14/08 | M | 32/10/14 | 12/30/75 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 4.1 | | x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.76 | | x10E6/uL | 4.10 - 5.60 | 01 |
| Hemoglobin | 14.8 | | g/dL | 12.5 - 17.0 | 01 |
| Hematocrit | 43.5 | | % | 36.0 - 50.0 | 01 |
| MCV | 91 | | fL | 80 - 98 | 01 |
| MCH | 31.0 | | pg | 27.0 - 34.0 | 01 |
| MCHC | 33.9 | | g/dL | 32.0 - 36.0 | 01 |
| RDW | 12.7 | | % | 11.7 - 15.0 | 01 |
| Platelets | 282 | | x10E3/uL | 140 - 415 | 01 |
| Neutrophils | 44 | | % | 40 - 74 | 01 |
| Lymphs | 41 | | % | 14 - 46 | 01 |
| Monocytes | 10 | | % | 4 - 13 | 01 |
| Eos | 4 | | % | 0 - 7 | 01 |
| Basos | 1 | | % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 1.8 | | x10E3/uL | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 1.7 | | x10E3/uL | 0.7 - 4.5 | 01 |
| Monocytes(Absolute) | 0.4 | | x10E3/uL | 0.1 - 1.0 | 01 |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |

| 01 | BN | LabCorp Burlington | Dir: William F Hancock, MD |
|---|---|---|---|

1447 York Court, Burlington, NC 27215-3361
For inquiries, the physician may contact Branch: 800-762-4344  Lab: 888-200-5439



| RIGGLEMAN, TERRY | 375733 | 318-778-0100-0 | Seq # 0264 |
|---|---|---|---|

**FINAL REPORT**                                      Page 2 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-762-4344

©2004-08 Laboratory Corporation of America @ Holdings
All Rights Reserved
DOCI Ver. 1.38

PLAINTIFFS EXHIBIT 3C

*Augusta*
HEALTH

RECEIVED
NOV 30 2015
MEDICAL

Augusta Health
78 Medical Center Drive
Fishersville, VA 22939

Department of Radiology
(540) 332-4400
(540) 932-4400

David C MacDonald DO
Augusta Correctional Center, 1821 Estaline Valley Rd
Craigsville, VA 24430

| Patient: RIGGLEMAN,TERRY | Acct #: M00063779128 Status: REG CLI | MR #: M0398745 |
|---|---|---|
| Tech: RAD.A2M | Age/Sex: 39M | Loc: MRI |
| Report#: 1120-0436 | Phys: David C MacDonald DO | Pat phone #: (540)997-7000 |
| Report Source: Nuance | Dict. Date: 11/20/15 1703 | |

**Status of this Report is Signed**
**Please note that Reports in Draft Status are _not_ Final Reports**

**\*\*\*Report is final after physician e-signature\*\*\***

**Date of Service:** 11/20/15    **Dictating Physician:** David C Ratliff MD
**Exam(s): 1120-0028 MRI/MRI \* Spine Canal Lumbar w/o**
**DOB:** 12/30/1975
**Confidential Report:** N
**Diagnosis:** LT LUMBAR PAIN
**Reason for Exam:** LT LUMBAR PAIN

Study: Lumbar spine MRI dated 11/20/2015 at 1557 hours.

Comparison: No previous available

History: Back pain

Technique: Multiple MR sequences were obtained through the lumbar spine before and after administration of contrast.

Findings:
5 nonrib-bearing lumbar vertebral bodies are identified. Alignment is anatomic. Vertebral body and intervertebral disc space height is well maintained throughout. Mild disc desiccation at L4-L5. The conus terminates at the L1 vertebral body level. No abnormal signal in the visualized distal cord.

L1/L2: Mild broad-based disc bulge. No canal stenosis or neuroforaminal narrowing.

L2/L3: No canal stenosis or neuroforaminal narrowing.

Ordering Physician copy          RADIOLOGY REPORT          **Signed**
Page 1 of 2

Dale Moreno, MD

SA000050

PLAINTIFF'S EXHIBIT 3C

| Patient: RIGGLEMAN,TERRY | Acct #:   M00063779128 |
|---|---|
| Unit #:   M0398745 | Report #: 1120-0436 |
| DOB:   12/30/1975 | |

L3/L4: Left posterior lateral disc bulge which may be contacting the exiting left L3 nerve root.

L4/L5: Broad-based disc bulge which is causing mild bilateral neuroforaminal narrowing

L5/S1: No canal stenosis or neuroforaminal narrowing.

The visualized soft tissue structures are unremarkable.

Impression:

Mild disc disease.  The exiting left L3 nerve root may be contacted in the neural foramen.

Electronically signed by: David C Ratliff, MD
Date/Time signed: 11/20/15 1709

**C:** David C MacDonald DO

Ordering Physician copy          RADIOLOGY REPORT          **Signed**
Page 2 of 2

Dale Moreno, MD   12/1/15

FORM NO. 10022A REV 5/02

SA000051

PLAINTIFF'S EXHIBIT 3C

*Augusta*
HEALTH

RECEIVED

NOV 30 2015

Department of Radiology
(540)332-4400
MEDIC (540)932-4400

Augusta Health
78 Medical Center Drive
Fishersville, VA 22939

1000538

David C MacDonald DO
Augusta Correctional Center, 1821 Estaline Valley Rd
Craigsville, VA 24430

| Patient: RIGGLEMAN,TERRY | Acct #: M00063779128<br>Status: REG CLI | MR #: M0398745 |
|---|---|---|
| Tech: RAD.K1M | Age/Sex: 39M | Loc: MRI |
| Report#: 1120-0470 | Phys: David C MacDonald DO | Pat phone #: (540)997-7000 |
| Report Source: Nuance | Dict. Date: 11/20/15 1923 | |

**Status of this Report is Signed**
**Please note that Reports in Draft Status are _not_ Final Reports**

**\*\*\*Report is final after physician e-signature\*\*\***

Date of Service: 11/20/15          Dictating Physician: David C Ratliff MD
Exam(s): 1120-0125 DXR/DXR Lumbosacral Spine 2-3 View
DOB: 12/30/1975
Confidential Report: N
Diagnosis: LT LUMBAR PAIN
Reason for Exam: TO CORRELATE TODAY'S MRI - LT LUMBAR PAIN

TERRY RIGGLEMAN

M0398745

DXR Lumbosacral Spine 2-3 View

History: 39 years old Male.  TO CORRELATE TODAY'S MRI - LT LUMBAR PAIN.

Comparison: MRI lumbar spine obtained also 11/20/2015.

FINDINGS:

There 5 nonrib-bearing lumbar-type vertebral bodies.  There is straightening of the lumbar spine which is likely related to positioning.  No listhesis or fracture.  Mild multilevel endplate changes.

IMPRESSION:

Dale Moreno, MD

Ordering Physician copy          RADIOLOGY REPORT          **Signed**
Page 1 of 2

SA000052

PLAINTIFF'S EXHIBIT 3C

| Patient: RIGGLEMAN,TERRY | Acct #:    M00063779128 |
|---|---|
| Unit #:    M0398745 | Report #:  1120-0470 |
| DOB:    12/30/1975 | |

Mild spondylitic changes.

Electronically signed by: David C Ratliff, MD
Date/Time signed: 11/20/15 1926

**C:**  David C MacDonald DO

Ordering Physician copy        RADIOLOGY REPORT        **Signed**

Page 2 of 2

Dale Moreno, MD

PLAINTIFF'S EXHIBIT 3D



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| MACDONALD, DAVID | RIGGLEMAN, TERRY | M | 201507947612 | 739805 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| 4502 | 12/30/1975 | PRIS  5993320 | 07/03/2015 10:20 | 07/13/2015 20:39 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

| EMR ID | INMATE ID |
|---|---|
|  | 1000538 |

**Abnormals Summary**

| | | | |
|---|---|---|---|
| MPV | 11.0 | | |
| ALK PHOS | 49 | SGPT/ALT | 51 |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| **ANA SCREEN WITH RFLX** | | | | col: 07/03/2015 | | Status: F |
| ANA SCREEN WITH RFLX | NEGATIVE | | | NEGATIVE | | |
| **WESTERGREN SED RATE** | | | | col: 07/03/2015 | | Status: F |
| WESTERGREN SED RATE | 0 | | | 0-15 | MM/HR | 0 |
| **CBC** | | | | col: 07/03/2015 | | Status: F |
| PLATELET COUNT | 264 | | | 150-400 | TH/CUMM | 237 |
| WHITE BLOOD COUNT | 5.84 | | | 4.0-10.0 | TH/CU MM | 5.93 |
| ABSOLUTE NEUTROPHIL CT | 2.31 | | | 1.56-8.10 | x10-3/uL | 3.21 |
| NEUTROPHILS | 39.6 | | | 39-81 | % | 54.1 |
| DIFFERENTIAL MAY BE AFFECTED BY THE AGE OF THE SPECIMEN. SUGGEST REPEAT TESTING IF CLINICALLY INDICATED | | | | | | |
| LYMPHOCYTE | 48.8 | | | 14-51 | % | 38.5 |
| MONOCYTES | 5.1 | | | 0-13.3 | % | 5.1 |
| EOSINOPHIL | 4.3 | | | 0-8 | % | 1.5 |
| BASOPHILS | 0.3 | | | 0-2 | % | 0.9 |
| RED BLOOD CELLS | 4.72 | | | 4.41-5.51 | M/CU MM | 5.25 |
| HEMOGLOBIN | 14.5 | | | 13.5-17.5 | G/DL | 16.2 |
| HEMATOCRIT | 44.2 | | | 41-53 | % | 49.9 |
| MCV | 93.6 | | | 80-105 | FL | 95.0 |
| MCH | 30.7 | | | 27-33 | PG | 30.9 |
| MCHC | 32.8 | | | 31-37 | G/DL | 32.5 |
| RDW | 12.3 | | | 11.5-14.5 | % | 13.0 |
| MPV | | 11.0 | H | 7.4-10.4 | FL | 10.0 |
| **CMP** | | | | col: 07/03/2015 | | Status: F |
| ALBUMIN | 4.2 | | | 3.5-5.5 | G/DL | 4.0 |
| ALK PHOS | | 49 | LL | 53-128 | U/L | 55 |
| TOTAL BILIRUBIN | 0.6 | | | 0.2-1.2 | MG/DL | 0.6 |
| BUN | 11 | | | 7-18 | MG/DL | 13 |
| CALCIUM | 9.6 | | | 8.4-10.7 | MG/DL | 9.2 |

Director: Lorenz P. Kielhorn, MD

Printed: 07/22/2015 09:25      *Continued on Next Page*      Printed By: Eilise Hayes      Pg: 1

SA000054

PLAINTIFFS EXHIBIT 3D



# GARCIA LABORATORY

Status: FINAL

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| MACDONALD, DAVID | RIGGLEMAN, TERRY | M | 201507947612 | 739805 |
| FACILITY NO. 4502 | DOB 12/30/1975 | ACCOUNT NO. PRIS   5993320 | DATE COLLECTED 07/03/2015 10:20 | DATE RESULTED 07/13/2015 20:39 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

| EMR ID | INMATE ID 1000538 | | |
|---|---|---|---|

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| CHLORIDE | 105 | | | 98-107 | MEQ/L | 104 |
| CREATININE, SERUM | 0.97 | | | 0.7-1.3 | MG/DL | 0.85 |
| GFR (NON-AFR AMER) | 92 | | | 60-300 | mL/MIN | 107 |
| GFR (AFR AMER) | 111 | | | 60-300 | mL/MIN | 129 |
| GLUCOSE | 94 | | | 70-105 | MG/DL | 130 |
| POTASSIUM | 4.7 | | | 3.5-5.1 | MEQ/L | 4.0 |
| TOTAL PROTEIN | 6.8 | | | 6.0-8.3 | G/DL | 6.7 |
| SODIUM | 140 | | | 136-145 | MEQ/L | 141 |
| CARBON DIOXIDE | 24 | | | 22-33 | MEQ/L | 30 |
| SGOT/AST | 39 | | | 15-40 | U/L | 48 |
| SGPT/ALT | | 51 | H | 7-45 | U/L | 66 |

| RA | | | | Col: 07/03/2015 | | Status: F |
|---|---|---|---|---|---|---|
| RA | LESS THAN 10 | | | 0-10 | IU/ML | |

| ANKYLOSING SPONDYLITIS GENOTYPING | | | | Col: 07/03/2015 | | Status: F |
|---|---|---|---|---|---|---|
| ANKYLOSING SPONDYLITIS GENOTYPING | SEE BELOW | | | | | |

| TEST NAME | RESULT | RESULT FLAG | REFERENCE INTERVAL |
|---|---|---|---|
| Ankylosing Spondylitis (HLA-B27) Genotyping | | | |
| HLAB27 Specimen | WHOLE BLOOD | | |
| Ankylosing Spondylitis (HLAB27) | NEGATIVE | | |

Indication for testing: Assess genetic risk for ankylosing

spondylitis.

The sample is negative for HLA-B27.

This result has been reviewed and approved by Elaine Lyon, Ph.D.

BACKGROUND INFORMATION: Ankylosing Spondylitis (HLA-B27)Genotyping

CHARACTERISTICS: Ankylosing spondylitis (AS) is a chronic inflammatory disease that primarily causes pain and inflammation of the joints between the vertebrae of the spine and the sacroiliac joints. Inflammation and pain may occur in other parts of the body as well. HLA-B27 is strongly associated with ankylosing spondylitis (AS) as well as with Reiter syndrome, anterior uveitis, psoriatic arthritis, and inflammatory bowel disease. INCIDENCE: Greater than 90

Director: Lorenz P. Kielhorn, MD

Printed: 07/22/2015 09:25          *Continued on Next Page*          Printed By: Hayes, Eilise          Pg:   2

SA000055

PLAINTIFF'S EXHIBIT 3D



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| MACDONALD, DAVID | RIGGLEMAN, TERRY | M | 201507947612 | 739805 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| 4502 | 12/30/1975 | PRIS   5993320 | 07/03/2015 10:20 | 07/13/2015 20:39 |

VA DOC
1821 Estaline Valley Rd
CRAIGSVILLE, VA 24430

ENR ID     INMATE ID   1000538

**Test Description** | **Result** | **Abnormal Flag** | **Reference Range** | **Units** | **Prev Lab Res**

percent of patients with AS are HLA-B27 positive
compared to 5-10 percent of the general population.
PENETRANCE: Two to eight percent of individuals with
HLA-B27 will develop AS.

METHODOLOGY: Polymerase chain reaction (PCR) and
fluorescent hybridization probes.

ANALYTICAL SENSITIVITY and SPECIFICITY: 99 percent
LIMITATIONS: Rare alleles present in less than 1 percent
of most populations will not be detected. Diagnostic
errors can occur due to rare sequence variations.

This test is performed pursuant to an agreement with
Roche Molecular System, Inc.
Test developed and characteristics determined by ARUP
Laboratories. See Compliance Statement C: aruplab.com/CS

Test(s) performed at:
 ARUP Laboratories
 500 Chipeta Way

Director: Lorenz P. Kielhorn, MD

Printed: 07/22/2015 09:25      -- End of Report --      Printed By: Hayes, Ellise      Pg:  3

SA000056

EXHIBIT 3E

Riggleman, Terry (MR # 2116343) DOB: 12/30/1975      Encounter Date: 05/08/2018

**Riggleman, Terry**      MRN: 2116343
     Description: 42 year old male

---

Progress Notes
Encounter Date: 5/8/2018

**Scott Cornella, MD Gastroenterology**

---

DIGESTIVE HEALTH CLINIC

REASON FOR VISIT:
1. Rectal bleeding

REFERRING PHYSICIAN: Diane Landauer, M.D.

HISTORY OF PRESENT ILLNESS: Terry Riggleman is a 42 y.o. male with a history of HCV referred to the University of Virginia Digestive Health Center for evaluation of abdominal pain and rectal bleeding.

Mr. Riggleman tells me that starting in October of 2017 he started developing rectal bleeding. He describes large volume bright red blood a few times per week. He reports no issues with constipation (has one soft bowel movement daily) and no pain with defecation. No diarrhea, no known weight loss. He reports a family history of colon cancer in his maternal grandfather in his 80's which prompted his mother to undergo colonoscopy in her early 50's with removal of 7-8 polyps. He has never had a colonoscopy before.

He additionally reports right sided abdominal pain. This has been a long standing issue and resulted in a cholecystectomy in 2009. Pain did not improve following this and he ultimately underwent an EGD in 2010 which was unremarkable. He still reports continued mild right sided abdominal pain. Worse with bowel movements. He has no issues with reflux, dysphagia, or odynophagia.

Mr. Riggleman additionally has chronic HCV genotype 1B which he says he first found out about in 2005. He thinks it was acquired by tattoo. He says he gets twice yearly lab work at the jail which has reportedly been notable for a mild hepatitis but he does not think any abnormalities in platelet count, bilirubin, or INR. No episodes of jaundice, abdominal swelling, encephalopathy.

PAST MEDICAL AND SURGICAL HISTORY:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hepatitis C | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CHOLECYSTECTOMY | | |

CURRENT MEDICATIONS:
Current Outpatient Prescriptions

| Medication | Sig |
|---|---|
| • gabapentin (NEURONTIN) 800 MG tablet | Take 800 mg by mouth 2 times daily. |
| • Magnesium Oxide (MAG-OX 400 PO) | Take by mouth daily. |

No current facility-administered medications for this visit.

*[handwritten: Conography VISHARANTAIAH 5-10-18, 0750 am.]*

Riggleman, Terry (MR # 2116343) Printed by Scott Cornella, MD [50443] at 5/8/18 3:28 PM      Page 1 of 4

SA000867

EXHIBIT 3E

spidervenscmall.mcc.virginia.edu   434-243-5770   Page 3

Riggleman, Terry (MR # 2116343) DOB: 12/30/1975                    Encounter Date: 05/08/2018
**Scott Cornella, MD (continued)** Gastroenterology

ALLERGIES:
No Known Allergies

FAMILY HISTORY:
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Colon Polyps | Mother | |
| • Colon Cancer | Maternal Grandfather | |

SOCIAL HISTORY:
Social History

Social History

| | |
|---|---|
| • Marital status: | Single |
|     Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

Occupational History
• Not on file.

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Other Topics                                                      Concern
• Not on file

Social History Narrative
• No narrative on file

REVIEW OF SYSTEMS:
Pertinent ROS noted in HPI and all other systems are negative

PHYSICAL EXAMINATION:
VITAL SIGNS:
Visit Vitals

| | |
|---|---|
| • BP | (!) 146/100 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult;Adult - Large) |
| • Pulse | (!) 8 |
| • Temp | 36.6 ℃ (97.9 ℉) (Oral) |
| • Resp | 20 |
| • Ht | 1.702 m (5' 7") |
| • Wt | 95.7 kg (211 lb) |

Riggleman, Terry (MR # 2116343) Printed by Scott Cornella, MD [50443] at 5/8/18  3:28 PM               Page 2 of 4

SA000868

EXHIBIT 3E

Riggleman, Terry (MR # 2116343) DOB: 12/30/1975                                    Encounter Date: 05/08/2018
Scott Cornella, MD (continued) Gastroenterology
  • BMI                      33.05 kg/m2
,Body mass index is 33.05 kg/(m^2).
GENERAL: Alert, oriented, cooperative and no distress noted
HEENT: Normocephalic, mucous membranes were pink and moist and sclera were anicteric, the oral mucosa
had no erythema and no buccal mucosal lesions. Dentition was intact. The neck is supple, without
lymphadenopathy or thyromegaly.
CARDIOVASCULAR: Normal rate and regular rhythm; S1, S2 normal, no murmurs, rubs or gallops.
PULMONARY: Clear to auscultation, with good air entry throughout. No wheezes, rales or rhonchi.
ABDOMEN: Normal bowel sounds. Soft, nondistended, nontender. No rebound or guarding. No
hepatosplenomegaly.
EXTREMITIES: Normal and without clubbing, cyanosis or edema.
NEUROLOGIC: Alert and oriented x 3; non-focal exam. CNs II-XII grossly intact.
SKIN: No rashes.
PSYCH: Appropriate affect.

LABORATORY DATA:
Outside Labs
4/6/17
HCV genotype 1B, 3210779 copies

ENDOSCOPIC DATA:
6/15/10 EGD
Impression:
1. Normal EGD

IMAGING, STUDIES, AND OTHER TESTING:
9/12/17 RUQ US
Impression:
1. No hepatic mass
2. Status post cholecystectomy. Normal caliber common duct. Echogenic area at the gallbladder fossa level
may represent a surgical clip
3. Normal kidneys

IMPRESSION: Mr. Riggleman is a 42 y.o. male with a history of chronic HCV (genotype 1b) who presents
today for evaluation of rectal bleeding and abdominal pain.

RECOMMENDATIONS:
1) Rectal bleeding: has been ongoing for about 6 months, described as large volume bright red blood with
defecation a few times per month. He has a family history notable for colon cancer in his maternal grandfather
and colon polyps in his mother. Differential for his bleeding includes diverticulosis, hemorrhoids, AVM, IBD, or
bleeding from an alternate structural lesion (polyps, malignancy). We will plan on colonoscopy to further
evaluate.
        - Colonoscopy
        - Golytlely prep

2) Dyspepsia: long standing history of right sided abdominal pain status post cholecystectomy. Had a normal
EGD in 2010 and symptoms have not really changed since this time. Would recommend repeat trial of PPI.
        - Omeprazole 20 mg daily; instructed on proper use

3) Chronic HCV: genotype 1b, known since 2005. No known history of cirrhosis. Will ask for recent labs to
assess for any evidence of portal hypertension or synthetic dysfunction and recommend scheduling fibroscan
to evaluate for fibrosis.
        - Fibroscan

Riggleman, Terry (MR # 2116343) Printed by Scott Cornella, MD [50443] at 5/8/18 3:28 PM                 Page 3 of 4

PLAINTIFF'S EXHIBIT 3E

Riggleman, Terry (MR # 2116343) DOB: 12/30/1975                    Encounter Date: 05/08/2018
**Scott Cornella, MD (continued) Gastroenterology**
- Obtain most recent CBC, BMP, Hepatic Function Panel, INR
- Would recommend treating hepatitis C

Thank you for allowing us to provide care for this patient.  This patient was seen and discussed with the
attending physician, Dr. Doran

Scott Cornella, M.D.
GI/Hepatology Fellow

CC:   Diane Landauer
CC:   John Marsh

Office Visit on 5/8/2018

SA000870

PLAINTIFF'S EXHIBIT 3E



VIRGINIA
DEPARTMENT OF CORRECTIONS

Health Services Consultation Report  720_F23_7-12

# Health Services Consultation Report

## *PLEASE BILL TO ANTHEM*

| Sending Facility: | ACC | | | Date: | 05/08/2018 |
|---|---|---|---|---|---|
| Offender Name: | Riggleman, Terry | | | Offender #: | 1000538 |
| SS#: | 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 | DOB: | 12/30/1975 | T/D: | |
| Allergies: | See MARS | | | | |
| Current Medications: | See MARS | | | | |
| Referred By: | Dr. Landauer | | Referred To: | UVA Digestive Health | |
| Medical Complaint: | RLQ discomfort, nausea | | | | |

## *CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:*

| Findings: | ~~① rectal bleed~~ |
|---|---|
| Lab or X-ray Results: | |
| Diagnosis: | ① Rectal bleeding ② Dyspepsia ③ HCV genotype 1B |
| Treatment and Medications Recommended: | ① Colonoscopy ; Golytely 4L bowel prep ② Daily PPI (omeprazole 20mg QD) ; take 30-60 mins before 1st meal ③ Please send recent lab work ④ Liver Fibroscan to evaluate for cirrhosis. ⑤ Treat HCV |
| Restrictions: | |
| Consulting Physician: | _(signature)_ | Date: | 5-8-18 |
| Follow-up appointment date and time: | | VISHAL ANTAIAH 5-8-18, at 4:00 pm | |

Revision Date: 1/17/07

SA000871

PLAINTIFF'S EXHIBIT 3F

VIRGINIA
DEPARTMENT OF CORRECTIONS

Health Services Complaint and Treatment Form 720_F17_7-12

## Health Services Complaint and Treatment Form

Facility:        ACC

Offender Name: _Riggleman_   _Terry_   Number: _1000538_
               Last           First

| Date/Time | | Complaint and Treatment | Signature and Title |
|---|---|---|---|
| 5-15-18 | 0810am | Prilosec - 20 mg daily x 90 days | llroojuy |
| | | am Fibroscan um to ms. Kishleigh/uh | VISHAKANTAIAH |
| | | noted + noted in Sapphire | V. Hallw |
| | | 5/15/18   11⁴⁵ Am | |
| | | noted 5/15/18  7/5P WSWFSLPT | |

Revision Date: 2/23/07

SA000879

PLAINTIFF'S EXHIBIT 3G

Dynamic Mobile Imaging    804-282-1773                ID: #263299  Page 1 of 1

**Dynamic**
**Mobile Imaging**
*"Ready and Willing and in Motion"*

Phone: **866-483-9729**

FAX: **804-282-1773**

# PATIENT REPORT

1000538

| | |
|---|---|
| **PATIENT NAME:** | Riggleman, Terry |
| **DATE OF BIRTH:** | 12/30/1975 |
| **PATIENT ID:** | 92462 |
| **FACILITY:** | Augusta Correctional Center |
| **ROOM #:** | Clinic |

| | |
|---|---|
| **DATE OF SERVICE:** | 09/12/2017 |
| **REFERRING PHY.:** | Landauer, Diane |
| **TECHNOLOGIST:** | Dawn Hartmann RDMS |
| **INTERPRETING COMPANY:** | Meridian Radiology |

Results Document ID:        209901

**PROCEDURE:**        76700 - US,ABDOMINAL, B-SCAN AND/OR REAL TIME W/IMAGE
DOCUMENTATION, COMPLETE

**FINDINGS:**        Correlative Films Provided: NONE
Findings:
Pancreas is normal. The patient is status post cholecystectomy. The
common duct is 4 mm.
There is normal hepatic echotexture. The liver 16.1 cm. There is no mass.
Right kidney is 11.2
x 4.9 x 4.3 cm. Left kidney is 10.7 x 5.3 x 4.9 cm. There is no solid mass or
stone or
hydronephrosis. Abdominal aorta and IVC is normal. Spleen is 10.8 cm and
is normal.
Echogenic area seen in the gallbladder fossa may represent surgical clip.

**IMPRESSIONS:**        Impression:
1. No hepatic mass.
2. Status post cholecystectomy. Normal caliber common duct. Echogenic
area at the
gallbladder fossa level may represent surgical clip.
3. Normal kidneys.

ELECTRONICALLY SIGNED
End of Report

**INTERPRETING DOCTOR:**        LLOYD WAGNER MD

**ELECTRONICALLY SIGNED:**        LLOYD WAGNER MD Tue, Sep 12, 2017 16:36:38 EDT

9/13/17

1100 Welborne Road, 3rd Floor Henrico, VA 23229

Page 1 of 1

SA000897

PLAINTIFF'S EXHIBIT 3H

**Amonette, Mark S. (VADOC)**

| | |
|---|---|
| **From:** | Shipp, Ella (VADOC) |
| **Sent:** | Wednesday, December 27, 2017 4:22 PM |
| **To:** | Amonette, Mark S. (VADOC) |
| **Subject:** | Riggleman # 1000538 |
| **Attachments:** | Scan.pdf |

I have attached the requested labs,  we have not done a PT/INR since last March.

**From:** Kishpaugh, Catherine (VADOC)
**Sent:** Wednesday, December 27, 2017 11:13 AM
**To:** Shipp, Ella (VADOC) <Ella.Shipp@vadoc.virginia.gov>
**Subject:** Scan

C. Kishpaugh
**Medical Administrative Assistant**
**Mediko**
**Augusta Correctional Center**
540-997-3610

1

SA000892

EXHIBIT 3-1

# Chronic Disease Clinic Follow-Up

Inmate Name: Biggleman Terry
Number: 1080938        Institution: ACC

List chronic diseases:

| 1) HCV | 3) | 5) |
|--------|-----|-----|
| 2) | 4) | 6) |

Attach pharmacy profile or list current medications: See MAR Sapphire

Subjective: 41 y.o.d WM for CCC

| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
|---|---|
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ |
| # times awakening with asthma symptoms per week?_____ | Weight loss/gain ↑ ↓ #lbs |
| CV/hypertension (Y/N): Chest pain?   SOB? | Palpitations?   Ankle edema? |
| HIV/HCV (Y/N): Nausea/vomiting?   Abdominal pain/swelling?   Diarrhea?   Rashes/lesions? |

For all diseases, since last visit, describe new symptoms:

Arthur @ Physs   CF CROCR,
c/o R mid & lower abdominal pain

Patient adherence (Y/N): with medications? Y   with diet? Y   with exercise? Y   O2 Sat 95% rd

Vital signs: Temp 98.0   BP 130/93   Pulse 86   Resp 16   Wt 206 lbs   PEFR_____   INR_____
Labs: Hgb A1C _____ HIV VL _____ CD4 _____ Total Chol _____ LDL _____ HDL _____ Trig _____
Range of fingerstick glucose/BP monitoring: _____

PE: Alert/WD Male
| HEENT/neck: Unremarkable | Extremities: Edema |
| Heart: RRR | Neurological: |
| Lungs: Clear | GU/rectal: |
| Abdomen: mild R mid to lower abdominal discomfort | Other: Mild R inguinal swelling/disc. tgt. |

Assessment:

|   | | Degree of Control | | | | Clinical Status | | | |
|---|---|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
|   | | G | F | P | NA | I | S | W | NA |
| 1 | Hepatitis C | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 2 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Plan:
Medication changes: _____

Diagnostics:
Labs: Genie x 3 (Stone)   Routine UA Dipstick, CBC, CMP
Monitoring: BP:_____ X day/week/month   Glucose:_____ X day/week/month   Peak flow:_____ Other:_____
Education provided: ☑ Nutrition ☑ Exercise ☑ Smoking ☐ Test results ☐ Medication management ☐ Other Dr House

Referral (list type): Specialist:_____   Chronic care program: ABJ US KM

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other: 180 day   Discharged from CCC: [name] Chronic Hep C
surveillance R remis
t Rtun

Advance Level Provider Signature: _____ M   Date: 8/28/2017
copy to
J 30ms Belleum
pre-VHS

Noted R Hall RN
8-28-17
6 pm

NCCHC (11/06) This form is provided for the public domain and maybe freely copied and used.   Page 1

SA000876

EXHIBIT 3-1

# Chronic Disease Clinic Follow-Up

Inmate Name: Riggleman, Terry
Number: 1000938   Institution: ACC

List chronic diseases:

| 1) HCV | 3) | 5) |
|---|---|---|
| 2) | 4) | 6) |

Attach pharmacy profile or list current medications: See MAR Sapphire

**Subjective:** 42yr rd WM fu CCC

| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ |
| # times awakening with asthma symptoms per week?_____ | Weight loss/gain ↓↑↔   #lbs |
| CV/hypertension (Y/N): Chest pain?   SOB? | Palpitations?   Ankle edema? |
| HIV/HCV (Y/N): Nausea/vomiting? Ø   Abdominal pain/swelling? Ø   Diarrhea? Ø   Rashes/lesions? Ø |

For all diseases, since last visit, describe new symptoms: Still has some intermittent hematochezia
He has been referred for GI evaluation
Pain in Back & L leg improved on Neurontin

Patient adherence (Y/N): with medications? Y   with diet? Y   with exercise? Y

Vital signs: Temp 98.3   BP 135/88   Pulse 82   Resp 14   Wt 213 lbs   PEFR_____   INR_____   O2 sat 95% RA
Labs: Hgb A1C_____   HIV VL_____   CD4_____   Total Chol_____   LDL_____   HDL_____   Trig_____
Range of fingerstick glucose/BP monitoring: _____

**PE:** Alert WD male 5x3 in NI Acute distress

| HEENT/neck: Normal | Extremities: Ø edema |
| Heart: RRR | Neurological: Intact |
| Lungs: Clear | GU/rectal: |
| Abdomen: Soft, Nontender | Other: Lumbar spine with Radicular pain to Left foot |

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | Hepatitis C | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
Medication changes: _____
Diagnostics: _____
Labs: CMP April 2018

Monitoring: BP:_____ X day/week/month   Glucose:_____ X day/week/month   Peak flow:_____ Other:_____
Education provided: ☒Nutrition ☒Exercise ☐Smoking ☐Test results ☒Medication management ☐Other:_____
Referral (list type): Specialist:_____   Chronic care program:_____
# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other: 180 DAYS   Discharged from CCC: [name]_____

| Advance Level Provider Signature: [signature] M   | Date: 3-1-2018 |

NCCHC (11/06) This form is provided for the public domain and maybe freely copied and used.   Page 1

noted to Hall here
v. Hall 3-1-18 6:30pm

4:10 pm

SA000882