CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
5/6/2019
JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| TERRY A. RIGGLEMAN,<br><br>                     *Plaintiff*,<br>v.<br><br>HAROLD CLARKE, *ET AL.*,<br><br>                     *Defendants.* | CASE NO. 5:17-cv-00063<br><br>ORDER<br><br>SENIOR JUDGE NORMAN K. MOON |

    In accordance with the April 25, 2019 Memorandum Opinion (dkt. 141) and Order (dkt. 142) dismissing with prejudice Plaintiff Terry A. Riggleman's claims against Defendants for monetary damages in their individual capacities and directing that Plaintiff's equitable claims for injunctive relief and related declaratory judgment proceed before the Court,

    It is therefore **ORDERED** that Plaintiff's demand for a jury trial (dkt. 1) is **STRICKEN** and Defendants' demand for a jury trial (dkt. 29) is **STRICKEN**. Plaintiff's equitable claims will proceed before the Court.

    The Clerk of the Court is directed to send copies of this Order to all counsel of record.

    ENTERED this __6th__ day of May, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE