FILED: May 8, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-219
(5:17-cv-00063-NKM-JCH)
_____

TERRY A. RIGGLEMAN

       Petitioner

v.

HAROLD CLARKE, in his individual and official capacities; MARK AMONETTE, in his individual and official capacities; VIRGINIA DEPARTMENT OF CORRECTIONS

       Respondents

---

This case has been opened as an original proceeding in this court.

***The district court is receiving this notice for informational purposes only***.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Harrisonburg |
| Date Petition Filed: | 05/07/2019 |
| Petitioner(s) | Terry A. Riggleman |
| Appellate Case Number | 19-219 |
| Case Manager | Cathi Bennett<br>804-916-2702 |