FILED: June 10, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-219

(5:17-cv-00063-NKM-JCH)

_____

TERRY A. RIGGLEMAN

        Petitioner

v.

HAROLD CLARKE, in his individual and official capacities; MARK AMONETTE, in his individual and official capacities; VIRGINIA DEPARTMENT OF CORRECTIONS

        Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to the petition for permission to appeal, the court denies the petition.

Upon consideration of petitioner's motion for leave to file a reply, the court grants the motion and accepts the reply as filed.

Entered at the direction of the panel: Judge Harris, Judge Quattlebaum, and

Senior Judge Duncan.

> For the Court
>
> /s/ Patricia S. Connor, Clerk