CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
1/3/2020
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| TERRY A. RIGGLEMAN,<br><br>                            *Plaintiff*,<br><br>v.<br><br>HAROLD CLARKE, *et al.*,<br><br>                           *Defendants.* | CASE NO. 5:17-cv-00063<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

    This matter is before the Court on its own motion. The Court is in receipt of a communication from counsel for the Plaintiff Terry Riggleman concerning his medical condition and which represents that the Virginia Department of Corrections "is in the process of getting him screened for cancer and having him promptly treated for his Hepatitis C (and cancer, if present)."

    Upon the request of the parties, and finding it just and proper to do so, this Court hereby **ORDERS** the parties to submit a joint status report by **March 12, 2020**. In addition, this Court hereby **ORDERS** the parties to promptly submit a status report informing the Court when Defendants either begin or deny treatment for the Plaintiff.

    It is so **ORDERED**.

    The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

    Entered this   3rd   day of January, 2020.

                                              */s/ Norman K. Moon*
                                             NORMAN K. MOON
                                             SENIOR UNITED STATES DISTRICT JUDGE