IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| TERRY A. RIGGLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:17cv63 |
| | ) | |
| HAROLD CLARKE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

COME NOW, Defendants Harold Clarke and Mark Amonette, M.D., and Plaintiff, Terry Riggleman, and pursuant to the Court's Order dated January 3, 2020, provide the following update to the court regarding the Plaintiff's medical treatment.

On January 16, 2020, Terry Riggleman began treatment for his chronic hepatitis C and received his first dose of a direct acting antiviral drugs at that time.

RESPECTFULLY SUBMITTED,
HAROLD CLARKE

MARK AMONETTE, M.D.

/s/ Elizabeth M. Muldowney
Edward J. McNelis, III, VSB no. 34004
Elizabeth M. Muldowney, VSB no. 46387
Sands Anderson, PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218-1998
emcnelis@sandsanderson.com
emuldowney@sandsanderson.com
*Attorneys for Defendants Harold Clarke and Mark Amonette*

TERRY RIGGLEMAN


/s/ Mario B. Williams
**Mario B. Williams**
NDH, Inc.
44 Broad Street, NW, Suite 200
Atlanta, GA 30303
404-254-0442
Fax: 404-592-6255
mwilliams@ndh-law.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

**Mario B. Williams**
**Andrew R. Tate**
Nexus Derechos Humanos Attorneys, Inc.
44 Broad Street, NW, Suite 200
Atlanta, GA 30303
404-254-0442
Fax: 404-592-6255
atate@ndh-law.com
mwilliams@ndh-law.com

**Laura Elizabeth Maughan**
Office of the Attorney General - Richmond
202 North Ninth Street
Richmond, VA 23219
804-786-0030
Fax: 804-786-4239
lmaughan@oag.state.va.us

/s/ Elizabeth M. Muldowney
Edward J. McNelis, III, VSB no. 34004
Elizabeth M. Muldowney, VSB no. 46387
Sands Anderson, PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218-1998
emcnelis@sandsanderson.com
emuldowney@sandsanderson.com
*Attorneys for Defendants Harold Clarke and Mark Amonette, MD*