# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **TERRY A. RIGGLEMAN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.: |
| **HAROLD CLARKE**, et al., ) | 5:17-cv-00063-NKM-JCH |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |
| ) | |

## JOINT STATUS REPORT

Plaintiff Terry Riggleman and Defendants Harold Clarke and Mark Amonette, pursuant to the Court's Order dated January 3, 2020, provide the following update to the Court regarding Plaintiff's medical treatment:

Terry Riggleman began treatment for his chronic Hepatitis C on January 16, 2020, receiving his first dose of a direct acting antiviral drugs. Mr. Riggleman reports that his treatment has been proceeding. Resultingly, Mr. Riggleman is no longer seeking a preliminary injunction against Defendants at this time.

Respectfully submitted this 12th day of March 2020,

/s/ Mario B. Williams
Mario B. Williams
VSB #91955
**NDH LLC**
44 Broad Street NW
Atlanta, Georgia 30303
Ph: (404) 254-0442
Facsimile: (404) 935-9391
mwilliams@ndh-law.com

/s/ Elizabeth Martin Muldowney
Edward J. McNelis, III
Elizabeth Martin Muldowney
SANDS ANDERSON, PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218-1998
emcnelis@sandsanderson.com
emuldowney@sandsanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing to the following:

>Edward J. McNelis, III
>Elizabeth Martin Muldowney
>SANDS ANDERSON, PC
>1111 East Main Street, Suite 2400
>P.O. Box 1998
>Richmond, Virginia 23218-1998
>emcnelis@sandsanderson.com
>emuldowney@sandsanderson.com
>
>Laura Elizabeth Maughan
>Office of the Attorney General – Richmond
>202 N. Ninth Street
>Richmond, VA 23219
>lmaughan@oag.state.va.us

Respectfully submitted this 12th day of March 2020,

/s/ MARIO B. WILLIAMS
Mario B. Williams
VSB #91955

**NDH LLC**
44 Broad Street NW
Atlanta, Georgia 30303
Ph: (404) 254-0442
Facsimile: (404) 935-9391
mwilliams@ndh-law.com