CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
3/13/20
JULIA C. DUDLEY, CLERK
BY: K. Dotson
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| TERRY A. RIGGLEMAN,<br><br>　　　　　　　　*Plaintiff,*<br><br>v.<br><br>HAROLD CLARKE, *et al.*,<br><br>　　　　　　　　*Defendants.* | CASE NO. 5:17-cv-00063<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

　　　　This matter is before the Court on its own motion. The Court is in receipt of the Joint Status Report filed March 12, 2020, Dkt. 174, which advises the Court that Plaintiff first began treatment for his chronic Hepatitis C on January 16, 2020, and that his treatment has been proceeding. The parties also advise the Court that Plaintiff "is no longer seeking a preliminary injunction against Defendants at this time." Dkt. 174.

　　　　Finding it just and proper to do so, this Court hereby **ORDERS** the parties to submit a joint status report every **sixty (60) days** until further Order of the Court, which status report shall advise the Court on the progress of Plaintiff's treatment, and any other matters concerning this action about which the parties may seek to advise the Court.

　　　　It is so **ORDERED**.

　　　　The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

　　　　Entered this ___13th___ day of March, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Norman K. Moon
　　　　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE