IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **TERRY A. RIGGLEMAN**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No.: |
| **HAROLD CLARKE**, et al., | ) 5:17-cv-00063-NKM-JCH |
| Defendants. | ) ) **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Plaintiff Terry Riggleman and Defendants Harold Clarke and Mark Amonette, pursuant to the Court's Order dated March 13, 2020 (ECF 175), provide the following update to the Court regarding Plaintiff's medical treatment:

Terry Riggleman began treatment for his chronic Hepatitis C on January 16, 2020, receiving his first dose of a direct acting antiviral drugs, and completed his course of drug therapy on April 9, 2020. On June 29, 2020, Mr. Riggleman had his Hepatitis C Viral Load checked and the level showed as undetectable. This was 12 weeks after completion of treatment and confirms his Hepatitis C has been cured.

Respectfully submitted this 13th day of July 2020,

/s/ Mario B. Williams
Mario B. Williams
NDH LLC
44 Broad Street NW
Atlanta, Georgia 30303
(404) 254-0442/(404) 935-9391 FAX
mwilliams@ndh-law.com

/s/ Elizabeth Martin Muldowney
Edward J. McNelis, III
Elizabeth Martin Muldowney
SANDS ANDERSON, PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218-1998
emcnelis@sandsanderson.com
emuldowney@sandsanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing to the following:

>Edward J. McNelis, III
>Elizabeth Martin Muldowney
>SANDS ANDERSON, PC
>1111 East Main Street, Suite 2400
>P.O. Box 1998
>Richmond, Virginia 23218-1998
>emcnelis@sandsanderson.com
>emuldowney@sandsanderson.com
>
>Laura Elizabeth Maughan
>Office of the Attorney General – Richmond
>202 N. Ninth Street
>Richmond, VA 23219
>lmaughan@oag.state.va.us

Respectfully submitted this 13th day of July 2020,

/s/ MARIO B. WILLIAMS
Mario B. Williams
VSB #91955

**NDH LLC**
44 Broad Street NW
Atlanta, Georgia 30303
Ph: (404) 254-0442
Facsimile: (404) 935-9391
mwilliams@ndh-law.com