# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| TERRY A. RIGGLEMAN, *Plaintiff*, v. HAROLD CLARKE, *et al.*, *Defendants.* | CASE NO. 5:17-cv-00063 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Upon notice that the parties are agreed that the above-captioned case should be stayed pending the Fourth Circuit's resolution *Pfaller v. Amonette*, No. 21-1555, 21-1612 (4th Cir.) given the relevance of the issues raised therein to those at issue in this case, *see* Dkts. 202, 203, and otherwise finding good cause shown, the Court hereby **ORDERS** that this case be further **STAYED** pending further Order of Court. (At this time, the Court **will not stay** the action in *Riggleman v. Clark*, No. 7:22-cv-18, in view of the defendants' opposition thereto).

The parties are hereby **DIRECTED** to file a status report within **seven (7) days** of issuance of the Fourth Circuit's opinion in *Pfaller v. Amonette*, and to set forth the parties' position(s) as to proposed deadlines for filing any supplemental motions or memoranda.

It is so **ORDERED**.

The Clerk of the Court is directed to send this Order to all counsel of record.

Entered this __23rd__ day of June, 2022.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE