CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 04, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

TERRY A. RIGGLEMAN,

                  *Plaintiff*,

v.

HAROLD CLARKE, *et al.*,

                  *Defendants.*

Case No. 5:17-cv-00063

ORDER

Judge Norman K. Moon

This matter is before the Court on the issue whether Defendants Clarke and Dr. Amonette are entitled to qualified immunity on Plaintiff's Eighth Amendment claims against them, and on Plaintiff's Motion to Voluntarily Dismiss pursuant to Fed. R. Civ. P. 41(a)(2). Dkt. 183.

For the reasons stated in the accompanying Memorandum Opinion, the Court concludes that Defendants Clarke and Dr. Amonette are, and remain, entitled to qualified immunity, and so the Court reaffirms its award of summary judgment to Defendants on Plaintiffs' damages claims. Dkts. 141–42. Upon the parties' request, the Court will dismiss Plaintiffs' remaining claims for declaratory and injunctive relief, without prejudice, and **GRANT** Plaintiff's Motion. Dkt. 183.

The parties are **DIRECTED** to advise the Court of any further actions or requests for relief from the Court within **ten (10) days**, if there be any. In the absence of any such filing, the Court will at that time direct the Clerk of Court to strike this case from the Court's active docket.

It is so **ORDERED**.

The Clerk of the Court is directed to send this Order to all counsel of record.

Entered this   4th   day of September, 2024.

                                            /s/ Norman K. Moon
                                            NORMAN K. MOON
                                            SENIOR UNITED STATES DISTRICT JUDGE