CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 17, 2024
LAURA A. AUSTIN, CLERK
BY:
  /s/T. Taylor
  DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
HARRISONBURG DIVISION

| | |
|---|---|
| TERRY A. RIGGLEMAN, | CASE NO. 5:17-cv-00063 |
| *Plaintiff*, | |
| v. | ORDER |
| HAROLD CLARKE, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants*. | |

## ORDER

The stay of this matter is lifted. <u>See</u> Dkt. 204. The Clerk of Court is directed to strike this case from the Court's active docket (<u>See</u> Dkt. 215) and to send this Order to all counsel of record.

It is so **ORDERED**.

Entered this ___17th___ day of September 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE